# UNITED STATES DISTRICT COURT
for the

Middle District of Tennessee

| | |
|---|---|
| CHRISTIE ANDREWS <br> *Plaintiff* <br> v. <br> TRI STAR SPORTS AND ENTERTAINMENT GROUP, INC. <br> *Defendant* | ) ) ) ) ) ) ) ) ) Civil Action No. 3:21-cv-00526 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Tri Star Sports and Entertainment Group, Inc.
Reg Agent for Service: Tara Swafford, Esq.
The Swafford Law Firm
207 Third Avenue North
Franklin, TN 37064

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ROLAND MUMFORD, ESQ.
242 WEST MAIN STREET
NO. 223
HENDERSONVILLE, TN 37075

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 07/12/2021

*Signature of Clerk or Deputy Clerk*

**RETURN COPY**

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Tri Star Sports and Entertainment Group Inc.__

was received by me on *(date)* __7.29.21__.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Tara Swafford__, who is designated by law to accept service of process on behalf of *(name of organization)* __Tristar Sports + Entertainment Group Inc.__ on *(date)* __7.16.21__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __8.5.21__

*Server's signature*

__Roland Mumford__
*Printed name and title*
attorney

__242 West Main #223 Hendersonville TN 37075__
*Server's address*

Additional information regarding attempted service, etc:

Certified Mail signature delivery
See attached green certified return receipt
tracking 9590 9402 5035 9092 3259 46