| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): Russell Brown<br>C. Date of Delivery: 7/16 |
| 1. Article Addressed to:<br>SHIP TO:<br>THE SWAFFORD LAW FIRM, PLLC<br>TARA L SWAFFORD ESQ<br>207 3RD AVE N<br>FRANKLIN TN 37064-2504 | D. Is delivery address different from item 1? ☐ Yes ☐ No<br>If YES, enter delivery address below: |
| IIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIII<br>9590 9402 5035 9092 3259 46 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7414 7111 0824 8081 5972 | |

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

Case 3:21-cv-00526   Document 71   Filed 08/05/21   Page 1 of 2 PageID #: 31

USPS TRACKING #

9590 9402 5035 9092 3259 46

**United States Postal Service**

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender:

LAW OFFICES OF ROLAND MUMFOR
ROLAND MUMFORD
242 W MAIN ST
#223
HENDERSONVILLE TN 37075