IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CHRISTIE ANDREWS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 3:21-cv-00526 |
| v. | ) |
| | ) |
| TRI STAR SPORTS AND | ) JURY DEMAND |
| ENTERTAINMENT GROUP, INC. | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF CHANGE OF LAW FIRM ADDRESS

Please take notice that attorneys Tara L. Swafford, Thomas Anthony Swafford, and Elizabeth G. Hart, counsel for Defendants, have a new law firm address:

The Swafford Law Firm, PLLC
321 Billingsly Court, Suite 19
Franklin, Tennessee 37067
Tel: (615) 599-8406
Fax: (615) 807-2355

Respectfully submitted,

/s/ Tara L. Swafford
Tara L. Swafford, BPR # 17577
Thomas Anthony Swafford, BPR # 17578
Elizabeth G. Hart, BPR # 030070
The Swafford Law Firm, PLLC
321 Billingsly Court, Suite 19
Franklin, Tennessee 37067
Tel: (615) 599-8406
Fax: (615) 807-2355
Tara@swaffordlawfirm.com
Tony@swaffordlawfirm.com
Betsy@swaffordlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of August 2021, a true and correct copy of the foregoing was served via the Court's electronic filing system on:

>Roland Mumford
>Law Offices of Roland Mumford & Assoc.
>242 West Main Street, No. 223
>Hendersonville, TN 37075
>roland@mumfordlaw.net

>/s/     Elizabeth G. Hart
>Elizabeth G. Hart