IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CHRISTIE ANDREWS, ) | |
| ) | |
| Plaintiff(s) ) | |
| ) | |
| v. ) | Civil Action No. 3:21-cv-00526 |
| ) | Judge Richardson /Frensley |
| ) | |
| TRI STAR SPORTS AND ) | |
| ENTERTAINMENT GROUP, INC., ) | |
| ) | |
| Defendant(s) ) | |

**O R D E R**

Due to a conflict in the Court's calendar the Case Management Conference set for September 14, 2021 at 9:30 a.m. is hereby RESET for September 20, 2021 at 10:00 a.m. via telephone. The parties shall call **1-877-336-1831** at the appointed time, and when prompted for the access code, enter **7039387#** to participate in the Conference. If a party has difficulty connecting to the call or has been on hold for more than five (5) minutes, please contact the chambers at 615-736-7344.

IT IS SO ORDERED.

JEFFERY S. FRENSLEY
United States Magistrate Judge