IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CHRISTIE ANDREWS, | |
| Plaintiff, | Civil No. 3:21-cv-00526 |
| | Judge Eli J. Richardson |
| v. | Magistrate Judge Judge Jefferey S. Frensley |
| TRI STAR SPORTS AND ENTERTAINMENT GROUP, INC. | |
| Defendant. | |

## NOTICE OF APPEARANCE

Daniel Arciniegas enters his appearance on behalf of Plaintiff Christie Andrews.

Respectfully submitted,

_____
Daniel Arciniegas
**ARCINIEGAS LAW**
1242 Old Hillsboro Road
The Atrium Building
Franklin, Tennessee 37069
T. 629.777.5339
Daniel@AttorneyDaniel.com

*Attorney for Plaintiff*
*Christie Andrews*

<center>CERTIFICATE OF SERVICE</center>

## CERTIFICATE OF SERVICE

I hereby certify that on Friday, October 29, 2021, I electronically filed the foregoing *NOTICE OF APPEARANCE* with the Clerk of the Court by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Tara L. Swafford, BPR # 17577
Thomas Anthony Swafford, BPR # 17578
Elizabeth G. Hart, BPR # 030070
The Swafford Law Firm, PLLC
207 Third Avenue North
Franklin, Tennessee 37064
Tel: (615) 599-8406
Fax: (615) 807-2355
Tara@swaffordlawfirm.com
Tony@swaffordlawfirm.com
Betsy@swaffordlawfirm.com

Attorneys for Tri Star Sports
 and Entertainment
Group, Inc.

Respectfully submitted,

Daniel Arciniegas, BPR #35853
**ARCINIEGAS LAW**
1242 Old Hillsboro Road
The Atrium Building
Franklin, Tennessee 37069
T. 629.777.5339
Daniel@AttorneyDaniel.com

ROLAND F. MUMFORD, BPR #26495
**Law Offices of Roland Mumford & Assoc.**
242 West Main Street No. 223
Hendersonville, TN 37075
Telephone: 615.348.0070
roland@mumfordlaw.net

*Attorneys for Plaintiff
Christie Andrews*

<center>2</center>