| | |
|---|---|
| **Subject:** | Re: Christie Andrews v. TriStar Sports and Entertainment Group |
| **Date:** | Friday, October 29, 2021 at 8:22:24 PM Central Daylight Time |
| **From:** | Daniel Arciniegas |
| **To:** | betsy@swaffordlawfirm.com, tara@swaffordlawfirm.com, tony@swaffordlawfirm.com |
| **CC:** | roland@mumfordlaw.net, Ruth Stephens, Susanna Stephen |
| **Attachments:** | Plaintiff's First Set of Requests for Production - FINAL.pdf, Plaintiffs First Set of Interrogatories - FINAL.pdf |

Counsel:

Please find attached Plaintiff's First Set of Requests for Production and First Set of Interrogatories. Please include Ruth and Suzie on all case correspondence. Thank you.


Daniel Eduardo Arciniegas
**Arciniegas Law**
1242 Old Hillsboro Road
The Atrium Building
Franklin Tennessee 37069
T. 629.777.5339
AttorneyDaniel.com

---

**From:** Daniel Arciniegas <daniel@attorneydaniel.com>
**Date:** Friday, October 29, 2021 at 7:57 PM
**To:** "betsy@swaffordlawfirm.com" <betsy@swaffordlawfirm.com>, "tara@swaffordlawfirm.com" <tara@swaffordlawfirm.com>, "tony@swaffordlawfirm.com" <tony@swaffordlawfirm.com>
**Cc:** "roland@mumfordlaw.net" <roland@mumfordlaw.net>, Ruth Stephens <rutesperanza@gmail.com>, Susanna Stephen <Suzie@attorneydaniel.com>
**Subject:** Christie Andrews v. TriStar Sports and Entertainment Group

Counsel:

Please find attached Plaintiff's First Set of Requests for Admissions, including attachments 1 and 2. Please include Ruth and Suzie on all case correspondence. Thank you.


Daniel Eduardo Arciniegas
**Arciniegas Law**
1242 Old Hillsboro Road
The Atrium Building
Franklin Tennessee 37069
T. 629.777.5339
AttorneyDaniel.com