**Subject:** Andrews v. Tri Star - Proposed Protective Order

**Date:** Thursday, January 6, 2022 at 11:22:41 AM Central Standard Time

**From:** Betsy Hart

**To:** Daniel Arciniegas, roland@mumfordlaw.net

**CC:** Tara Swafford

**Attachments:** image001.jpg, Tri Star Proposed Protective Order .docx

Daniel and Roland,

Hope you all are enjoying the snow some today. After review of our client's document production, we have determined that we will need the protective order to include a highly confidential/attorneys' eyes only designation, in addition to the standard confidential designation. We have revised the proposed protective order to reflect that change. Please let us know if we can file this as an agreed order or if we need to file a motion. We are happy to discuss any time. Thanks.



Elizabeth "Betsy" Hart
321 Billingsly Ct., Suite 19
Franklin, TN  37067
615-599-8406 office
502-741-6831 cell
615-807-2355 fax
betsy@swaffordlawfirm.com

Note:  This email may contain PRIVILEGED and CONFIDENTIAL information and is intended only for the use of the specific individual(s) to whom it is addressed.  Your receipt of this email is not intended to waive any applicable privilege.  If you are not an intended recipient of this email, please note that any unauthorized use or copying of this email or its contents is strictly prohibited.  If you have received this email in error, please delete it and notify the sender immediately.