| | |
|---|---|
| **Subject:** | Tri Star Discovery Responses |
| **Date:** | Friday, January 7, 2022 at 4:23:02 PM Central Standard Time |
| **From:** | Betsy Hart |
| **To:** | roland@mumfordlaw.net, Daniel Arciniegas |
| **CC:** | Tara Swafford |
| **Attachments:** | image001.jpg, image002.png, Tri Star Responses to RFP.pdf |

Daniel and Roland,

Tri Star's responses to your client's requests for production are attached, and below is a link to the non-confidential document production. Please let us know if you can agree to the protective order. Once that is in place, we will produce confidential and highly confidential documents. Thanks.

📁 Tri Star NON-CONFIDENTIAL Production



Elizabeth "Betsy" Hart
321 Billingsly Ct., Suite 19
Franklin, TN  37067
615-599-8406 office
502-741-6831 cell
615-807-2355 fax
betsy@swaffordlawfirm.com

Note:  This email may contain PRIVILEGED and CONFIDENTIAL information and is intended only for the use of the specific individual(s) to whom it is addressed.  Your receipt of this email is not intended to waive any applicable privilege.  If you are not an intended recipient of this email, please note that any unauthorized use or copying of this email or its contents is strictly prohibited.  If you have received this email in error, please delete it and notify the sender immediately.