| | |
|---|---|
| **Subject:** | Re: Andrews v. Tri Star Discovery |
| **Date:** | Wednesday, February 9, 2022 at 1:26:05 PM Central Standard Time |
| **From:** | Daniel Arciniegas |
| **To:** | roland@mumfordlaw.net, Betsy Hart |
| **CC:** | Tara Swafford |
| **Attachments:** | image001[4].jpg, image002[50].jpg, image003.jpg |

Betsy:

Let's move it to Friday at 1 if that works. I want to identify our disputes and see what we can narrow.

If there are any other non-confidential documents Defendant intends on producing please provide those. Seems like there should be more that falls outside the scope of your proposed protective order. The absence of documents I expected to produce by Defendant gives me concern of over-designation.

If you are asserting privilege for any documents related to RFI of non-essential WFH employees people, or another category of information called for in our discovery requests, please provide that as well.

I'm working on supplementing our discovery production, by the 10th as stated in your letter. I think we will have some but not all and I want to discuss our respective positions on the 11th.



**Daniel Arciniegas**

**Attorney**
**Arciniegas Law**
1242 Old Hillsboro Rd.
The Atrium Building
Franklin, TN 37069
T. 629.777.5339
AttorneyDaniel.com

---

**From:** roland@mumfordlaw.net <roland@mumfordlaw.net>
**Date:** Tuesday, February 8, 2022 at 1:46 PM
**To:** Betsy Hart <betsy@swaffordlawfirm.com>, Daniel Arciniegas <daniel@attorneydaniel.com>
**Cc:** Tara Swafford <tara@swaffordlawfirm.com>
**Subject:** Re: Andrews v. Tri Star Discovery

Works for me

Roland Mumford
Attorney At Law
242 W. Main Street
No. 223
Hendersonville, TN 37075
615.348.0070. Phone
615.246.4110 Facsimile
roland@mumfordlaw.net

mumfordlaw.net

PERSONAL INJURY
EMPLOYMENT DISCRIMINATION
EDUCATION LAW
FAMILY LAW

ATTORNEY-CLIENT PRIVILEGE; WORK PRODUCT NOTICE: This confidential e-mail is governed by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521, and is legally privileged. This e-mail message and any files transmitted with it are also subject to the attorney-client privilege and attorney work-product doctrine, and contain confidential information intended only for the person(s) to whom this e-mail message is addressed.

**From:** Betsy Hart <betsy@swaffordlawfirm.com>
**Date:** Tuesday, February 8, 2022 at 1:41 PM
**To:** roland@mumfordlaw.net <roland@mumfordlaw.net>, Daniel Arciniegas <daniel@attorneydaniel.com>
**Cc:** Tara Swafford <tara@swaffordlawfirm.com>
**Subject:** RE: Andrews v. Tri Star Discovery

Sure. How about 2pm?

Betsy Hart
The Swafford Law Firm, PLLC
615-599-8406 office
502-741-6831 cell

**From:** roland@mumfordlaw.net <roland@mumfordlaw.net>
**Sent:** Tuesday, February 8, 2022 1:13 PM
**To:** Betsy Hart <betsy@swaffordlawfirm.com>; Daniel Arciniegas <daniel@attorneydaniel.com>
**Cc:** Tara Swafford <tara@swaffordlawfirm.com>
**Subject:** Re: Andrews v. Tri Star Discovery

Can we schedule call in the afternoon. I have a court hearing in the morning

Roland Mumford
Attorney At Law

242 W. Main Street
No. 223
Hendersonville, TN 37075
615.348.0070. Phone
615.246.4110 Facsimile
roland@mumfordlaw.net
mumfordlaw.net

PERSONAL INJURY
EMPLOYMENT DISCRIMINATION
EDUCATION LAW
FAMILY LAW


ATTORNEY-CLIENT PRIVILEGE; WORK PRODUCT NOTICE: This confidential e-mail is governed by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521, and is legally privileged. This e-mail message and any files transmitted with it are also subject to the attorney-client privilege and attorney work-product doctrine, and contain confidential information intended only for the person(s) to whom this e-mail message is addressed.


**From:** Betsy Hart <betsy@swaffordlawfirm.com>
**Date:** Tuesday, February 8, 2022 at 1:11 PM
**To:** Daniel Arciniegas <daniel@attorneydaniel.com>
**Cc:** roland@mumfordlaw.net <roland@mumfordlaw.net>, Tara Swafford <tara@swaffordlawfirm.com>
**Subject:** RE: Andrews v. Tri Star Discovery

Yes – we are here tomorrow.

Betsy Hart
The Swafford Law Firm, PLLC
615-599-8406 office
502-741-6831 cell

**From:** Daniel Arciniegas <daniel@attorneydaniel.com>
**Sent:** Tuesday, February 8, 2022 11:53 AM
**To:** Betsy Hart <betsy@swaffordlawfirm.com>
**Cc:** Roland Mumford <roland@mumfordlaw.net>; Tara Swafford <tara@swaffordlawfirm.com>
**Subject:** Re: Andrews v. Tri Star Discovery

Thanks Betsy. I trial set in the SD of AL, the Court kept moving deadlines around on us. Fortunately, that matter has been resolved. So I will be turning my attention back to this case.

Will you be in office tomorrow and available for a call?



**From:** Betsy Hart <betsy@swaffordlawfirm.com>
**Date:** Tuesday, February 8, 2022 at 11:36 AM
**To:** Daniel Arciniegas <daniel@attorneydaniel.com>
**Cc:** Roland Mumford <roland@mumfordlaw.net>, Tara Swafford <tara@swaffordlawfirm.com>
**Subject:** Andrews v. Tri Star Discovery

Daniel,

The .msg documents that were previously produced have been converted to PDFs. Those are attached with new bates numbers.

We still have not received your client's subsequent wage and income information that you indicated would be produced by January 28. What is the status of that?

I have attached a revised proposed protective order that does not include a highly confidential designation since, at this time, we do not plan to produce any documents that would fall into that category. By entering into the attached protective order, Tri Star is not waiving its right to move for a new or amended protective order that would include a highly confidential designation in the event it becomes necessary to produce documents that should be designated at highly confidential and warrant greater protection. The proposed order includes your requested changes that counsel can retain copies of all documents for a year after appeal deadlines, and that the designating party is the one that should move for protection if there's a dispute. Please let me know if you can agree to this version of the protective order, with the understanding that Tri Star retains its right to move for a new or amended order down the road if necessary, so that we can keep discovery moving.

Please give me or Tara a call if you would like to discuss. Thanks.



Elizabeth "Betsy" Hart
321 Billingsly Ct., Suite 19

Franklin, TN  37067
615-599-8406 office
502-741-6831 cell
615-807-2355 fax

Note:  This email may contain PRIVILEGED and CONFIDENTIAL information and is intended only for the use of the specific individual(s) to whom it is addressed.  Your receipt of this email is not intended to waive any applicable privilege.  If you are not an intended recipient of this email, please note that any unauthorized use or copying of this email or its contents is strictly prohibited.  If you have received this email in error, please delete it and notify the sender immediately.