| | |
|---|---|
| **Subject:** | RE: Andrews v. Tri Star Discovery Responses and Protective Order |
| **Date:** | Wednesday, December 29, 2021 at 9:55:55 AM Central Standard Time |
| **From:** | Betsy Hart |
| **To:** | Daniel Arciniegas, roland@mumfordlaw.net |
| **CC:** | Tara Swafford |
| **Attachments:** | image001.jpg |

Daniel or Roland,

Can one of you advise whether your client will agree to an 10 day extension on the RFPs and whether we can file the protective order as agreed? If not, I will file motions on both issues. Thanks.

Betsy Hart
615-599-8406 office
502-741-6831 cell

PRIVILEGED & CONFIDENTIAL

---

**From:** Betsy Hart
**Sent:** Tuesday, December 28, 2021 1:34 PM
**To:** Daniel Arciniegas <daniel@attorneydaniel.com>; roland@mumfordlaw.net
**Cc:** Tara Swafford <tara@swaffordlawfirm.com>
**Subject:** Andrews v. Tri Star Discovery Responses and Protective Order

Daniel and Roland,

Tri Star needs to have a protective order in place before it can produce documents in discovery. Please see the attached draft and let me know if we can file it as an agreed proposed order. If so, I will draft a short motion and send that to you before filing, as well.

We are still working on our document production. We plan to get you interrogatory responses by tomorrow but would like some additional time on the RFP responses. Can we have an additional ten days – until January 7 – to get those to you? Please call me on my cell (below) if you would like to discuss any of this. Thanks.



Elizabeth "Betsy" Hart
321 Billingsly Ct., Suite 19
Franklin, TN 37067
615-599-8406 office
502-741-6831 cell
615-807-2355 fax
betsy@swaffordlawfirm.com

Note: This email may contain PRIVILEGED and CONFIDENTIAL information and is intended only for the use of the specific individual(s) to whom

it is addressed.  Your receipt of this email is not intended to waive any applicable privilege.  If you are not an intended recipient of this email, please note that any unauthorized use or copying of this email or its contents is strictly prohibited.  If you have received this email in error, please delete it and notify the sender immediately.