**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**AT NASHVILLE**

| | |
|---|---|
| **CHRISTIE ANDREWS**<br><br>**PLAINTIFF,**<br><br>v.<br><br>**TRI STAR SPORTS AND**<br>**ENTERTAINMENT GROUP, INC.,**<br><br>**DEFENDANT.** | Case No. 3:21-cv-00526<br><br>Judge Eli J. Richardson<br><br>Magistrate Judge Jefferey S. Frensley |

**NOTICE OF PLAINTIFF'S**
**EVIDENTIARY SUBMISSION RE: DE# 19**

**Exhibit Number        Description**

**Exhibit 1:** 2020.01.12 D's E-mail From: Betsy Hart "agree to the revised definitions"

**Exhibit 2:** 2021.10.29 P's E-mail From:  Daniel Arciniegas attached Plaintiff's 1st Set of Discovery

**Exhibit 2-1:** Plaintiff's 1st of Requests for Production

**Exhibit 2-2:** Plaintiff's 1st of Interrogatories

**Exhibit 3:** 2021.12.28 D's E-mail From: Betsy Hart "protective order in place before it can produce documents"

**Exhibit 4:**  2022.01.06 D's E-mail From: Betsy Hart "need the protective orer to include highly confidential/attorneys' eyes only designation, in addition to the standard confidential designation"

**Exhibit 4-1:** 2022.01.06 D's Proposed Protective Order including "Highly Confidential/Attorney's Eyes Only" Definitions.

**Exhibit 5:** 2022.01.07 D's E-mail From: Betsy Hart serving objections and responses to discovery requests

**Exhibit 6:** 2022.01.10 P's E-mail From: Daniel Arciniegas revised definitions and objections

**Exhibit 7**: 2022.01.28 P's E-mail From: Daniel Arciniegas object showing documents to

plaintiff and potential witnesses

**Exhibit 8**: 2022.02.08 D's E-mail From: Betsy Hart "attached a revised protective order that does not include highly confidential designation, since at this time, we do not plan to produce any documents that would fall into that category

**Exhibit 9:** 2022.02.09 P's E-mail From: Daniel Arciniegas requesting supplement of production to narrow dispute

**Exhibit 10:** 2022.02.09 P's E-mail From: Daniel Arciniegas  objecting to Defendant's definition, challenge mechanism, witness definition and precondition of signed agreement

Respectfully  submitted,

Daniel Arciniegas
Arciniegas Law PLLC
Atrium Building
1242 Old Hillsboro Road
Franklin, TN 37068
T. 629.777.5339
F. 615.988.9113
www.AttorneyDaniel.com

*Attorney for Plaintiff*

4

## CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2022, I filed the foregoing Notice of Plaintiff's Evidentiary Submission via the Court's electronic filing system, which will automatically send electronic notice of such filing on the following counsel of record for Defendant:

THE SWAFFORD LAW FIRM, PLLC
Tara L. Swafford, BPR # 17577
Thomas Anthony Swafford, BPR # 17577
Elizabeth G. Hart, BPR # 30070
321 Billingsly Court, Suite 19
Franklin, Tennessee 37067
Telephone: (615) 599-8406
Facsimile: (615) 807-2355
tara@swaffordlawfirm.com
tony@swaffordlawfirm.com
betsy@swaffordlawfirm.com

*Attorneys for Tri Star Sports*
*and Entertainment Group, Inc.*

Respectfully submitted,

Daniel Arciniegas
Arciniegas Law PLLC
Atrium Building
1242 Old Hillsboro Road
Franklin, TN 37068
T. 629.777.5339
F. 615.988.9113
www.AttorneyDaniel.com

***Attorney for Plaintiff***