IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CHRISTIE ANDREWS,<br><br>　　Plaintiff,<br><br>v.<br><br>TRI STAR SPORTS AND<br>ENTERTAINMENT GROUP, INC.<br><br>　　Defendant. | Civil No. 3:21-cv-00526<br>Judge Eli J. Richardson<br>Magistrate Judge Jefferey S. Frensley |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR EXTENSION OF TIME**

　　Plaintiff does not oppose Defendant's motion for extension. Attached is the e-mail exchange regarding the extension. Plaintiff asked for additional time in response to a letter Defendant sent Monday unilaterally setting a deadline for Wednesday. [**Exhibit 1 & 2**]. Plaintiff and her counsel have been working to align their schedules since Monday.[1] Plaintiff objects to Defendant's characterization of the status of the discovery. Plaintiff has responded to interrogatories and request for production and has steadily addressed any discovery disputes, including producing 234 pages of Plaintiff's confidential medical records and 46 pages of Plaintiff's subsequent employment and earnings information. Defendant makes many other assertions that are inaccurate and will be addressed in the joint statement of discovery disputes that Defendant sent at 4:14PM and is demanding be filed today. [**Exhibit 3**].

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　_/s/_

---

[1] Plaintiff is presently out-of-state related to a recent death. Like Defense counsel Plaintiff's counsel is traveling for Williamson County's school spring break.

Daniel Arciniegas
**ARCINIEGAS LAW**

## CERTIFICATE OF SERVICE

I hereby certify that on Thursday, Friday, March 11, 2022, I electronically served the foregoing *PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR EXTENSION OF TIME* via e-mail:

Tara L. Swafford, BPR # 17577
Thomas Anthony Swafford, BPR # 17578Elizabeth G. Hart, BPR # 030070
The Swafford Law Firm, PLLC
207 Third Avenue North
Franklin, Tennessee 37064
Tel: (615) 599-8406
Fax: (615) 807-2355
Tara@swaffordlawfirm.com
Tony@swaffordlawfirm.com
Betsy@swaffordlawfirm.com

Attorneys for Tri Star Sports and EntertainmentGroup, Inc.

Respectfully submitted,

Daniel Arciniegas, BPR #35853
**ARCINIEGAS LAW**
1242 Old Hillsboro Road
The Atrium Building
Franklin, Tennessee 37069
T. 629.777.5339

Daniel@AttorneyDaniel.com

ROLAND F. MUMFORD, BPR #26495
Law Offices of Roland Mumford & Assoc.242 West Main Street No. 223
Hendersonville, TN 37075
Telephone: 615.348.0070
roland@mumfordlaw.net

*Attorney for Plaintiff*
*Christie Andrews*