**Subject:** RE: Tri Star Responses to Second Set of Discovery Requests
**Date:** Wednesday, March 9, 2022 at 2:45:11 PM Central Standard Time
**From:** Tara Swafford
**To:** Daniel Arciniegas
**Attachments:** image001.jpg, image002.jpg

I meant to send that to Betsy -- thanks.

**From:** Tara Swafford
**Sent:** Wednesday, March 9, 2022 2:45 PM
**To:** Daniel Arciniegas <daniel@attorneydaniel.com>
**Subject:** RE: Tri Star Responses to Second Set of Discovery Requests

Let's discuss

**From:** Daniel Arciniegas <daniel@attorneydaniel.com>
**Sent:** Wednesday, March 9, 2022 2:43 PM
**To:** Betsy Hart <betsy@swaffordlawfirm.com>
**Cc:** Tara Swafford <tara@swaffordlawfirm.com>; roland@mumfordlaw.net
**Subject:** Re: Tri Star Responses to Second Set of Discovery Requests

Hey Betsy:

==If we can have until March 31, 2022 to supplement the discovery you demanded today then I'm with fine the extension.== Hopefully, the Court will enter a protective order by then. I'd like to see more production on the RFI justification and will renew my offer to keep it confidential as if the order you requested was entered until the Court enters a final order. I want to see it so we can make a settlement demand. The delay in this production is delaying potential settlement talks and racking up fees.

Enjoy your spring break.



**Daniel Arciniegas**
Attorney
Arciniegas Law
1242 Old Hillsboro Rd.
The Atrium Building
Franklin, TN 37069
T. 629.777.5339
AttorneyDaniel.com

**From:** Betsy Hart <betsy@swaffordlawfirm.com>
**Date:** Wednesday, March 9, 2022 at 1:20 PM
**To:** Daniel Arciniegas <daniel@attorneydaniel.com>
**Cc:** Tara Swafford <tara@swaffordlawfirm.com>, roland@mumfordlaw.net <roland@mumfordlaw.net>
**Subject:** Tri Star Responses to Second Set of Discovery Requests

Daniel,

We are working on responses to your second set of discovery requests but need some additional time as our contact has been out and spring break is next week.  I have the responses due on March 17 right now.  May we have until March 31, 2022 to get the responses to you?  Please let me know today if you can, as I will be out next week.  Thanks.



Elizabeth "Betsy" Hart
321 Billingsly Ct., Suite 19
Franklin, TN  37067
615-599-8406 office
502-741-6831 cell
615-807-2355 fax

Note:  This email may contain PRIVILEGED and CONFIDENTIAL information and is intended only for the use of the specific individual(s) to whom it is addressed.  Your receipt of this email is not intended to waive any applicable privilege.  If you are not an intended recipient of this email, please note that any unauthorized use or copying of this email or its contents is strictly prohibited.  If you have received this email in error, please delete it and notify the sender immediately.