| | |
|---|---|
| **Subject:** | Fwd: Tri Star Joint Statement |
| **Date:** | Thursday, March 10, 2022 at 5:01:16 PM Central Standard Time |
| **From:** | Betsy Hart |
| **To:** | roland@mumfordlaw.net |
| **CC:** | Tara Swafford, Daniel Arciniegas |
| **Attachments:** | image001.jpg, Tri Star Joint Statement Motion to Compel .docx |

Roland,

We got an auto reply that Daniel is out of the office until 3/20. Please get us Ms. Andrews's position for the joint statement by tomorrow. Thanks.

Betsy Hart

Begin forwarded message:

> **From:** Betsy Hart <betsy@swaffordlawfirm.com>
> **Date:** March 10, 2022 at 4:14:00 PM CST
> **To:** Daniel Arciniegas <daniel@attorneydaniel.com>
> **Cc:** roland@mumfordlaw.net, Tara Swafford <tara@swaffordlawfirm.com>
> **Subject: Tri Star Joint Statement**
>
> Daniel,
>
> I have attached a draft of the joint statement we are required to file for the court to consider our discovery dispute. Please insert your position so that we can get this filed by tomorrow and get a discovery conference set. Thanks.
>
> Elizabeth "Betsy" Hart
> 321 Billingsly Ct., Suite 19
> Franklin, TN 37067
> 615-599-8406 office
> 502-741-6831 cell
> 615-807-2355 fax
>
> Note: This email may contain PRIVILEGED and CONFIDENTIAL information and is intended only for the use of the specific individual(s) to whom it is addressed. Your receipt of this email is not intended to waive any applicable privilege. If you are not an intended recipient of this email, please note that any unauthorized use or copying of this email or its contents is strictly prohibited. If you have received this email in error, please delete it and notify the sender immediately.