# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

CHRISTIE ANDREWS,          )
                                   )
      Plaintiff(s),          )
                                   )
v.                               )      Case No. 3:21-cv-00526
                                 )      Judge Richardson / Frensley
                                 )
TRI STAR SPORTS AND        )
ENTERTAINMENT GROUP, INC.,    )
                                 )
      Defendant(s)         )

## O R D E R

A telephone conference is set for **March 30, 2022, at 8:00 a.m.** via telephone regarding ongoing discovery issues. The parties shall call **1-877-336-1831** at the appointed time, and when prompted for the access code, enter **7039387#** to participate in the Conference. If a party has difficulty connecting to the call or has been on hold for more than five (5) minutes, please contact chambers at 615-736-7344.

       **IT IS SO ORDERED.**

_____
JEFFERY S. FRENSLEY
United States Magistrate Judge