**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | | |
|---|---|---|
| **CHRISTIE ANDREWS,** | ) | |
| **Plaintiff,** | ) | **Civil Action No. 3:21-cv-00526** |
| | ) | **Judge Richardson/Frensley** |
| **v.** | ) | **Jury Demand** |
| | ) | |
| **TRI STAR SPORTS AND** | ) | |
| **ENTERTAINMENT GROUP, INC.** | ) | |
| **Defendant.** | ) | |

## ORDER

The Court held a telephone conference with the Parties on March 30, 2022, to discuss certain ongoing discovery disputes. For the reasons stated on the call, the Plaintiff shall supplement her discovery responses to identify her previous employment for a period of ten years prior to the date of her termination. Plaintiff shall also respond to Defendant's discovery requests regarding medical providers for the years 2016 forward. At the Plaintiff's request, the Court will allow the Parties additional limited briefing regarding the execution of an employment release and medical release by the Plaintiff . Ruling is reserved pending further briefing.

The Plaintiff shall file any motion for protective order regarding the employment release and medical release by **April 6, 2022**. The Defendant may respond to any such motion by **April 13, 2022**. Plaintiff may file an optional reply not to exceed five (5) pages by **April 18, 2022**.

The Plaintiff shall supplement her discovery responses as discussed in the conference and set forth herein by April 6, 2022. The Parties are to continue their meet and confer efforts to attempt to resolve any outstanding discovery issue without further assistance of the Court.

**IT IS SO ORDERED.**

**JEFFERY S. FRENSLEY
United States Magistrate Judge**