*MOTION GRANTED.*

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **CHRISTIE ANDREWS,** | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 3:21-cv-00526 |
| | ) | |
| v. | ) | Judge Eli J. Richardson |
| | ) | Magistrate Judge Jefferey S. Frensley |
| **TRI STAR SPORTS AND** | ) | |
| **ENTERTAINMENT GROUP, INC.** | ) | |
| | ) | |
| Defendant. | ) | **JURY DEMAND** |

**PLAINTIFF CO-COUNSEL MOTION TO WITHDRAW WITHOUT OPPOSITION**

COMES NOW Roland Mumford, co-counsel and attorney of record for Plaintiff, and respectfully moves this Court for leave to withdraw as attorney of record and to allow Daniel Arciniegas to proceed as sole attorney of record for Plaintiff. Mr. Arciengas, Plaintiff, and Defendant have stipulated that there is no opposition to this Motion and circumstances require such withdrawal. Roland Mumford would respectfully submit that local rule on withdrawal by counsel should not apply with their being existing and present co-counsel for Plaintiff.

Respectfully submitted,

/s/Roland Mumford
Roland Mumford, Esq. 026495
242 West Main Street, No. 223
Hendersonville, TN 37075
Tel: 615.348.0070
Fax: 615.246.4110
roland@mumfordlaw.net
Attorney for Plaintiff

# CERTIFICATE OF SERVICE

I hereby certify that on this the 28th day of April 2022, the foregoing was served, via facsimile, electronic mail and/or U.S. Mail to:

Tara L. Swafford
Thomas Anthony Swafford
Elizabeth G. Hart
The Swafford Law Firm, PLLC
321 Billingsly Court, Suite 19
Franklin, Tennessee 37067
Tara@swaffordlawfirm.com
Tony@swaffordlawfirm.com
Betsy@swaffordlawfirm.com

Attorneys for Defendant

Daniel Arciniegas, Esq.
Daniel Arciniegas, Esq.
Arciniegas Law
1242 Old Hillsboro Road
The Atrium Building
Franklin Tennessee 37069
daniel@attorneydaniel.com
Co-counsel and attorney for Plaintiff

/s/ Roland Mumford