IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| CHRISTIE ANDREWS, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 3:21-cv-00526 |
| | ) | |
| v. | ) | Judge Eli J. Richardson |
| | ) | Magistrate Judge Jefferey S. Frensley |
| TRI STAR SPORTS AND | ) | |
| ENTERTAINMENT GROUP, INC., | ) | |
| | ) | JURY DEMAND |
| Defendant. | ) | |

**TRI STAR SPORTS AND ENTERTAINMENT GROUP, INC.'S UNOPPOSED MOTION TO EXTEND DEADLINES IN CASE MANAGEMENT ORDER**

Pursuant to Local Rule 7.01, Defendant Tri Star Sports and Entertainment Group, Inc. ("Tri Star" or "Defendant") respectfully moves this Court to extend certain discovery deadlines in the September 20, 2022 Initial Case Management Order (Doc. 12.), for good cause shown. This Motion is unopposed. Tri Star requests to extend the following deadlines:

Complete Depositions: from **June 10, 2022** to **August 31, 2022**

File Discovery Motions: from **June 17, 2022** to **September 7, 2022**

Plaintiff Expert Disclosures: from **June 30, 2022** to **September 30, 2022**

Defendant Expert Disclosures: from **August 31, 2022** to **October 31, 2022**

The following remaining deadlines would remain in place:

| | |
|---|---|
| Joint Status Report: | June 24, 2022 |
| Final Written Discovery Served: | May 11, 2022 |
| Motions to Amend: | November 1, 2021 |
| Dispositive Motions: | November 3, 2022 |
| Pretrial Conference: | April 3, 2023 |

1

Trial Date: April 11, 2023

Extending the current discovery deadlines is necessary, as Tri Star is still actively collecting Plaintiff's medical and employment records. Plaintiff provided signed releases for these records on April 28, 2022 (medical) and May 2, 2022 (employment), after this Court compelled her to do so. Tri Star is diligently working to collect all records. Extending the deadline for depositions and expert discovery will allow the parties to complete the collection of these mitigation and damages records in order to properly prepare for depositions, and to give any expert witnesses a complete picture of the facts.

The requested extensions will not delay the case or impact other deadlines in place. The requested extension will still conform to the requirements of Local Rule 16.01(h)(1) that no dispositive motion deadline, including response and reply briefs, shall be later than 90 days in advance of the trial date. Plaintiff consents to the relief requested. For these reasons, Tri Star respectfully requests that the following deadlines be extended:

Complete Depositions: **August 31, 2022**

File Discovery Motions: **September 7, 2022**

Plaintiff Expert Disclosures: **September 30, 2022**

Defendant Expert Disclosures: **October 31, 2022**

Tri Star requests that all other deadlines remain in place, including the May 11, 2022 deadline to serve written discovery.

Respectfully Submitted,

/s/ Elizabeth G. Hart
THE SWAFFORD LAW FIRM, PLLC
Tara L. Swafford BPR # 17577
Thomas Anthony Swafford, BPR # 17578
Elizabeth G. Hart, BPR # 30070
321 Billingsly Court, Suite 19
Franklin, Tennessee 37067
Telephone: (615) 599-8406
Facsimile: (615) 807-2355
tara@swaffordlawfirm.com
tony@swaffordlawfirm.com
betsy@swaffordlawfirm.com

*Attorneys for Tri Star Sports &
Entertainment Group, Inc.*

**CERTIFICATE OF CONFERENCE**

  I hereby certify that I conferred with counsel for Plaintiff by email regarding this Motion. Plaintiff consents to the relief requested.

/s/ Elizabeth G. Hart
   Elizabeth G. Hart

3

## **CERTIFICATE OF SERVICE**

   I hereby certify that a true and correct copy of the foregoing document has been served via the Court's Electronic Filing System on:

Daniel Eduardo Arciniegas
Arciniegas Law
1242 Old Hillsboro Road
The Atrium Building
Franklin Tennessee 37069
Daniel@attorneydaniel.com

on this 9th day of June 2022.

             /s/  Elizabeth G. Hart
                Elizabeth G. Hart