# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | |
|---|---|
| **CHRISTIE ANDREWS,** ) | |
| ) | |
| Plaintiff, ) | CASE NO. 3:21-cv-00526 |
| ) | |
| v. ) | Judge Eli J. Richardson |
| ) | Magistrate Judge Jefferey S. Frensley |
| **TRI STAR SPORTS AND** ) | |
| **ENTERTAINMENT GROUP, INC.,** ) | |
| ) | JURY DEMAND |
| Defendant. ) | |

## JOINT REPORT

Pursuant to the Initial Case Management Order entered on September 20, 2021 (Doc. 12), Defendant Tri Star Sports and Entertainment Group, Inc. ("Tri Star") and Plaintiff Christie Andrews ("Andrews"), by and through counsel, report that they engaged in a good faith attempt to resolve this case but were not successful.

Respectfully Submitted,

/s/ Elizabeth G. Hart
THE SWAFFORD LAW FIRM, PLLC
Tara L. Swafford BPR # 17577
Thomas Anthony Swafford, BPR # 17578
Elizabeth G. Hart, BPR # 30070
321 Billingsly Court, Suite 19
Franklin, Tennessee 37067
Telephone: (615) 599-8406
Facsimile: (615) 807-2355
tara@swaffordlawfirm.com
tony@swaffordlawfirm.com
betsy@swaffordlawfirm.com

*Attorneys for Tri Star Sports &*
*Entertainment Group, Inc.*

/s/ Daniel Arciniegas
Daniel Arciniegas, BPR #35853
**ARCINIEGAS LAW**
1242 Old Hillsboro Road
The Atrium Building
Franklin, Tennessee 37069
T. 629.777.5339
Daniel@AttorneyDaniel.com

*Attorney for Christie Andrews*

### CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of June 2022, a true and correct copy of the foregoing was served via the Court's electronic filing system on:

Daniel Eduardo Arciniegas
Arciniegas Law
1242 Old Hillsboro Road
The Atrium Building
Franklin Tennessee 37069
Daniel@attorneydaniel.com

          /s/  Elizabeth G. Hart
             Elizabeth G. Hart