IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **CHRISTIE ANDREWS**, <br><br> Plaintiff, <br><br> v. <br><br> **TRI STAR SPORTS AND ENTERTAINMENT GROUP, INC.** <br><br> Defendant. | Civil No. 3:21-cv-00526 <br> Judge Eli J. Richardson <br> Magistrate Judge Jefferey S. Frensley |

**PLAINTIFF'S UNOPPOSED MOTION TO EXTEND THE DEADLINE TO FILE RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff files this motion to extend the deadline to file response to Defendant's Motion for Summary Judgment ("MSJ Motion") by seven days. Defendant filed its MSJ Motion on November 3, 2022, making the deadline to file a response November 24, 2022, the deadline. Prior to filing this motion Plaintiff's counsel conferred with Defense counsel and Defendant does not oppose this motion. As good cause for this motion Plaintiff provides that additional time is necessary due to the approaching holiday and the need to discuss what documents if any, a party contends should be filed under seal due to designation as confidential under the protective order entered in this case. Plaintiff will not oppose an equal extension for Defendant to file a reply.

For the foregoing reasons, Plaintiff respectfully requests this Court GRANT this motion to make the new deadline for a response to Defendant's MSJ motion to December 1, 2022.

Respectfully submitted,

_____
Daniel Arciniegas
**ARCINIEGAS LAW**

1
Case 3:21-cv-00526   Document 41   Filed 11/17/22   Page 1 of 2 PageID #: 454

# CERTIFICATE OF SERVICE

I hereby certify that on Thursday, Thursday, November 17, 2022, I electronically served the foregoing *Motion to Extend the Deadline To File Response to Defendant's Motion for Summary Judgment* via CM/ECF:

Tara L. Swafford, BPR # 17577
Thomas Anthony Swafford, BPR # 17578Elizabeth G. Hart, BPR # 030070
The Swafford Law Firm, PLLC
207 Third Avenue North
Franklin, Tennessee 37064
Tel: (615) 599-8406
Fax: (615) 807-2355
Tara@swaffordlawfirm.com
Tony@swaffordlawfirm.com
Betsy@swaffordlawfirm.com

Attorneys for Tri Star Sports and EntertainmentGroup, Inc.

        Respectfully submitted,

        Daniel Arciniegas, BPR #35853
        **ARCINIEGAS LAW**
        1242 Old Hillsboro Road
        The Atrium Building
        Franklin, Tennessee 37069
        T. 629.777.5339
        Daniel@AttorneyDaniel.com