> The motion is granted.
> *Eli Richardson*

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **CHRISTIE ANDREWS**, <br><br> Plaintiff, <br><br> v. <br><br> **TRI STAR SPORTS AND ENTERTAINMENT GROUP, INC.** <br><br> Defendant. | Civil No. 3:21-cv-00526 <br> Judge Eli J. Richardson <br> Magistrate Judge Jefferey S. Frensley |

### PLAINTIFF'S UNOPPOSED MOTION TO EXTEND THE DEADLINE TO FILE RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Plaintiff files this motion to extend the deadline to file response to Defendant's Motion for Summary Judgment ("MSJ Motion").

Prior to filing this motion Plaintiff's counsel conferred with Defense counsel and Defendant does not oppose this motion. As good cause for this motion Plaintiff provides that additional time is necessary due to numerous exhibits and depositions were designated by Defendant as confidential during discovery. Parties are working in good faith to limit the information Defendant will move to file under seal. Plaintiff's counsel previously filed a motion to extend on November 17, 2022 [Doc. 41] and a corrected Motion to Extend deadline on November 21, 2022 [Doc. 42].[1]

The current trial date is April 11, 2023.

Plaintiff's current deadline to files response to December 1, 2022.

The requested extensions will not delay the case or impact other deadlines in place. The requested extension will still conform to the requirements of Local Rule 16.01(h)(1) that no

---

[1] Plaintiff's counsel mistakenly included the dues dates using 21 days to respond as opposed to the 28 days provided in the Case Management Order in this case. [Doc. 12 PageID# 57].

1

Case 3:21-cv-00526   Document 44   Filed 12/02/22   Page 1 of 1 PageID #: 462