IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CHRISTIE ANDREWS,<br><br>    Plaintiff,<br><br>v.<br><br>TRI STAR SPORTS AND<br>ENTERTAINMENT GROUP, INC.<br><br>    Defendant. | Civil No. 3:21-cv-00526<br>Judge Eli J. Richardson<br>Magistrate Judge Jefferey S. Frensley |

### PLAINTIFF'S [OPPOSED] MOTION FOR LEAVE TO FILE ADDITIONAL PAGES IN OPPOSITION TO TRISTAR'S DISPOSITIVE MOTION

Plaintiff respectfully moves this Court for leave to file an additional ten pages in memorandum of law in opposition to TriStar's Dispositive Motion. Currently the initial case management order states "[b]riefs or memoranda of law in support of or in opposition to a dispositive motion shall not exceed 25 pages." Plaintiff conferred with Defense Counsel prior to filing this motion and Defense counsel responded with "We do not have authority to agree to a 10 page extension."

                                              Respectfully submitted,

                                              Daniel Arciniegas
                                              **ARCINIEGAS LAW**

## CERTIFICATE OF SERVICE

I hereby certify that on Wednesday, December 7, 2022, I electronically served the foregoing PLAINTIFF'S [OPPOSED] MOTION FOR LEAVE TO FILE ADDITIONAL PAGES IN OPPOSITION TO TRISTAR'S DISPOSITIVE MOTION via CM/ECF:

Tara L. Swafford, BPR # 17577
Thomas Anthony Swafford, BPR # 17578Elizabeth G. Hart, BPR # 030070
The Swafford Law Firm, PLLC
207 Third Avenue North
Franklin, Tennessee 37064
Tel: (615) 599-8406
Fax: (615) 807-2355
Tara@swaffordlawfirm.com
Tony@swaffordlawfirm.com
Betsy@swaffordlawfirm.com

Attorneys for Tri Star Sports and EntertainmentGroup, Inc.

Respectfully submitted,

Daniel Arciniegas, BPR #35853
**ARCINIEGAS LAW**
1242 Old Hillsboro Road
The Atrium Building
Franklin, Tennessee 37069
T. 629.777.5339
Daniel@AttorneyDaniel.com