# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## AT NASHVILLE

CHRISTIE ANDREWS

    PLAINTIFF,

    v.

TRI STAR SPORTS AND
ENTERTAINMENT GROUP, INC.,

    DEFENDANT.

Case No. 3:21-cv-00526

Judge Eli J. Richardson

Magistrate Judge Jefferey S. Frensley

## PLAINTIFF'S EVIDENTIARY SUBMISSION

| Exhibit Number | Description |
| --- | --- |
| 1 | 2014.08.20 Emergency Contact form - Redacted.pdf |
| 2 | Deposition Exhibit 18<br>2018.01.26 Stephens' e-mail to Kinder FYI – she is out sick again today. But she change policy so I'm sure she is happy about that! |
| 3 | Deposition Exhibit 20<br>2018 TriStar Handbook |
| 4 | Deposition Exhibit 08<br>2018.08.24 E-mails regarding Computer for WFH |
| 5 | 2019.04.12 E-mail regarding Andrews Accommodation.pdf |
| 6 | Depo Exhibit 22<br>2019.07.26 Stephens' e-mail approving Andrews Raise REDACTED |
| 7 | Deposition Exhibit 23<br>2020.03.15 TriStar Medical Group WebEncounter:<br>Andrews "Are there any precautions you want me to be taking in regards to my asthma and covid-19 besides the normal wash your hands and clean your heavy touch surfaces? The only thing I saw online was people considering not taking their meds. That can't be right, right? |

1

Healthcare provider: The best thing you can do is wash your hands, work from home if you are able. If you have any symptoms, you need to self-quarantine.

8    2020.03.16 8:58 AM TriStar WebEncounter: Andrews Thank you. And don't stop with the meds right?

9    2020.03.16 03:36 PM Simpson E-mail COVID19 WORK FROM HOME UPDATE

     Deposition Exhibit 2

10   2020.03.16 04_32PM E-mails regarding working from home - Involve Taylor AND STEPHENS.pdf

11   2020.03.16 05_00pm Andrews E-mail regarding  Work from home

     Andrews Deposition 15 Doc. 40-6

12   2020.03.16 6:45 PM TriStar Medical Group WebEncounter:

13   2020.03.17 10:43 AM TriStar Medical Group WebEncounter:

14   2020.03.17 10_07AM Luecke E-mail

     Andrews Deposition Exhibit 14
15   2020.03.17 03_50PM Andrews E-mail submits doctor notes to bryan luecke, simpson, heather kinder, stephens.pdf

     Deposition Exhibit 27
     Andrews Deposition Exhibit 16
16   2020.03.17 09_59AM Stephens E-mail Time Stamp - Ugh – I know. I do have to say that I know cleaning products do cause some people issues – Christy has so many.pdf

     Deposition Exhibit 6
17   2020.03.17 11_15AMSimpson Updated List WFH.pdf

     Deposition Exhibit 3
18   2020.03.17 11_59AM Stephens E-mail Time Stamp - Ugh – I know. I do have to say that I know cleaning products do cause some people issues – Christy has so many.pdf

     Deposition Exhibit 7 – correct time stamp
19   2020.03.17 7:35 AMTaylor E-mail to Simpson - we can review WFH  -The following employees have requested to work from home based on compromised immune.pdf Plaintiff's Deposition Deposition Exhibit 5

2

20    2020.03.18 Taylor e-mail to Luecke, Stephens and Simpson - WFH Non essential operational staff - preferential considerations - ANDREWS.pdf

      Deposition Exhibit 4
21    2020.03.19 Non-essentials WFH
      Bryan please schedule a time with Yolanda tomorrow to call Christie and discuss her layoff. All non essential staff on
      WFH is being laid off tomorrow

      Deposition Exhibit 17
22    2020.03.19 9:21 PM TriStar Medical Group WebEncounter:

23    2020.03.19 Is she using Vacation time right now.pdf
24    2020.03.20 Simpson e-mail with TN Separation Notice stating "Lack of work" and "Quit"_Redacted.pdf

      Deposition Exhibit 28
25    2020.03.20 Simpson e-mail with TN Separation Notice stating "Lack of work" and pdf
26    2020.03.22 2:03 PM TriStar Medical Group WebEncounter:

27    2020.03.22 7:12 PM TriStar Medical Group WebEncounter:

28    2020.03.23 E-mail regarding hiring job post TSE REDACTED

      Deposition Exhibit 24
29    2020.03.24 1:12 AM TriStar Medical Group WebEncounter:

30    2020.03.24 12:31PM TriStar Medical Group WebEncounter:

31    2020.05.18 TriStar Team Coordinator position.pdf

      Deposition Exhibit 26
32    WFH List Redacted
      Subject Motion to Seal

      Deposition Exhibit 01
33    OMITTED
34    2021.12 TriStar's Responses To P's First Set of Interrogatories REDACTED

      Plaintiff's Depo Exhibit 10
35    TriStar Rebuttal to EEOC.pdf

      Deposition Exhibit 19
36    2021.11 TriStar's Response to P's First Set of Requests for Admission

      Deposition Exhibit 11
37    TriStars Responses to P's First Set of Requests for Production

3

|       | Deposition Exhibit 12 |
|-------|------------------------|
| 38    | TriStar's Responses to P's Second Set of Requests for Admission |
|       | Deposition Exhibit 13 |
| 39    | TriStar's Responses to Plaintiff's Second Set of Interrogatories.pdf |
|       | Deposition Exhibit 14 |
| 40    | TriStar's Supplemental Responses to Plaintiff's First Set of Requests for Interrogatories -Deposition Exhibit 15 |
| 41    | Andrews Deposition |
| 42    | Taylor Deposition |
| 43    | Simpson Deposition |
| 44    | Stephens Deposition |
| 45    | Kinder Deposition |
| 46    | Kelly Coppage Declaration |
| 47    | |
| 48    | October 10, 2019 LouTaylor.net – her clients included Florida Georgia Line that according to |
| 49    | Pollstar.com article dated October 30, 2019 Pollstar.com finished a $50 million tour. |
| 50    | PPP Information |



Respectfully submitted,

Daniel Arciniegas
Arciniegas Law PLLC
Atrium Building
1242 Old Hillsboro Road
Franklin, TN 37068
T. 629.777.5339
F. 615.988.9113
www.AttorneyDaniel.com

*Attorney for Plaintiff*

3

CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2022, I filed the foregoing PLAINTIFF'S EVIDENTIARY

SUBMISSION via the Court's electronic filing system, which will automatically send electronic

notice of such filing on the following counsel of record for Defendant:


THE SWAFFORD LAW FIRM, PLLC
Tara L. Swafford, BPR # 17577
Thomas Anthony Swafford, BPR # 17577
Elizabeth G. Hart, BPR # 30070
321 Billingsly Court, Suite 19
Franklin, Tennessee 37067
Telephone: (615) 599-8406
Facsimile: (615) 807-2355
tara@swaffordlawfirm.com
tony@swaffordlawfirm.com
betsy@swaffordlawfirm.com

*Attorneys for Tri Star Sports*
*and Entertainment Group, Inc.*


Respectfully  submitted,


Daniel Arciniegas
Arciniegas Law PLLC
Atrium Building
1242 Old Hillsboro Road
Franklin, TN 37068
T. 629.777.5339
F. 615.988.9113
www.AttorneyDaniel.com

***Attorney for Plaintiff***

4