# EXHIBIT 1

Plaintiff's Production 000009



**SPORTS & ENTERTAINMENT GROUP**
BUSINESS MANAGEMENT · TAX

## Emergency Contact Form

| | | | |
|---|---|---|---|
| **Employee Name** | Christie Andrews | **Position** | Admin. Asst. |
| **Phone Number#** | | **Email** | christieAndrews24@gmail.com |

**Special Instructions:**

In the event of a medical emergency, are there any emergency procedures or restrictions on medications of which emergency personnel should be aware? If yes, please explain.

Athsma- No Albuterol (will induce vomiting) xopenex inhaler in purse

Anemia

Hypoglycemia - Sugar packets in purse

**Emergency Contacts:**

Primary Contact in case of emergency:

Name    Jessica Upon                    Relationship    Roommate
Address                                  Phone Number
                                         Alternate Phone Number

Secondary Contact in case of emergency:

Name    Joan Andrews                    Relationship    Mother
Address                                  Phone Number
                                         Alternate Phone Number
                                         Jerry Andrews

11 Music Circle South • Nashville • TN 37203 • t 615.309.0969 • f 615.309.0929
1800 Century Park East • Suite 1000 • Los Angeles • CA 90067 • t 323.284.7600 • f 323.284.5481

Plaintiff's Production 000010

**TRI STAR**
SPORTS & ENTERTAINMENT GROUP
BUSINESS MANAGEMENT • TAX

**Employee Authorization**

I have voluntarily provided the above contact information and authorize Tri Star Sports & Entertainment Group and its representatives to contact any of the above individuals on my behalf in the event of an emergency.

*Christie Andrews*
_____
*Employee signature*

8·20·2014
_____
*Date*

CHRISTIE A ANDREWS
_____
*Employee Print Name*

11 Music Circle South • Nashville • TN 37203 • t 615.309.0969 • f 615.309.0929
1800 Century Park East • Suite 1000 • Los Angeles • CA 90067 • t 323.284.7600 • f 323.284.5481
Case 3:21-cv-00526 Document 48-1 Filed 12/09/22 Page 3 of 54 PageID #: 537

# EXHIBIT 2

**Betsy Hart**

| | |
|---|---|
| **From:** | Peggy Stephens |
| **Sent:** | Monday, December 6, 2021 1:45 PM |
| **To:** | Anna Miller |
| **Subject:** | Fw: Christie time off |

**From:** Heather Kinder <heather@team-tristar.com>
**Sent:** Monday, June 7, 2021 2:35 PM
**To:** Peggy Stephens <pstephens@team-tristar.com>; Joanna Gronemeier <JGronemeier@team-tristar.com>
**Subject:** RE: Christie time off

███████████████████████████

**From:** Peggy Stephens <pstephens@team-tristar.com>
**Sent:** Monday, June 7, 2021 2:33 PM
**To:** Heather Kinder <heather@team-tristar.com>
**Cc:** Joanna Gronemeier <JGronemeier@team-tristar.com>
**Subject:** FW: Christie time off

████████████████████████████████████████████████████
████████████

**Peggy Stephens, CPA**
Director, Business Management
pstephens@team-tristar.com
323.694.9744 Direct

**From:** Peggy Stephens
**Sent:** Friday, January 26, 2018 12:13 PM
**To:** Lauren Cooper <lauren@team-tristar.com>
**Subject:** FW: Christie time off

FYI – she is out sick again today.  But she change policy so I'm sure she is happy about that!

**From:** Steve Krell
**Sent:** Friday, January 26, 2018 11:46 AM
**To:** Suzanne Fennell <suzanne@team-tristar.com>
**Cc:** Peggy Stephens <pstephens@team-tristar.com>; Heather Harper <heatherh@team-tristar.com>
**Subject:** RE: Christie time off

Btw – and this is more for HJ and Peggy: Christie was pretty upset about the space heater policy I just sent out the other day (not allowing them) and said something to me in a Skype message about being cold and her asthma acting up (not necessarily one causing the other, but seemed related) and I haven't seen her since the afternoon she went home.

TRI STAR CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER 000107

We have since revisited the issue and adjusted temperatures a bit in the office (with Heather and Robin) and concluded we can keep that one in the breezeway on since it's unavoidably cooler there and Mike can set it so it doesn't trip the circuit breaker.

I don't know this has been communicated to her. Not sure they are connected. I asked Mike to let her know but don't think she's been back in and don't know if she has email outside the office.

**Steve Krell**
*Director of Operations*
steve@team-tristar.com
615.997.3842 Direct

---

**From:** Suzanne Fennell
**Sent:** Thursday, January 25, 2018 1:11 PM
**To:** Steve Krell <steve@team-tristar.com>
**Cc:** Peggy Stephens <pstephens@team-tristar.com>; Heather Harper <heatherh@team-tristar.com>
**Subject:** RE: Christie time off

It's based on her anniversary date which is August 18th.

---

**From:** Steve Krell
**Sent:** Thursday, January 25, 2018 1:10 PM
**To:** Suzanne Fennell <suzanne@team-tristar.com>
**Cc:** Peggy Stephens <pstephens@team-tristar.com>; Heather Harper <heatherh@team-tristar.com>
**Subject:** Re: Christie time off

She has taken 6 sick days already so far this year?

Steve Krell
steve@team-tristar.com
615.997.3842

On Jan 25, 2018, at 1:08 PM, Suzanne Fennell <suzanne@team-tristar.com> wrote:

> FYI - Christie was out sick yesterday and also today. Taking into account both days off, she has no more sick time and will be negative 2.55 hours of vacation. She will accrue 3.34 more on 2/1 so will be back in the positive.

---

**From:** Kristen Stiles
**Sent:** Thursday, January 25, 2018 11:33 AM
**To:** Suzanne Fennell <suzanne@team-tristar.com>
**Subject:** FW: ███████ Agreement

Christie was out yesterday and is out today as well.

---

**From:** Christie Andrews
**Sent:** Thursday, January 25, 2018 11:32 AM
**To:** Peggy Stephens <pstephens@team-tristar.com>; Heather Kinder <heather@team-tristar.com>; Anna Lyons <anna@team-tristar.com>

**TRI STAR CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER 000108**

**Cc:** Kristen Stiles <kstiles@team-tristar.com>
**Subject:** Re: ▮▮▮▮▮▮▮▮▮▮ Agreement

Forwarding to Anna since I'm out sick.

Get Outlook for iOS

---

**From:** Peggy Stephens
**Sent:** Wednesday, January 24, 2018 10:21:23 PM
**To:** Heather Kinder
**Cc:** Christie Andrews; Kristen Stiles
**Subject:** Re: ▮▮▮▮▮▮▮▮▮▮ Agreement

Sorry this feel of my radar..... On my calendar sippo will happen first thing.  Christie can you please come see me?

**Peggy Stephens, CPA**
*Director of Business Management*
Pstephens@team-tristar.com

**Tri Star Sports and Entertainment Group**
**Business Management - Tax**
11 Music Circle South
Nashville, TN 37203
615.997.3818 Direct
615.309.0969 Tel
615.309.0929 Fax

9255 Sunset Blvd.
2nd Floor
West Hollywood, CA 90069
323.284.7600 Tel
323.284.5481 Fax

www.team-tristar.com

instagram/snapchat/twitter: @tristarteam

 This message contains information which may be confidential and privileged. Unless you are addressee (or authorized to receive for addressee), you may not use, copy or disclose to anyone the message or any information contained in this message. If you have received this message in error, please advise the sender by reply e-mail or reply to info@team-tristar.com and delete the message. Thank you very much.
                                        * * * * *
Under requirements imposed by the IRS Circular 230, we inform you that, if any advice concerning one or more U.S. federal tax issues is contained in this communication (including any attachments), such advice was not intended or written to be used, and cannot be used by you or any other taxpayer for the purpose of (1) avoiding penalties under the Internal Revenue code or (2) promoting, marketing or recommending to another party any transaction or tax-related matter addressed herein

On Jan 22, 2018, at 2:31 PM, Heather Kinder <heather@team-tristar.com> wrote:

**TRI STAR CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER 000109**

Peggy-

Michael wrote this weekend and approved signing this. Approval attached. Per Kerri, she needs an original convo. Based on Friday's cono, you think it is OK to print in Nashville, sign with the machine and then FedEx back to Kerri at Greenspan. Can you please coordinate?

The PDF attached on this email (not the one in the attached email) should be signed as the sticker was removed.

I have copied Christie and Kristen to help coordinate.

Heather Kinder
Senior Executive Assistant to Lou Taylor
heather@team-tristar.com<mailto:heather@team-tristar.com>
323.284.7654


From: Alessandra Aguiar <alessandraa@team-tristar.com>
Date: Monday, January 22, 2018 at 10:08 AM
To: Heather Kinder <heather@team-tristar.com>
Subject: RE: ███████ Agreement



Thank You,

Alessandra Aguiar
Staff Accountant II
alessandraa@team-tristar.com<mailto:alessandraa@team-tristar.com>
Direct 323.741.5084

Tri Star Sports and Entertainment Group
Business Management - Tax
9255 Sunset Blvd., 2nd Floor
West Hollywood, CA 90069
323.284.7600 Tel
323.284.5481 Fax

11 Music Circle South
Nashville, TN 37203
615.309.0969 Tel
615.309.0929 Fax


www.team-tristar.com<http://www.team-tristar.com/>

instagram/snapchat/twitter: @tristarteam


This message contains information which may be confidential and privileged. Unless you

TRI STAR CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER 000110

are addressee (or authorized to receive for addressee), you may not use, copy or disclose to anyone the message or any information contained in this message. If you have received this message in error, please advise the sender by reply e-mail or reply to info@team-tristar.com<mailto:info@team-tristar.com> and delete the message. Thank you very much.
* * * * *
Under requirements imposed by the IRS Circular 230, we inform you that, if any advice concerning one or more U.S. federal tax issues is contained in this communication (including any attachments), such advice was not intended or written to be used, and cannot be used by you or any other taxpayer for the purpose of (1) avoiding penalties under the Internal Revenue code or (2) promoting, marketing or recommending to another party any transaction or tax-related matter addressed herein

From: Heather Kinder
Sent: Monday, January 22, 2018 6:50 AM
To: Alessandra Aguiar <alessandraa@team-tristar.com>
Subject: Re:██████████ Agreement

Can you rescan and remove the "sign here sticker"?

Thanks!

Heather Kinder
Senior Executive Assistant to Lou Taylor
heather@team-tristar.com<mailto:heather@team-tristar.com>
323.284.7654

From: Alessandra Aguiar <alessandraa@team-tristar.com<mailto:alessandraa@team-tristar.com>>
Date: Friday, January 19, 2018 at 4:28 PM
To: Heather Kinder <heather@team-tristar.com<mailto:heather@team-tristar.com>>
Subject: ██████████ Agreement

Thank You,

Alessandra Aguiar
Staff Accountant II
alessandraa@team-tristar.com<mailto:alessandraa@team-tristar.com>
Direct 323.741.5084

Tri Star Sports and Entertainment Group
Business Management - Tax
9255 Sunset Blvd., 2nd Floor

**TRI STAR CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER 000111**

West Hollywood, CA 90069
323.284.7600 Tel
323.284.5481 Fax

11 Music Circle South
Nashville, TN 37203
615.309.0969 Tel
615.309.0929 Fax

www.team-tristar.com<http://www.team-tristar.com/>

instagram/snapchat/twitter: @tristarteam

This message contains information which may be confidential and privileged. Unless you are addressee (or authorized to receive for addressee), you may not use, copy or disclose to anyone the message or any information contained in this message. If you have received this message in error, please advise the sender by reply e-mail or reply to info@team-tristar.com<mailto:info@team-tristar.com> and delete the message. Thank you very much.
* * * * *
Under requirements imposed by the IRS Circular 230, we inform you that, if any advice concerning one or more U.S. federal tax issues is contained in this communication (including any attachments), such advice was not intended or written to be used, and cannot be used by you or any other taxpayer for the purpose of (1) avoiding penalties under the Internal Revenue code or (2) promoting, marketing or recommending to another party any transaction or tax-related matter addressed herein



█████ 2018.01 ████████Agreement.pdf>
<Re: ████ 2018.01 ████████ Agreement.pdf.eml>
< ████ 2018.01 ████████ Agreement.pdf.eml>

TRI STAR CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER 000112

# EXHIBIT 3



# TRI STAR
## SPORTS & ENTERTAINMENT GROUP
### BUSINESS MANAGEMENT • TAX

## Company Handbook

**July 2018**

EXHIBIT 8
WITNESS: Taylor
DATE: 8-24-22
CARISSA L. BOONE, RPR

TRI STAR CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER 000006



## Christian Company, EEO Statement and Non-Harassment Policy

Tri Star is a business that is founded on Christian principles committed to modeling the example set by Jesus Christ and reflecting God's excellence in how we conduct our business. This includes a firm commitment to equal employment opportunity and selecting, promoting, and rewarding our employees on the basis of merit.

### Equal Opportunity Statement

Tri Star is committed to complying with all federal, state, and local laws providing equal employment opportunities, and all other employment laws and regulations. It is our intent to maintain a work environment which is free of harassment, discrimination, or retaliation because of age, race, religious creed, color, national origin, ancestry, physical disability, mental disability, medical condition, genetic information, marital status, sex (including pregnancy, childbirth, breastfeeding and/or related medical conditions), gender, gender identity, gender expression, sexual orientation, or military and veteran status, or any other status protected by federal, state, or local laws. Tri Star is dedicated to the fulfillment of this policy in regard to all aspects of employment, including but not limited to recruiting, hiring, placement, transfer, training, promotion, rates of pay, and other compensation, termination, and all other terms, conditions, and privileges of employment.

Tri Star will conduct a prompt and thorough investigation of all allegations of discrimination, harassment, or retaliation, or any violation of Tri Star's Equal Employment Opportunity Policy in a confidential manner. Tri Star will take appropriate corrective and remedial action, if and where warranted. Tri Star prohibits retaliation against any employee who provides information about, complains, or assists in the investigation of any complaint of discrimination or violation of Tri Star's Equal Employment Opportunity Policy.

We are all responsible for upholding Tri Star's Equal Employment Opportunity Policy and any claimed violations of that policy should be brought to the attention of Human Resources.

### Policy Against Workplace Harassment

Tri Star has a strict policy against all types of workplace harassment, including sexual harassment and other forms of workplace harassment based upon an individual's age, race, religious creed, color, national origin, ancestry, physical disability, mental disability, medical condition, genetic information, marital status, sex (including pregnancy, childbirth, breastfeeding and/or related medical conditions), gender, gender identity, gender expression, sexual orientation, or military and veteran status, or any other status protected by federal, state, or local laws. All forms of harassment of, or by, employees, applicants, unpaid interns, volunteers, vendors, visitors, customers, and clients are strictly prohibited and will not be tolerated.

6



# EEO Statement and Non-Harassment Policy – continued

## A. Sexual Harassment

Sexual harassment is defined as unwelcome sexual advances, requests for sexual favors, and other verbal or physical conduct of a sexual nature when (1) submission to such conduct is made either explicitly or implicitly as a term or condition of an individual's employment (2) submission to, or rejection of such conduct by an individual is used as the basis for employment decisions affecting such individual or (3) such conduct has the purpose or effect of unreasonably interfering with an individual's work performance or creating an intimidating, hostile or offensive work environment.

While it is not possible to identify each and every act that constitutes or may constitute sexual harassment, the following are some examples of sexual harassment are provided below: (a) unwelcome requests for sexual favors; (b) lewd or derogatory comments or jokes; (c) comments regarding sexual behavior or the body of another employee; (d) sexual innuendo and other vocal activity such as catcalls or whistles; (e) obscene letters, notes, emails, invitations, cartoons, articles, or other written materials of a sexual natures; (f) repeated requests for dates after being informed that interest is unwelcome; (g) retaliating against an employee for refusing a sexual advance or reporting an incident of possible sexual harassment to Tri Star or any government agency; (h) offering or providing favors or employment with Tri Star or benefits such as promotions, favorable evaluations, favorable assigned duties or shifts, etc., in exchange for sexual favors; and (i) any unwanted physical touching or assaults, or blocking or impeding movements.

## B. Other Harassment

Other workplace harassment is often verbal or physical conduct that insults or shows hostility or aversion towards an individual because of the individual's age, race, religious creed, color, national origin, ancestry, physical disability, mental disability, medical condition, genetic information, marital status, sex (including pregnancy, childbirth, breastfeeding and/or related medical conditions), gender, gender identity, gender expression, sexual orientation, or military and veteran status, or any other status protected by federal, state, or local laws.

Again, while it is not possible to list all the circumstances that may constitute other forms of workplace harassment, the following are some examples of conduct that may constitute workplace harassment: (a) the use of disparaging or abusive words or phrases, slurs, negative stereotyping, or threatening, intimidating or hostile acts that relate to the above protected categories; (b) written or graphic material that insults, stereotypes or shows aversion or hostility towards an individual or group because of one of the above protected categories and that is placed on walls, bulletin boards, email, voicemail, or elsewhere on Tri Star's premises, or circulated in the workplace; and (c) a display of symbols, slogans, or items that are associated with hate or intolerance towards any select group.

7

**TRI STAR CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER 000012**



## EEO Statement and Non-Harassment Policy – continued

### Reporting Discrimination and Harassment

Any employee who feels that he or she has witnessed, or been subject to, any form of discrimination or harassment is required to immediately notify Human Resources.

Tri Star prohibits retaliation against any employee who provides information about, complains, or assists in the investigation of any complaint of harassment or discrimination.

We will promptly and thoroughly investigate any claim and take appropriate corrective and/or remedial action where we find a claim has merit. If Tri Star begins an investigation, we will endeavor to conduct the investigation in a timely manner and we will keep the investigation confidential to the extent possible. In the same way, anyone involved in an investigation of harassment has an obligation to keep all information about the investigation confidential. That is why Tri Star will only share information about a complaint of harassment with those who need to know about it. Failure to keep information about an investigation confidential may result in disciplinary action. Investigations will be documented and tracked for timely resolution.

When the investigation has been completed, Tri Star will normally communicate the results of the investigation to the complaining individual, to the alleged harasser and, if appropriate, to others who are directly involved. If Tri Star's policy against harassment is found to have been violated, appropriate corrective action, up to and including termination, will be taken against the harasser so that further harassment will be prevented. Both the rights of the alleged harasser and the complainant will be considered in any investigation and subsequent action.

Discipline for violation of this policy may include, but is not limited to reprimand, suspension, demotion, transfer, and discharge. If Tri Star determines that harassment or discrimination occurred, corrective and remedial action will be taken to effectively end the harassment. As necessary, Tri Star may monitor any incident of harassment or discrimination to assure the inappropriate behavior has stopped. In all cases, Tri Star will follow up as necessary to ensure no retaliation for making a complaint or cooperating with an investigation.

In addition to Tri Star's internal complaint procedure, employees may also contact either the Equal Employment Opportunity Commission (EEOC) or the California Department of Fair Employment and Housing (DFEH) to report unlawful harassment. The EEOC and the DFEH serve as neutral fact-finders and will attempt to assist the parties to voluntarily resolve their disputes. For more information, contact Human Resources, or you may contact the nearest EEOC or DFEH office.

**TRI STAR CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER 000013**



## EEO Statement and Non-Harassment Policy – continued

### Retaliation prohibited

Tri Star prohibits retaliation against those who report, oppose or participate in an investigation of alleged violations of this policy. Participating in an investigation of alleged wrongdoing in the workplace includes:

1. Filing a complaint with a federal or state enforcement or administrative agency.
2. Participating in or cooperating with a federal or state enforcement agency that is conducting an investigation of the company regarding alleged unlawful activity.
3. Testifying as a party, witness or accused regarding alleged unlawful activity.
4. Associating with another employee who is engaged in any of these activities.
5. Making or filing an internal complaint with the company regarding alleged unlawful activity.
6. Providing informal notice to the company regarding alleged unlawful activity.

Tri Star strictly prohibits any adverse action or retaliation against an employee for participating in an investigation of alleged violation of this policy. If an employee feels that he or she is being retaliated against, the employee should immediately contact Human Resources or the CEO. In addition, if an employee observes retaliation by another employee, supervisor, manager or nonemployee, he or she should immediately report the incident to the individuals identified above.

Any employee determined to be responsible for violating this policy will be subject to appropriate disciplinary action, up to and including termination. Moreover, any employee, supervisor or manager who condones or ignores potential violations of this policy will be subject to appropriate disciplinary action, up to and including termination.

9

**TRI STAR CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER 000014**



## Disability Accommodation

Tri Star complies with federal and state disability regulations, including the Americans with Disabilities Act (ADA). Qualified applicants or employees who inform Tri Star of a physical or mental disability requiring accommodation in order for them to perform the essential functions of their jobs should inform Human Resources of this so that we can together discuss what accommodations are available and appropriate.

Procedure for reasonable accommodation requests:

- ⬚ Employee advises Human Resources of the need for accommodation. Employee completes a Request for Accommodation form and gives it to his or her supervisor.
- ⬚ The accommodation request will be discussed with the employee and the employee's manager(s).
- ⬚ The employee may be required to provide documentation supporting a disability, including medical certification.
- ⬚ If a reasonable appropriate accommodation is readily available, the request will be approved, and the accommodation implemented.
- ⬚ If an accommodation is not readily ascertainable, the matter will be pursued further with assistance from appropriate external resources.
- ⬚ All requests for accommodations need to be approved by the CEO.

Tri Star will consider the request but reserves the right to offer its own accommodation to the extent permitted by law. Some, but not all, of the factors that Tri Star will consider are cost, the effect that an accommodation will have on current established policies, and the burden on operations -- including other employees -- when determining a reasonable accommodation. Tri Star does not retaliate against employees who request accommodations for disabilities.

16

**TRI STAR CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER 000021**

# EXHIBIT 4

# Betsy Hart

**From:** Bryan Luecke
**Sent:** Tuesday, December 7, 2021 7:13 PM
**To:** Heather Kinder
**Subject:** Fw: Computer

---

**From:** Chris Jaffe <chris@team-tristar.com>
**Sent:** Friday, August 24, 2018 4:53 PM
**To:** Bryan Luecke <bryan@team-tristar.com>; Christie Andrews <christie@team-tristar.com>
**Cc:** Mike Ingebretson <mike@team-tristar.com>
**Subject:** RE: Computer

That is possible. We would need Peggy's approval. This has to be approved at the Director level.


--
**Chris Jaffe**
*Senior Manager of Technology and Product Development*
chris@team-tristar.com
615.997.3827 Direct

**From:** Bryan Luecke
**Sent:** Friday, August 24, 2018 4:47 PM
**To:** Chris Jaffe <chris@team-tristar.com>; Christie Andrews <christie@team-tristar.com>
**Cc:** Mike Ingebretson <mike@team-tristar.com>
**Subject:** RE: Computer

Yes – approved

Can we just make this ongoing?

**Bryan Luecke, CPA**
*Team Controller*
bryan@team-tristar.com
615.997.3807 Direct


**From:** Chris Jaffe
**Sent:** Friday, August 24, 2018 4:46 PM
**To:** Christie Andrews <christie@team-tristar.com>; Bryan Luecke <bryan@team-tristar.com>
**Cc:** Mike Ingebretson <mike@team-tristar.com>
**Subject:** RE: Computer

It is Ok with me as long as Bryan approves. Do you need a case again?

**TRI STAR CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER 000155**

--
**Chris Jaffe**
*Senior Manager of Technology and Product Development*
chris@team-tristar.com
615.997.3827 Direct

---

**From:** Christie Andrews
**Sent:** Friday, August 24, 2018 4:45 PM
**To:** Chris Jaffe <chris@team-tristar.com>; Bryan Luecke <bryan@team-tristar.com>
**Subject:** Computer

Hi can I please get approval to take my laptop home this weekend as I am waiting on information from and internet provider for the ███████ on Saturday and then need to set up an appt for Monday because they need it done by Tuesday?

**Christie Andrews**
*Client Services*
Christie@team-tristar.com

**Tri Star Sports and Entertainment Group**
**Business Management - Tax**
11 Music Circle South
Nashville, TN 37203
615.997.3829 Direct
615.309.0969 Tel
615.309.0929 Fax

9255 Sunset Blvd.
2nd Floor
West Hollywood, CA 90069
323.284.7600 Tel
323.284.5481 Fax

www.team-tristar.com

instagram/snapchat/twitter: @tristarteam

**TRI STAR CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER 000156**

# EXHIBIT 5

Thanks, Trish. I love Christie and want her to succeed but we need to see changes for sure.

Heather Kinder
Senior EA to Lou Taylor

On Apr 12, 2019, at 9:38 AM, Trish Bolinger <tbolinger@team-tristar.com> wrote:

> Heather,
> I wanted to update you on the situation with Christie. Bryan and I met with her on Tuesday and discussed her tardiness and attendance and what we expect going forward. The email below is what Bryan sent to Christie following the meeting for documentation.
> Thanks,
> Trish
> **Trish Bolinger**
> *Human Resource Generalist*
> tbolinger@team-tristar.com
> 615.997.3784 Direct
>
> **From:** Bryan Luecke <bryan@team-tristar.com>
> **Sent:** Tuesday, April 9, 2019 4:43 PM
> **To:** Christie Andrews <christie@team-tristar.com>
> **Cc:** Trish Bolinger <tbolinger@team-tristar.com>
> **Subject:** Meeting Recap
> Christie
> Like we discussed this afternoon, here is a recap of our meeting regarding not arriving to work on time:
> 1. Going forward any delay beyond 9:30 a.m. requires communication via company e-mail – identifying the expected time of arrival as well as any other pertinent information
> 2. Communication is key – keeping myself informed about your absences and or late arrivals
> 3. Complete FMLA paperwork so Tri Star can make decisions regarding any accommodations that may be required
> 4. Discuss the seriousness of this situation with your health care provider(s) and build a support team to help you manage any conditions that are contributing to this behavior
> 5. In the absence of any documented conditions, continuing to arrive late to work i.e. outside the hours of 9 a.m. – 6 p.m. will ultimately result in termination of employment
> Regards,
> **Bryan W. Luecke, CPA**

TRISTAR00034

*Business Manager*
bryan@team-tristar.com
615.997.3807 Direct

**TRI STAR SPORTS AND ENTERTAINMENT GROUP**
**BUSINESS MANAGEMENT • TAX**

| **LOS ANGELES** | **NASHVILLE** |
|---|---|
| 9255 Sunset Blvd. | 11 Music Circle South |
| 2nd Floor | Nashville, TN 37203 |
| W. Hollywood, CA 90069 | |
| T: 323.284.7600 | T: 615.309.0969 |

the right PLACE • the right PEOPLE • the right PLAN

instagram/twitter: @tristarteam

**TRISTAR00035**

# EXHIBIT 6

**Betsy Hart**

| | |
|---|---|
| **From:** | Bryan Luecke |
| **Sent:** | Tuesday, December 7, 2021 7:10 PM |
| **To:** | Heather Kinder |
| **Subject:** | Fw: changes |
| **Attachments:** | TS 2019.07.16 Andrews, Christie Change in Status.pdf |

**From:** Peggy Stephens <pstephens@team-tristar.com>
**Sent:** Friday, July 26, 2019 4:00 PM
**To:** Trish Bolinger <tbolinger@team-tristar.com>
**Cc:** Bryan Luecke <bryan@team-tristar.com>
**Subject:** FW: changes

With her anniversary date being in August, please add the paragraph about the loyalty being skipped.

Bryan – please plan on discussing with Christie on MONDAY  - so that it hits her 7/30 payroll.

Regards,

**Peggy Stephens, CPA**
Director, Business Management
pstephens@team-tristar.com
323.694.9744 Direct

**From:** Trish Bolinger <tbolinger@team-tristar.com>
**Sent:** Monday, July 15, 2019 5:02 PM
**To:** Peggy Stephens <pstephens@team-tristar.com>; Heather Kinder <heather@team-tristar.com>
**Cc:** Suzanne Fennell <suzanne@team-tristar.com>
**Subject:** RE: changes

Peggy/Heather,

I have attached the letters for Christie and Ambra for your approvals and signatures.

Thanks,
Trish

**Trish Bolinger**
*Human Resource Generalist*
tbolinger@team-tristar.com
615.997.3784 Direct

**From:** Peggy Stephens
**Sent:** Monday, July 15, 2019 4:38 PM

TRI STAR CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER 000161

**To:** Trish Bolinger <tbolinger@team-tristar.com>
**Subject:** changes

I want to take Christie to $52,500
I want to take ███ to ███

I discussed this with Heather – can you prep the letters?

Thanks,

**Peggy Stephens, CPA**
Director, Business Management
pstephens@team-tristar.com
323.694.9744 Direct


**TRI STAR SPORTS AND ENTERTAINMENT GROUP**
**BUSINESS MANAGEMENT • TAX**

**LOS ANGELES**
9255 Sunset Blvd.
2nd Floor
W. Hollywood, CA 90069
T: 323.284.7600

**NASHVILLE**
11 Music Circle South
Nashville, TN 37203

T: 615.309.0969

the right **PLACE** • the right **PEOPLE** • the right **PLAN**

instagram/twitter: @tristarteam

**TRI STAR CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER 000162**



July 15, 2019

Christie Andrews
Salary Change Memo

Dear Christie,

This letter is to confirm the change of your employment status with Tri Star Sports & Entertainment Group, Inc. effective July 16, 2019, visible in your July 30, 2019 paycheck. Your base salary will change to $52,500 annually, paid semi-monthly at $2,187.50. This increase includes the Loyalty Increase you would be eligible for based on your anniversary date in 2019.

You will remain eligible to participate in the Tri Star Sports & Entertainment Group, Inc. Merit Bonus Program that allows any employee at any time eligibility to receive a bonus based on the criteria as set forth by the CEO.

There will be no changes related to your health care coverage eligibility. Your vacation accrual will remain the same as well.

As a reminder, due to the sensitive and confidential information handled in this firm, your signed binding confidentiality agreement will remain valid once you transition to your new position.

As a condition of employment, you agree to conform to the policies and procedures of Tri Star Sports & Entertainment Group, Inc. Tri Star Sports & Entertainment Group, Inc. has the right to alter the terms and conditions of employment at any time, with or without notice. Your employment with Tri Star Sports & Entertainment Group, Inc. is not for any specified term and may be terminated by you or by Tri Star Sports & Entertainment, Inc. at any time, for any reason, with or without cause, and with or without notice.

Accepted:                                      Approved:

_____        _____
Christie Andrews                              Peggy Stephens


_____        _____
Date                                          Date

11 Music Circle South • Nashville • TN 37203 • t 615.309.0969 • f 615.309.0929
9255 Sunset Blvd. 2nd Floor • West Hollywood, CA 90069 • t 323.284.7600 • f 323.284.5184

Case 3:21-cv-00923 Document 48-1 Filed 12/09/22 Page 27 of 54 PageID #: 561

TRISTAR00131

# EXHIBIT 7



# Andrews, Christie

**31 Y old Female,** ▮▮▮▮▮▮▮

**Home:** ▮▮▮▮▮▮

**Provider: NELSON, AUTUMN**

Web Encounter

| | |
|---|---|
| **Answered by** | NELSON, AUTUMN |

Date: 03/15/2020
Time: 02:19 PM

**Caller**    Christie Andrews

**Reason**    Asthma Question

**Message**

Addressed To NELSON,AUTUMN
I've tried to look it up online instead of bothering your office but didn't see alot of info. Are there any precautions you want me to be taking in regards to my asthma and covid-19 besides the normal wash your hands and clean your heavy touch surfaces? The only thing I saw online was people considering not taking their meds. That can't be right, right?

PS. I have been seeing a lot of improvement with the singular. I really didn't think I would but I have, especially in regards to recovery after a workout.

Sorry to have to bug you when your probably really busy,

Christie Andrews

**Action Taken**

NELSON,AUTUMN  03/16/2020 06:40:05 AM CDT >
The best thing you can do is wash your hands, work from home if you are able. If you have any symptoms, you need to self-quarantine.

## eMessages

**From:**       NELSON,AUTUMN

**Created:**    2020-03-16 06:40:05

**Sent:**

**Subject:**    RE:Asthma Question

**Message:**   The best thing you can do is wash your hands, work from home if you are able. If you have any symptoms, you need to self-quarantine.

**Patient: Andrews, Christie**    ▮▮▮▮▮▮▮    **Provider: NELSON, AUTUMN    03/15/2020**

CONFIDENTIAL INFORMATION
PROTECTED HEALTH INFORMATION

https://hcapsecwprgnp01.medcity.net/mobiledoc/jsp/catalog/xml/printMultipleChartOption...    ▮▮▮▮2022

# EXHIBIT 8



# Andrews, Christie

**31 Y old  Female,** ███████

█████████████████     ███████

**Provider: NELSON, AUTUMN**

### Web Encounter

| | | |
|---|---|---|
| **Answered by** | NELSON, AUTUMN | Date: 03/16/2020 |
| | | Time: 08:58 AM |

**Caller**       Christie Andrews

**Reason**       RE: Asthma Questions

**Message**
Addressed To NELSON,AUTUMN
Thank you. And don't stop with the meds right?

**Action Taken**
NELSON,AUTUMN  03/16/2020 09:02:26 AM CDT >
NELSON,AUTUMN  03/16/2020 09:02:27 AM CDT > Correct.

---

## eMessages

**From:**        NELSON,AUTUMN

**Created:**     2020-03-16 09:02:23

**Sent:**

**Subject:**     RE:RE: Asthma Questions

**Message:**     Correct.

---

**Patient: Andrews, Christie**    ████████    **Provider: NELSON, AUTUMN**    03/16/2020

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

CONFIDENTIAL INFORMATION
PROTECTED HEALTH INFORMATION

https://hcapsecwprgnp01.medcity.net/mobiledoc/jsp/catalog/xml/printMultipleChartOption...   2/22/2022

# EXHIBIT 9

| | |
|---|---|
| **From:** | Yolanda Simpson |
| **Sent:** | Tuesday, December 14, 2021 11:54 AM |
| **To:** | Heather Kinder |
| **Subject:** | Fw: COVID -19 Work from Home  Update |
| **Attachments:** | EmployeeConnect Employee Flier_LTD.pdf |

**From:** Yolanda Simpson
**Sent:** Monday, March 16, 2020 3:36 PM
**To:** Staff <staff@team-tristar.com>; Shawna Pettigrew <spettigrew@team-tristar.com>
**Cc:** Heather Kinder <heather@team-tristar.com>
**Subject:** COVID -19 Work from Home Update

Tri Star,

Your safety and the safety of your families is paramount in our discussions and plans.  Therefore, it is time for us to reassess our plan in response to the changing circumstances that COVID-19 is demanding.  We are a business management firm the middle of tax season and as such it is not feasible for the offices to close.  There are other industries faced with the same dilemma we are, such as first responders, restaurants, grocery stores…  We are sympathetic to the uncertainty these circumstances have caused and we are responding as quickly as possible.

However, we do realize that some of our employees may have needs arise out of their control that may require some flexibility in scheduling. We will review these requests on a case by case basis.  If you can be in the office, we ask that you come in to work.  In the event you feel that you need to work from home we ask that you speak with your Director and HR immediately.

There are a few instances that will be given WFH preference which are:  School Closings and Employees or Spouse/Partner/Significant Others/Roommates with compromised immune systems. Those who are affected by either of these will be accommodated to the best of our ability.  An accommodation may include a change in schedule or the issuance of a Tri Star laptop.

If you do end up working from home, please be aware that this is a benefit afforded to you which will prevent the use of Vacation or Sick Time. You are expected to work 8 hours each day as if you were in the office.  Please communicate with your supervisor if anything comes up that may prevent that.

As a reminder, under **No Circumstances** should anyone work from home on your personal laptop.  You must be approved to work from home by your Director and Lou with a letter signed off by Human Resources and have secure log on credentials.

Additionally, we are pleased to announce that the previous concerns about exposure were unfounded.  Our offices have not been compromised and we want to try and keep it that way!

To, minimize delivery traffic within the offices we ask that you consider bringing your lunch over the next couple of weeks.  However, if you would like to go out to lunch, we ask that you go pick up your meal.  The LA office has hired an Office Hospitality & Upkeep associate named Jacqueline Pedrogo who will assist with daily cleaning.  The Nashville office has Beatrice cleaning five days a week to disinfect the office daily for as long as needed.

**TRI STAR CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER 000137**

Lastly, the nature of our business is stressful, it's tax season, and COVID-19 has added more stress into our busy lives. We are concerned about your total well-being. Attached is a flyer that provides information about our Employee Assistance Program. This service provides free counselling with a licensed professional. Please take advantage of these services if you feel it will help. Any questions please see Human Resources for assistance.


Best,

Yolanda Simpson




Warm Regards,

***Yolanda Simpson SHRM-CP***
*Generalist, Human Resources*
ysimpson@team-tristar.com
615.309.0969 Direct

TRI STAR CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER 000138

# EXHIBIT 10

# Betsy Hart

| | |
|---|---|
| **From:** | Bryan Luecke |
| **Sent:** | Tuesday, December 7, 2021 6:57 PM |
| **To:** | Heather Kinder |
| **Subject:** | Fw: COVID -19 Work from Home  Update |

---

**From:** Bryan Luecke
**Sent:** Monday, March 16, 2020 5:01 PM
**To:** Christie Andrews <christie@team-tristar.com>; Yolanda Simpson <ysimpson@team-tristar.com>
**Subject:** RE: COVID -19 Work from Home Update

I am a lowly manager hence the title Business Manager

**Bryan W. Luecke, CPA**
*Business Manager*
bryan@team-tristar.com
615.997.3807 Direct

**From:** Christie Andrews <christie@team-tristar.com>
**Sent:** Monday, March 16, 2020 4:38 PM
**To:** Bryan Luecke <bryan@team-tristar.com>; Yolanda Simpson <ysimpson@team-tristar.com>
**Subject:** RE: COVID -19 Work from Home Update

I thought you were my director?

@Yolanda Simpson – what do you need from me for this request?

**Christie Andrews**
*Team Coordinator, Business Management*
Christie@team-tristar.com
615.997.3829 Direct

**From:** Bryan Luecke <bryan@team-tristar.com>
**Sent:** Monday, March 16, 2020 4:32 PM
**To:** Christie Andrews <christie@team-tristar.com>; Yolanda Simpson <ysimpson@team-tristar.com>
**Subject:** RE: COVID -19 Work from Home Update

Based on below it would be up to Yolanda, Peggy and Lou

**Bryan W. Luecke, CPA**
*Business Manager*
bryan@team-tristar.com

**TRI STAR CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER 000157**

615.997.3807 Direct

---

**From:** Christie Andrews <christie@team-tristar.com>
**Sent:** Monday, March 16, 2020 4:27 PM
**To:** Bryan Luecke <bryan@team-tristar.com>; Yolanda Simpson <ysimpson@team-tristar.com>
**Subject:** RE: COVID -19 Work from Home Update

Since I already have a company laptop and a doctor who is pissed at me and called me irresponsible for not staying home may I please be approved to work from home?

What do you need from me to approve?

Is it possible to take my monitors and docking station with me to make work more efficient?

**Christie Andrews**
*Team Coordinator, Business Management*
Christie@team-tristar.com
615.997.3829 Direct

---

**From:** Yolanda Simpson <ysimpson@team-tristar.com>
**Sent:** Monday, March 16, 2020 3:36 PM
**To:** Staff <staff@team-tristar.com>; Shawna Pettigrew <spettigrew@team-tristar.com>
**Cc:** Heather Kinder <heather@team-tristar.com>
**Subject:** COVID -19 Work from Home Update
**Importance:** High

Tri Star,

Your safety and the safety of your families is paramount in our discussions and plans. Therefore, it is time for us to reassess our plan in response to the changing circumstances that COVID-19 is demanding. We are a business management firm the middle of tax season and as such it is not feasible for the offices to close. There are other industries faced with the same dilemma we are, such as first responders, restaurants, grocery stores… We are sympathetic to the uncertainty these circumstances have caused and we are responding as quickly as possible.

However, we do realize that some of our employees may have needs arise out of their control that may require some flexibility in scheduling. We will review these requests on a case by case basis. If you can be in the office, we ask that you come in to work. In the event you feel that you need to work from home we ask that you speak with your Director and HR immediately.

There are a few instances that will be given WFH preference which are: School Closings and Employees or Spouse/Partner/Significant Others/Roommates with compromised immune systems. Those who are affected by either of these will be accommodated to the best of our ability. An accommodation may include a change in schedule or the issuance of a Tri Star laptop.

If you do end up working from home, please be aware that this is a benefit afforded to you which will prevent the use of Vacation or Sick Time. You are expected to work 8 hours each day as if you were in the office. Please communicate with your supervisor if anything comes up that may prevent that.

As a reminder, under **No Circumstances** should anyone work from home on your personal laptop. You must be approved to work from home by your Director and Lou with a letter signed off by Human Resources and have secure log on credentials.

TRI STAR CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER 000158

Additionally, we are pleased to announce that the previous concerns about exposure were unfounded. Our offices have not been compromised and we want to try and keep it that way!

To, minimize delivery traffic within the offices we ask that you consider bringing your lunch over the next couple of weeks. However, if you would like to go out to lunch, we ask that you go pick up your meal. The LA office has hired an Office Hospitality & Upkeep associate named Jacqueline Pedrogo who will assist with daily cleaning. The Nashville office has Beatrice cleaning five days a week to disinfect the office daily for as long as needed.

Lastly, the nature of our business is stressful, it's tax season, and COVID-19 has added more stress into our busy lives. We are concerned about your total well-being. Attached is a flyer that provides information about our Employee Assistance Program. This service provides free counselling with a licensed professional. Please take advantage of these services if you feel it will help. Any questions please see Human Resources for assistance.

Best,

Yolanda Simpson

Warm Regards,

**Yolanda Simpson SHRM-CP**
*Generalist, Human Resources*
ysimpson@team-tristar.com
615.309.0969 Direct

**TRI STAR SPORTS AND ENTERTAINMENT GROUP**
**BUSINESS MANAGEMENT • TAX**

**LOS ANGELES**
9255 Sunset Blvd.
2nd Floor
W. Hollywood, CA 90069
T: 323.284.7600

**NASHVILLE**
11 Music Circle South
Nashville, TN 37203

T: 615.309.0969

the right **PLACE** • the right **PEOPLE** • the right **PLAN**

instagram/twitter: @tristarteam

Case 3:21-cv-00526   Document 48-1   Filed 12/09/22   Page 38 of 54 PageID #: 572

TRI STAR CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER 000159

4

TRI STAR CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER 000160

# EXHIBIT 11

**Betsy Hart**

---

**From:** Bryan Luecke
**Sent:** Tuesday, June 22, 2021 1:53 PM
**To:** Lou Taylor; Heather Kinder; Peggy Stephens
**Subject:** Re: COVID -19 Work from Home  Update

---

**From:** Christie Andrews <christie@team-tristar.com>
**Sent:** Monday, March 16, 2020 5:00 PM
**To:** Yolanda Simpson <ysimpson@team-tristar.com>
**Cc:** Bryan Luecke <bryan@team-tristar.com>
**Subject:** RE: COVID -19 Work from Home Update

Ok Ill be here, I just wanted to make sure that's what you meant by tomorrow.

**Christie Andrews**
*Team Coordinator, Business Management*
Christie@team-tristar.com
615.997.3829 Direct

---

**From:** Yolanda Simpson <ysimpson@team-tristar.com>
**Sent:** Monday, March 16, 2020 4:57 PM
**To:** Christie Andrews <christie@team-tristar.com>
**Subject:** RE: COVID -19 Work from Home Update

What time do you get off today?  I am in the middle of several COVID-19 issues and I have not time to address yours.  I may be able to before you leave if you are leaving late.  If not I will have to follow up with you tomorrow.  If I have to follow up tomorrow then come to work unless you are sick.

Warm Regards,

***Yolanda Simpson SHRM-CP***
*Generalist, Human Resources*
ysimpson@team-tristar.com
615.309.0969 Direct

---

**From:** Christie Andrews <christie@team-tristar.com>
**Sent:** Monday, March 16, 2020 4:55 PM
**To:** Yolanda Simpson <ysimpson@team-tristar.com>; Bryan Luecke <bryan@team-tristar.com>
**Subject:** RE: COVID -19 Work from Home Update

So don't work from home tomorrow?

**Christie Andrews**

TRI STAR CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER 000141

*Team Coordinator, Business Management*
Christie@team-tristar.com
615.997.3829 Direct

---

**From:** Yolanda Simpson <ysimpson@team-tristar.com>
**Sent:** Monday, March 16, 2020 4:48 PM
**To:** Bryan Luecke <bryan@team-tristar.com>; Christie Andrews <christie@team-tristar.com>
**Subject:** RE: COVID -19 Work from Home Update

Hi Christie,
Unfortunately, you cannot take any other equipment with you to work from home other than your laptop.  Let me speak with Bryan and I will follow up with you by tomorrow.


Warm Regards,

**Yolanda Simpson SHRM-CP**
*Generalist, Human Resources*
ysimpson@team-tristar.com
615.309.0969 Direct

---

**From:** Bryan Luecke <bryan@team-tristar.com>
**Sent:** Monday, March 16, 2020 4:32 PM
**To:** Christie Andrews <christie@team-tristar.com>; Yolanda Simpson <ysimpson@team-tristar.com>
**Subject:** RE: COVID -19 Work from Home Update

Based on below it would be up to Yolanda, Peggy and Lou


**Bryan W. Luecke, CPA**
*Business Manager*
bryan@team-tristar.com
615.997.3807 Direct

---

**From:** Christie Andrews <christie@team-tristar.com>
**Sent:** Monday, March 16, 2020 4:27 PM
**To:** Bryan Luecke <bryan@team-tristar.com>; Yolanda Simpson <ysimpson@team-tristar.com>
**Subject:** RE: COVID -19 Work from Home Update

Since I already have a company laptop and a doctor who is pissed at me and called me irresponsible for not staying home may I please be approved to work from home?

What do you need from me to approve?

Is it possible to take my monitors and docking station with me to make work more efficient?

**Christie Andrews**

TRI STAR CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER 000142

*Team Coordinator, Business Management*
Christie@team-tristar.com
615.997.3829 Direct

**From:** Yolanda Simpson <ysimpson@team-tristar.com>
**Sent:** Monday, March 16, 2020 3:36 PM
**To:** Staff <staff@team-tristar.com>; Shawna Pettigrew <spettigrew@team-tristar.com>
**Cc:** Heather Kinder <heather@team-tristar.com>
**Subject:** COVID -19 Work from Home Update
**Importance:** High

Tri Star,

Your safety and the safety of your families is paramount in our discussions and plans.  Therefore, it is time for us to reassess our plan in response to the changing circumstances that COVID-19 is demanding.  We are a business management firm the middle of tax season and as such it is not feasible for the offices to close.  There are other industries faced with the same dilemma we are, such as first responders, restaurants, grocery stores…  We are sympathetic to the uncertainty these circumstances have caused and we are responding as quickly as possible.

However, we do realize that some of our employees may have needs arise out of their control that may require some flexibility in scheduling. We will review these requests on a case by case basis.  If you can be in the office, we ask that you come in to work.  In the event you feel that you need to work from home we ask that you speak with your Director and HR immediately.

There are a few instances that will be given WFH preference which are:  School Closings and Employees or Spouse/Partner/Significant Others/Roommates with compromised immune systems. Those who are affected by either of these will be accommodated to the best of our ability.  An accommodation may include a change in schedule or the issuance of a Tri Star laptop.

If you do end up working from home, please be aware that this is a benefit afforded to you which will prevent the use of Vacation or Sick Time. You are expected to work 8 hours each day as if you were in the office.  Please communicate with your supervisor if anything comes up that may prevent that.

As a reminder, under **No Circumstances** should anyone work from home on your personal laptop.  You must be approved to work from home by your Director and Lou with a letter signed off by Human Resources and have secure log on credentials.

Additionally, we are pleased to announce that the previous concerns about exposure were unfounded.  Our offices have not been compromised and we want to try and keep it that way!

To, minimize delivery traffic within the offices we ask that you consider bringing your lunch over the next couple of weeks.  However, if you would like to go out to lunch, we ask that you go pick up your meal.  The LA office has hired an Office Hospitality & Upkeep associate named Jacqueline Pedrogo who will assist with daily cleaning.  The Nashville office has Beatrice cleaning five days a week to disinfect the office daily for as long as needed.

Lastly, the nature of our business is stressful, it's tax season, and COVID-19 has added more stress into our busy lives.  We are concerned about your total well-being.  Attached is a flyer that provides information about our Employee Assistance Program.  This service provides free counselling with a licensed professional.  Please take advantage of these services if you feel it will help.  Any questions please see Human Resources for assistance.


Best,

Yolanda Simpson

TRI STAR CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER 000143

Warm Regards,

**Yolanda Simpson SHRM-CP**
*Generalist, Human Resources*
ysimpson@team-tristar.com
615.309.0969 Direct

**TRI STAR SPORTS AND ENTERTAINMENT GROUP**
**BUSINESS MANAGEMENT • TAX**

**LOS ANGELES**             **NASHVILLE**
9255 Sunset Blvd.           11 Music Circle South
2nd Floor                   Nashville, TN 37203
W. Hollywood, CA 90069
T: 323.284.7600             T: 615.309.0969

the right **PLACE** • the right **PEOPLE** • the right **PLAN**

instagram/twitter: @tristarteam

**TRI STAR CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER 000144**

# EXHIBIT 12



# Andrews, Christie

**31 Y old Female,** ████████████

████████████

**Provider: NELSON, AUTUMN**

## Web Encounter

**Answered by**    NELSON, AUTUMN

Date: 03/16/2020
Time: 06:45 PM

**Caller**    Christie Andrews

**Reason**    Dr Note Request

**Message**
Addressed To NELSON,AUTUMN
I know your office is probably really busy right now but my employer is requiring a doctor's note saying I have asthma to work from home. Even though I have all the capabilities and have worked from home in the past. Is there anyway yall can send one tomorrow? My email is ChristieAndrews24@gmail.com.

Sorry for bugging y'all again.

**Action Taken**
NELSON,AUTUMN  03/17/2020 07:13:51 AM CDT > To Whom It May Concern,

Christie Andrews has been a patient at our office for several years. She has known asthma. Although well controlled, she would benefit from working at home due to the rising risk of COVID-19. If you have any questions or concerns, feel free to call our office.

Thank You,
Autumn Nelson, FNP-BC

I dont think we can email but she can pick up.
SPIRES,KELLY  03/17/2020 08:30:09 AM CDT > Printed, LVM for pt to come pick up letter

---

**Patient: Andrews, Christie**    ████████████    **Provider: NELSON, AUTUMN**    03/16/2020

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

CONFIDENTIAL INFORMATION
PROTECTED HEALTH INFORMATION

https://hcapsecwprgnp01.medcity.net/mobiledoc/jsp/catalog/xml/printMultipleChartOption...   2/22/2022

# EXHIBIT 13



Andrews, Christie

███████████████████

███████████████████

███████████

Provider: NELSON, AUTUMN

**Telephone Encounter**

| | | |
|---|---|---|
| **Answered by** | BENTLEY, VICKI | Date: 03/17/2020 |
| | | Time: 10:43 AM |

**Caller**      pt

**Reason**      ryc

**Message**      ryc/  850-259-7141

**Action Taken**      BENTLEY,VICKI  03/17/2020 10:43:35 AM CDT >
SPIRES,KELLY  03/17/2020 11:04:38 AM CDT > Pt advised note is ready for pick up

Patient: Andrews, Christie      ███████████      Provider: NELSON, AUTUMN   03/17/2020

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

CONFIDENTIAL INFORMATION - PROTECTED HEALTH INFORMATION
https://hcapsecwprgnp01.medcity.net/mobiledoc/jsp/catalog/xml/printMultipleChartOption...   2/22/2022

# EXHIBIT 15

 Gmail                    C A <christieandrews24@gmail.com>

## Fwd: Christie

**Christie Andrews** <christie@team-tristar.com>                    Fri, Mar 20, 2020 at 11:58 AM
To: "ChristieAndrews24@gmail.com" <ChristieAndrews24@gmail.com>

Get Outlook for iOS

**From:** Christie Andrews <christie@team-tristar.com>
**Sent:** Tuesday, March 17, 2020 3:50 PM
**To:** Bryan Luecke; Yolanda Simpson; Heather Kinder; Peggy Stephens
**Subject:** Re: Christie

Hi Yolanda,

Per our previous phone call please find the attached document requested from my Doctor.


**TRI★STAR MEDICAL GROUP**

George L. Holmes, III, M.D.

Robert G. Bishop, Jr., M.D.

Matthew L. Brust, M.D.

Steven P. Johnson, M.D.

Christopher D. Holloway, M.D.

Keren Holmes, M.D.

Shannon McDonald, MD

Daniel Hartman, D.O.

Meredith Schweitzer, D.O.

J. Matthew Ducey, M.D.

Kathryn Fordham, FNP-BC

Jonathan Lee, FNP-BC

Gabriela Lee, FNP-BC

Tracy J. Osborne, MD

Autumn Nelson, FNP

Date: 03/17/2020

Patient: Andrews, Christie

████████████ 8

To Whom It May Concern,

Christie Andrews has been a patient at our office for several years. She has known asthma. Although well controlled, she would benefit from working at home due to the rising risk of COVID-19. If you have any questions or concerns, feel free to call our office.

Thank You,

*Autu Nelson FNP-BC*

Autumn Nelson, FNP-BC

**Family Practice Associates of Southern Hills**
397 Wallace Road
Bldg C-100
Nashville, TN 37211
615.834.6166
Fax: 615.781.9755

**Brentwood East Family Medicine**
6716 Nolensville Pike
Suite 100 & 210
Brentwood, TN 37027
615.941.7501
Fax: 615.941.7502

**Family Practice at The Crossings**
5380 Hickory
Hollow Parkway
Suite 100
Antioch, TN 37013
615.731.8390
Fax: 615.731.8391

Get Outlook for iOS

**From:** Bryan Luecke <bryan@team-tristar.com>
**Sent:** Tuesday, March 17, 2020 10:27:47 AM
**To:** Yolanda Simpson <ysimpson@team-tristar.com>; Heather Kinder <heather@team-tristar.com>; Peggy Stephens <pstephens@team-tristar.com>
**Cc:** Christie Andrews <christie@team-tristar.com>
**Subject:** RE: Christie

██████████

**Bryan W. Luecke, CPA**

*Business Manager*

bryan@team-tristar.com

615.997.3807 Direct

---

**From:** Yolanda Simpson <ysimpson@team-tristar.com>
**Sent:** Tuesday, March 17, 2020 10:13 AM
**To:** Bryan Luecke <bryan@team-tristar.com>; Heather Kinder <heather@team-tristar.com>; Peggy Stephens <pstephens@team-tristar.com>
**Cc:** Christie Andrews <christie@team-tristar.com>
**Subject:** RE: Christie

Thanks Bryan do you have a cell number for Christie so that I can call her?

Warm Regards,

**Yolanda Simpson SHRM-CP**

*Generalist, Human Resources*

ysimpson@team-tristar.com

615.309.0969 Direct

**From:** Bryan Luecke <bryan@team-tristar.com>
**Sent:** Tuesday, March 17, 2020 10:07 AM
**To:** Yolanda Simpson <ysimpson@team-tristar.com>; Heather Kinder <heather@team-tristar.com>; Peggy Stephens <pstephens@team-tristar.com>
**Cc:** Christie Andrews <christie@team-tristar.com>
**Subject:** Christie

I have told Christie to take a sick day and stay at home today.

She has a cough. Hopefully not the Covid virus but who knows. She thinks its from Lysol spray.

I will also point out that Miles was coughing yesterday and sits just across from her so it is a little concerning to me.

She does have the ability to work from home since she has a laptop primarily for AMEX support after hours.

I am sure she would rather work from home than burn a sick or vacation day but really it would be irresponsible for her to come into the office.

I would recommend that you offer up a work from home situation but in the absence of this I think she should stay away from the office no matter how the time is counted.

Regards

**Bryan W. Luecke, CPA**

*Business Manager*

bryan@team-tristar.com

615.997.3807 Direct

TRI STAR SPORTS AND ENTERTAINMENT GROUP
BUSINESS MANAGEMENT •TAX

**LOS ANGELES**
9255 Sunset Blvd.
2nd Floor
W. Hollywood, CA 90069
T: 323.284.7600

**NASHVILLE**
11 Music Circle South
Nashville, TN 37203

T: 615.309.0969

the right PLACE  •  the right PEOPLE  •  the right PLAN

instagram/twitter: @tristarteam

**TRI STAR SPORTS AND ENTERTAINMENT GROUP**
**BUSINESS MANAGEMENT • TAX**
**LOS ANGELES**
9255 Sunset Blvd.
2nd Floor
W. Hollywood, CA 90069
T: 323.284.7600
instagram/twitter: @tristarteam
--

PEOPLE
• THE
RIGHT
PLAN

***Confidential and Privileged:*** This message contains
information which may be confidential and privileged. Unless
you are addressee (or authorized to receive for addressee),
you may not use, copy or disclose to anyone the message or
any information contained in this message. If you have
received this message in error, please advise the sender by
reply e-mail or reply to info@team-tristar.com and delete
the message.

***Transfer of Funds:*** It is the policy of Tri Star Sports &
Entertainment Group, Inc. that wire instructions and/or
directions to transfer funds are always to be in a password-
protected attachment where the password is provided by a
separate means of communication such as phone or text.
Please be advised that funds should not be transferred or
processed based on written instructions received in a non-
secure manner.

***IRS Circular 230:*** Under requirements imposed by the IRS
Circular 230, we inform you that, if any advice concerning one
or more U.S. federal tax issues is contained in this
communication (including any attachments), such advice was
not intended or written to be used, and cannot be used by
you or any other taxpayer for the purpose of (1) avoiding
penalties under the Internal Revenue code or (2) promoting,
marketing or recommending to another party any transaction
or tax-related matter addressed herein.