# EXHIBIT 16

**Betsy Hart**

---

**From:** Heather Kinder
**Sent:** Tuesday, December 7, 2021 5:37 PM
**To:** Heather Kinder
**Subject:** Fw: Christie

---

**From:** Peggy Stephens <pstephens@team-tristar.com>
**Sent:** Tuesday, March 17, 2020 9:59 AM
**To:** Heather Kinder <heather@team-tristar.com>
**Subject:** RE: Christie

Ugh – I know. I do have to say that I know cleaning products do cause some people issues – Christy has so many "ailments" its just crazy.

Just do the best you can and make decisions based upon the situation and don't worry about pleasing everyone. It's hard for you – I know as I am a pleaser too. But in this situation someone is going to be unhappy – it's just the hard reality.

You are doing great. This is being managed well and ignore the "noise" – that is what it is.

Sorry – I know you feel the pressure.

**Peggy Stephens, CPA**
Director, Business Management
pstephens@team-tristar.com
323.694.9744 Direct

---

**From:** Heather Kinder <heather@team-tristar.com>
**Sent:** Tuesday, March 17, 2020 11:57 AM
**To:** Peggy Stephens <pstephens@team-tristar.com>
**Subject:** FW: Christie

So now we are getting complaints about the cleaning products. What do people want!?!?!?!

---

**From:** Bryan Luecke <bryan@team-tristar.com>
**Sent:** Tuesday, March 17, 2020 10:07 AM
**To:** Yolanda Simpson <ysimpson@team-tristar.com>; Heather Kinder <heather@team-tristar.com>; Peggy Stephens <pstephens@team-tristar.com>
**Cc:** Christie Andrews <christie@team-tristar.com>
**Subject:** Christie

I have told Christie to take a sick day and stay at home today.

She has a cough. Hopefully not the Covid virus but who knows. She thinks its from Lysol spray.

TRI STAR CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER 000164

I will also point out that Miles was coughing yesterday and sits just across from her so it is a little concerning to me.

She does have the ability to work from home since she has a laptop primarily for AMEX support after hours.

I am sure she would rather work from home than burn a sick or vacation day but really it would be irresponsible for her to come into the office.

I would recommend that you offer up a work from home situation but in the absence of this I think she should stay away from the office no matter how the time is counted.

Regards

**Bryan W. Luecke, CPA**
*Business Manager*
bryan@team-tristar.com
615.997.3807 Direct

**TRI STAR SPORTS AND ENTERTAINMENT GROUP**
**BUSINESS MANAGEMENT • TAX**

| **LOS ANGELES** | **NASHVILLE** |
|---|---|
| 9255 Sunset Blvd. | 11 Music Circle South |
| 2nd Floor | Nashville, TN 37203 |
| W. Hollywood, CA 90069 | |
| T: 323.284.7600 | T: 615.309.0969 |

the right **PLACE** • the right **PEOPLE** • the right **PLAN**

instagram/twitter: @tristarteam

**TRI STAR CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER 000165**

# EXHIBIT 17

**Betsy Hart**

| | |
|---|---|
| **From:** | Yolanda Simpson |
| **Sent:** | Tuesday, December 14, 2021 11:53 AM |
| **To:** | Heather Kinder |
| **Subject:** | Fw: Updated List |
| **Attachments:** | WFH List 3.16.20.docx |

**From:** Yolanda Simpson
**Sent:** Tuesday, March 17, 2020 11:15 AM
**To:** Heather Kinder <heather@team-tristar.com>
**Subject:** RE: Updated List

Hi Heather,
Here is the updated list.

Warm Regards,

***Yolanda Simpson SHRM-CP***
*Generalist, Human Resources*
ysimpson@team-tristar.com
615.309.0969 Direct

**From:** Heather Kinder <heather@team-tristar.com>
**Sent:** Tuesday, March 17, 2020 10:24 AM
**To:** Yolanda Simpson <ysimpson@team-tristar.com>
**Cc:** Peggy Stephens <pstephens@team-tristar.com>; Robin Greenhill <robin@team-tristar.com>
**Subject:** Updated List

Yolanda,

Once you have it ready, please send me an updated list of who is requesting to WFH and please include if they have provided appropriate documentation. Also, be sure to include if their director has approved.

Once received, we will have Lou review and sign off and then start the process of figuring out if they need a laptop, or not.

Thanks!

**TRI STAR SPORTS AND ENTERTAINMENT GROUP**
**BUSINESS MANAGEMENT • TAX**
**LOS ANGELES**             **NASHVILLE**
9255 Sunset Blvd.         11 Music Circle South
2nd Floor                 Nashville, TN 37203

**TRI STAR CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER 000132**

W. Hollywood, CA 90069
T: 323.284.7600          T: 615.309.0969

the right **PLACE**  •  the right **PEOPLE**  •  the right **PLAN**

instagram/twitter: @tristarteam

TRI STAR CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER 000133

WFH Requests as 3/16/2020

Hi Heather,

The green highlight is good to go because his request is around school closings

The yellow highlight is confirmation of doctor's notes received.

The non-highlighted requets I am still waiting on doctor's notes.

1. ████████ – His Daughters school closed.  He will be rotating with his wife.  He will let me know what his schedule will need to look like.
2. ████████ – She is personally ill and her sister is living with her now and has a compromised immune system.  I believe she was on the first List provided to Lou.
3. ████████ – Compromised immune system.
4. ████████r – lives with grandmother.
5. ████████ – Compromised Immune system.
6. ████████ – Compromised Immune System.
7. Christie Adams – Compromised Immune system.
8. ████████ – Compromised immune system.
9. ████████ – Compromised immune system.
10. ████████ - Fiance compromised immune system
11. ████████ - Immune System
12. ████████   Spouse immune system

Potential WFH (In the future if circumstances worsen)

████████ - Fiance has a compromised Immune system

████████ - Has a compromised immune system

TRI STAR CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER 000134

# EXHIBIT 18

**Betsy Hart**

**From:** Peggy Stephens
**Sent:** Friday, December 3, 2021 5:27 PM
**To:** Anna Miller
**Subject:** Fw: Christie

**From:** Peggy Stephens
**Sent:** Tuesday, March 17, 2020 11:59 AM
**To:** Heather Kinder <heather@team-tristar.com>
**Subject:** RE: Christie

Ugh – I know. I do have to say that I know cleaning products do cause some people issues – Christy has so many "ailments" its just crazy.

Just do the best you can and make decisions based upon the situation and don't worry about pleasing everyone. It's hard for you – I know as I am a pleaser too. But in this situation someone is going to be unhappy – it's just the hard reality.

You are doing great. This is being managed well and ignore the "noise" – that is what it is.

Sorry – I know you feel the pressure.

**Peggy Stephens, CPA**
Director, Business Management
pstephens@team-tristar.com
323.694.9744 Direct

**From:** Heather Kinder <heather@team-tristar.com>
**Sent:** Tuesday, March 17, 2020 11:57 AM
**To:** Peggy Stephens <pstephens@team-tristar.com>
**Subject:** FW: Christie

So now we are getting complaints about the cleaning products. What do people want!?!?!?!

**From:** Bryan Luecke <bryan@team-tristar.com>
**Sent:** Tuesday, March 17, 2020 10:07 AM
**To:** Yolanda Simpson <ysimpson@team-tristar.com>; Heather Kinder <heather@team-tristar.com>; Peggy Stephens <pstephens@team-tristar.com>
**Cc:** Christie Andrews <christie@team-tristar.com>
**Subject:** Christie

I have told Christie to take a sick day and stay at home today.

She has a cough. Hopefully not the Covid virus but who knows. She thinks its from Lysol spray.

**TRI STAR CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER 000105**

I will also point out that Miles was coughing yesterday and sits just across from her so it is a little concerning to me.

She does have the ability to work from home since she has a laptop primarily for AMEX support after hours.

I am sure she would rather work from home than burn a sick or vacation day but really it would be irresponsible for her to come into the office.

I would recommend that you offer up a work from home situation but in the absence of this I think she should stay away from the office no matter how the time is counted.

Regards


**Bryan W. Luecke, CPA**
*Business Manager*
bryan@team-tristar.com
615.997.3807 Direct


**TRI STAR SPORTS AND ENTERTAINMENT GROUP**
**BUSINESS MANAGEMENT • TAX**

**LOS ANGELES**                          **NASHVILLE**
9255 Sunset Blvd.                        11 Music Circle South
2nd Floor                                Nashville, TN 37203
W. Hollywood, CA 90069
T: 323.284.7600                          T: 615.309.0969


the right **PLACE**  •  the right **PEOPLE**  •  the right **PLAN**

instagram/twitter: @tristarteam

**TRI STAR CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER 000106**

# EXHIBIT 19

# Betsy Hart

**From:** Yolanda Simpson
**Sent:** Tuesday, December 14, 2021 11:52 AM
**To:** Heather Kinder
**Subject:** Fw: WFH Requests

---

**From:** Lou Taylor <Lou@team-tristar.com>
**Sent:** Tuesday, March 17, 2020 7:35 PM
**To:** Yolanda Simpson <ysimpson@team-tristar.com>
**Subject:** Re: WFH Requests

You and I can review this tomorrow.  Thank you.

Coram Deo,

**Lou Taylor**

lou@team-tristar.com

On Mar 17, 2020, at 4:05 PM, Yolanda Simpson <ysimpson@team-tristar.com> wrote:

Hi Lou,

The following employees have requested to work from home based on compromised immune systems.  I have received doctor's notes from each person listed validating that they do have valid concerns.



1. ███████████
2. ███████████
3. █████████
4. ███████
5. Christie Adams

Warm Regards,

*Yolanda Simpson SHRM-CP*

TRI STAR CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER 000123

*Generalist, Human Resources*
ysimpson@team-tristar.com
615.997.3784 Direct

**TRI STAR SPORTS AND ENTERTAINMENT GROUP**
**BUSINESS MANAGEMENT • TAX**

**LOS ANGELES**
9255 Sunset Blvd.
2nd Floor
W. Hollywood, CA 90069
T: 323.284.7600

**NASHVILLE**
11 Music Circle South
Nashville, TN 37203

T: 615.309.0969

the right **PLACE**  •  the right **PEOPLE**  •  the right **PLAN**

instagram/twitter: @tristarteam

**TRI STAR CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER 000124**

# EXHIBIT 20

**Betsy Hart**

---

| | |
|---|---|
| **From:** | Yolanda Simpson |
| **Sent:** | Tuesday, December 14, 2021 11:54 AM |
| **To:** | Heather Kinder |
| **Subject:** | Fw: WFH/Approvals Denials |

---

**From:** Bryan Luecke <bryan@team-tristar.com>
**Sent:** Wednesday, March 18, 2020 7:31 PM
**To:** Lou Taylor <Lou@team-tristar.com>; Peggy Stephens <pstephens@team-tristar.com>
**Cc:** Yolanda Simpson <ysimpson@team-tristar.com>
**Subject:** RE: WFH/Approvals Denials

Just so you know Christie has a lap top in the office – it is not in her home so we could get that setup straight away.

Christie has been asking for answers so thank you for being sensitive to the timing.

**Bryan W. Luecke, CPA**
*Business Manager*
bryan@team-tristar.com
615.997.3807 Direct

---

**From:** Lou Taylor <Lou@team-tristar.com>
**Sent:** Wednesday, March 18, 2020 7:16 PM
**To:** Bryan Luecke <bryan@team-tristar.com>; Peggy Stephens <pstephens@team-tristar.com>
**Cc:** Yolanda Simpson <ysimpson@team-tristar.com>
**Subject:** WFH/Approvals Denials

The following people requested WFH permissions who qualify under preferential considerations:

**WFH Essential Operational Staff – Preferential Considerations**

 – will also put on Bret's list.

**WFH - Non Essential Operational Staff – Preferential Considerations**
Christie Andrews – Impending Layoffs

Essential staff above are approved for WFH status and will be provided a laptop. Once the computers are available they will be issued we hope to have everyone a computer on this list by Friday. Please discuss this with your staff. Once the

**TRI STAR CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER 000135**

labor lawyer reviews our WFH workpaper I will sign it and you can review the terms and the conditions with your staff and have them sign.

<mark>Non- Essential – I will get back to you before EOD tomorrow as we assess how we are going to treat non-essentials that cannot work.  This should be kept confidential while I work through these details.</mark>

Thank you very much and let me know if you have questions.

Coram Deo,
**Lou Taylor**
lou@team-tristar.com

**TRI STAR SPORTS AND ENTERTAINMENT GROUP**
**BUSINESS MANAGEMENT • TAX**

**LOS ANGELES**
9255 Sunset Blvd.
2nd Floor
W. Hollywood, CA 90069
T: 323.284.7600

**NASHVILLE**
11 Music Circle South
Nashville, TN 37203

T: 615.309.0969

the right **PLACE** • the right **PEOPLE** • the right **PLAN**

instagram/twitter: @tristarteam

TRI STAR CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER 000136

# EXHIBIT 21

**Betsy Hart**

| | |
|---|---|
| **From:** | Lou Taylor |
| **Sent:** | Wednesday, December 15, 2021 12:30 PM |
| **To:** | Heather Kinder |
| **Subject:** | Fw: Non-essentials WFH |

**From:** Lou Taylor <Lou@team-tristar.com>
**Sent:** Thursday, March 19, 2020 5:58 PM
**To:** Bryan Luecke <bryan@team-tristar.com>; Yolanda Simpson <ysimpson@team-tristar.com>
**Cc:** Peggy Stephens <pstephens@team-tristar.com>
**Subject:** Non-essentials WFH

Bryan please schedule a time with Yolanda tomorrow to call Christie and discuss her layoff. All non essential staff on WFH is being laid off tomorrow

Coram Deo,
**Lou Taylor**
lou@team-tristar.com

EXHIBIT 17
WITNESS: Taylor
DATE: 8-24-22
CARISSA L. BOONE, RPR

1

TRISTAR00106

# EXHIBIT 22



Andrews, Christie

**Provider: NELSON, AUTUMN**

### Web Encounter

**Answered by**    NELSON, AUTUMN         Date: 03/19/2020

                                                            Time: 09:21 PM

**Caller**    Christie Andrews

**Reason**    Cough

**Message**

Addressed To NELSON,AUTUMN
Sorry to bug yall again but I promised my mother I would ask.

I've had a really bad cough since Monday. No fever. No body aches. I think the cough came from all the cleaning supplies they were using at my office, my mother is convinced I have the virus.

If I have a cough and no other symptoms I probably do not have the virus right?

Sorry again,
Christie Andrews

**Action Taken**

NELSON,AUTUMN  03/20/2020 08:40:14 AM CDT > If she develops shortness of breath or fever, let us know. If cough only, stay at home and rest. If anything changes over the weekend, let us know. We are still limited on tested at this point unless you meet all criteria for testing.
SPIRES,KELLY  03/20/2020 08:48:38 AM CDT > LVM
BENTLEY,VICKI  03/20/2020 10:46:38 AM CDT > ryc/   pt tel 850-259-7141
SPIRES,KELLY  03/20/2020 01:57:14 PM CDT > Pt advised

**Patient: Andrews, Christie**        **Provider: NELSON, AUTUMN**    03/19/2020

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

CONFIDENTIAL INFORMATION
PROTECTED HEALTH INFORMATION

https://hcapsecwprgnp01.medcity.net/mobiledoc/jsp/catalog/xml/printMultipleChartOption...   2/22/2022

# EXHIBIT 23

**Betsy Hart**

| | |
|---|---|
| **From:** | Peggy Stephens |
| **Sent:** | Friday, December 3, 2021 5:36 PM |
| **To:** | Anna Miller |
| **Subject:** | Fw: WFH/Approvals Denials |

**From:** Bryan Luecke <bryan@team-tristar.com>
**Sent:** Thursday, March 19, 2020 8:57 AM
**To:** Lou Taylor <Lou@team-tristar.com>
**Cc:** Peggy Stephens <pstephens@team-tristar.com>; Yolanda Simpson <ysimpson@team-tristar.com>
**Subject:** Re: WFH/Approvals Denials

She used a sick day and is now out and has 4 vacation days and yes

Bryan Luecke
Business Manager
Bryan@team-tristar.com
615.997.3807 Direct

> On Mar 18, 2020, at 9:34 PM, Lou Taylor <Lou@team-tristar.com> wrote:
>
> Is she using vacation time right now?
>
> Coram Deo,
> **Lou Taylor**
> lou@team-tristar.com

>> On Mar 18, 2020, at 7:31 PM, Bryan Luecke <bryan@team-tristar.com> wrote:
>>
>> Just so you know Christie has a lap top in the office – it is not in her home so we could get that setup straight away.
>>
>> Christie has been asking for answers so thank you for being sensitive to the timing.
>>
>>
>> **Bryan W. Luecke, CPA**
>> *Business Manager*
>> bryan@team-tristar.com
>> 615.997.3807 Direct

**TRI STAR CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER 000113**

**From:** Lou Taylor <Lou@team-tristar.com>
**Sent:** Wednesday, March 18, 2020 7:16 PM
**To:** Bryan Luecke <bryan@team-tristar.com>; Peggy Stephens <pstephens@team-tristar.com>
**Cc:** Yolanda Simpson <ysimpson@team-tristar.com>
**Subject:** WFH/Approvals Denials

The following people requested WFH permissions who qualify under preferential considerations:

**WFH Essential Operational Staff – Preferential Considerations**

 – will also put on Bret's list.

**WFH - Non Essential Operational Staff – Preferential Considerations**
Christie Andrews – Impending Layoffs

Essential staff above are approved for WFH status and will be provided a laptop. Once the computers are available they will be issued we hope to have everyone a computer on this list by Friday. Please discuss this with your staff. Once the labor lawyer reviews our WFH workpaper I will sign it and you can review the terms and the conditions with your staff and have them sign.

Non- Essential – I will get back to you before EOD tomorrow as we assess how we are going to treat non-essentials that cannot work.  This should be kept confidential while I work through these details.

Thank you very much and let me know if you have questions.

Coram Deo,
**Lou Taylor**
lou@team-tristar.com

**TRI STAR SPORTS AND ENTERTAINMENT GROUP**
**BUSINESS MANAGEMENT • TAX**

**LOS ANGELES**
9255 Sunset Blvd.
2nd Floor
W. Hollywood, CA 90069
T: 323.284.7600

**NASHVILLE**
11 Music Circle South
Nashville, TN 37203

T: 615.309.0969

the right **PLACE** • the right **PEOPLE** • the right **PLAN**

TRI STAR CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER 000114

instagram/twitter: @tristateam

**TRI STAR CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER 000115**

# EXHIBIT 24

**Betsy Hart**

| | |
|---|---|
| **From:** | Yolanda Simpson |
| **Sent:** | Tuesday, December 14, 2021 11:51 AM |
| **To:** | Heather Kinder |
| **Subject:** | Fw: Christie Andrews |
| **Attachments:** | Christie Andrews TN  Notice of Separation.pdf; 2020 Benefit Termination Information.docx |

---

**From:** Yolanda Simpson
**Sent:** Friday, March 20, 2020 6:27 PM
**To:** C A <christieandrews24@gmail.com>
**Subject:** RE: Christie Andrews

Hi Christie,
I have attached your Tennessee Separation Notice that you can use when applying  for unemployment and the 2020 Benefit Contact list with group numbers in case you need to contact any of our benefit vendors.  Let me know if you need any pay statements sent to you.  Also, your last pay check will be issued direct deposit on 3/30/20.  Please let me know if I can assist you in the future.


Warm Regards,

***Yolanda Simpson SHRM-CP***
*Generalist, Human Resources*
ysimpson@team-tristar.com
615.997.3784 Direct



**From:** C A <christieandrews24@gmail.com>
**Sent:** Friday, March 20, 2020 1:11 PM
**To:** Yolanda Simpson <ysimpson@team-tristar.com>
**Subject:** Christie Andrews

Hi Yolanda,
I wanted to make sure you had the proper email to reach me. Thank you.


--
Christie Andrews
850-259-7141
ChristieAndrews24@gmail.com

**TRI STAR CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER 000145**

# SEPARATION NOTICE

1. Employee's Name: Christie _____ Andrews _____    2. SSN ███████████
   _First_          _Middle Initial_   _Last_

3. Last Employed: From: 08/18/2014 to 03/20/20    Occupation: Client Services Specialist
                        _(mm/dd/yy)_     _(mm/dd/yy)_

4. Where was work performed? 11 Music Circle S. Nashville, Tn 37203

5. Reason for Separation:         [x] Lack of Work      [ ] Discharge      [x] Quit

   If lack of work, indicate if layoff is    [ ] Permanent      [ ] Temporary - Recall Date _____
                                                                                           _(mm/dd/yy)_

   If _temporary_, report any vacation pay that will be paid.   Week Ending Date _____      Amount $ _____
                                                                               _(mm/dd/yy)_

   If layoff is _indefinite_ vacation pay should not be reported.

6. Employee received:      [ ] Wages in Lieu of Notice      [ ] Severance Pay

   In the amount of $ _____ for period from _____ to _____
                                                    _(mm/dd/yy)_      _(mm/dd/yy)_

   If other than lack of work, explain the circumstances of this separation:

---

Employer's Name: Tri Star Sports & Entertainment

| Address where additional information may be obtained: | Employer's Telephone Number: |
|---|---|
| 11 Music Circle S<br>Nashville, TN 37203 | 615-309-0969  Ext 5080 |
| | Employer's Email Address:<br><br>ysimpson@team-tristar.com |

74-3036819

I certify that the above worker has been separated from work and the information furnished hereon is true and correct. **This report has been handed to or mailed to the worker.**

| Signature of Official or Representative of the Employer who has first-hand knowledge of the separation | Title of Person Signing | Date Completed and Released to Employee |
|---|---|---|
| Yolanda Simpson | Generalist, Human Resources | 03/20/20<br>_(mm/dd/yy)_ |

**TRI STAR CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER 000146**

TRI STAR CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER 000147

# EXHIBIT 25

# SEPARATION NOTICE

1. Employee's Name: __Christie__ _____ __Andrews__   2. SSN ▮▮▮▮▮▮▮▮
   _First_            _Middle Initial_   _Last_

3. Last Employed: From: __08/18/2014__ to __03/20/20__   Occupation: __Client Services Specialist__
   _(mm/dd/yy)_        _(mm/dd/yy)_

4. Where was work performed? __11 Music Circle S. Nashville, Tn 37203__

5. Reason for Separation:   [x] Lack of Work   [ ] Discharge   [ ] Quit

   If lack of work, indicate if layoff is   [ ] Permanent   [ ] Temporary - Recall Date _____
                                                                                      _(mm/dd/yy)_

   If _temporary_, report any vacation pay that will be paid.   Week Ending Date _____   Amount $ _____
                                                                                _(mm/dd/yy)_

   If layoff is _indefinite_ vacation pay should not be reported.

6. Employee received:   [ ] Wages in Lieu of Notice   [ ] Severance Pay

   In the amount of $ _____ for period from _____ to _____
                                                _(mm/dd/yy)_      _(mm/dd/yy)_

   If other than lack of work, explain the circumstances of this separation:

   | |
   |---|

   Employer's Name: __Tri Star Sports & Entertainment__

   | Address where additional information may be obtained: | Employer's Telephone Number: |
   |---|---|
   | 11 Music Circle S<br>Nashville, TN 37203 | 615-309-0969  Ext 5080 |
   | | Employer's Email Address:<br><br>ysimpson@team-tristar.com |

   | 74-3036819 |
   |---|

I certify that the above worker has been separated from work and the information furnished hereon is true and correct. **This report has been handed to or mailed to the worker.**

| Signature of Official or Representative of the Employer who has first-hand knowledge of the separation | Title of Person Signing | Date Completed and Released to Employee |
|---|---|---|
| Yolanda Simpson | Generalist, Human Resources | 03/20/20<br>_(mm/dd/yy)_ |

TRISTAR00047

# EXHIBIT 26



**Andrews, Christie**

TRI★STAR MEDICAL GROUP
**Family Practice Associates**
of Southern Hills

Provider: NELSON, AUTUMN

## Web Encounter

| | | |
|---|---|---|
| **Answered by** | NELSON, AUTUMN | Date: 03/22/2020 |
| | | Time: 02:03 PM |

**Caller**   Christie Andrews

**Reason**   Fever

**Message**
Addressed To NELSON,AUTUMN
Hi
You said to let you know of anything changes and I just came down with a fever 99.7 not too high but it's higher than my normal bc I am usually in the 96.5 to 97.5 range.

Christie Andrews

**Action Taken**
NELSON,AUTUMN  03/22/2020 02:36:02 PM CDT >
Continue to quarantine. If you are stable, stay home. If you develop shortness of breath, worsening fever, go to the ER.

---

## eMessages

**From:**       NELSON,AUTUMN

**Created:**    2020-03-22 14:35:58

**Sent:**

**Subject:**    RE:Fever

**Message:**    Continue to quarantine. If you are stable, stay home. If you develop shortness of breath, worsening fever, go to the ER.

---

Patient: Andrews, Christie          Provider: NELSON, AUTUMN   03/22/2020

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

CONFIDENTIAL INFORMATION
PROTECTED HEALTH INFORMATION
https://hcapsecwprgnp01.medcity.net/mobiledoc/jsp/catalog/xml/printMultipleChartOption...   2/22/2022

# EXHIBIT 28

**Betsy Hart**

---

| | |
|---|---|
| **From:** | Lou Taylor |
| **Sent:** | Wednesday, December 15, 2021 12:32 PM |
| **To:** | Heather Kinder |
| **Subject:** | Fw: Hiring/Job Post Update TSE |

---

**From:** Lou Taylor <Lou@team-tristar.com>
**Sent:** Monday, March 23, 2020 11:15 PM
**To:** Josh Albillo <josh@team-tristar.com>; Heather Kinder <heather@team-tristar.com>
**Cc:** Yolanda Simpson <ysimpson@team-tristar.com>; Peggy Stephens <pstephens@team-tristar.com>
**Subject:** Re: Hiring/Job Post Update TSE

Print this heather and I will let you know what we need

Coram Deo,

**Lou Taylor**

lou@team-tristar.com

---

**From:** Josh Albillo <josh@team-tristar.com>
**Date:** Monday, March 23, 2020 at 4:02 PM
**To:** Heather Kinder <heather@team-tristar.com>, Lou Taylor <Lou@team-tristar.com>
**Cc:** Yolanda Simpson <ysimpson@team-tristar.com>, Peggy Stephens <pstephens@team-tristar.com>
**Subject:** Hiring/Job Post Update TSE

Hello –

Please see open/pending requisitions and candidates.  Please advise as to which to hold/open/close/ or push forward.

**TRI STAR CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER 000100**

*Note: I am not aware of any pending TSE hires. I called Lauren Blevins to check, and she said Christie was handling interview coordination so I am unaware of the hiring debriefs in TSE. I listed the names of the candidates that made it through to interview phase in case we need to follow up with any of them.*

==Open Requisitions==

- Accounting Support
  - 18 applicants
- Business Manager
  - 11 applicants
- IT Support Specialist
  - 47 applicants
- Office Receptionist (Temporary Assignment)
  - 13 applicants
- Senior Accountant (Business Management)
  - 15 applicants
- Senior Financial Analyst
  - 16 applicants
- Staff Accountant (Business Management)
  - 13 applicants
- Team Controller
  - 21 applicants (3 Interviewing stage)



- Team Coordinator
  - 38 applicants (2 Interviewing stage)
    1. 

- Clothing, Textiles & Fashion Merchandising Inventory Analyst - Full time Confidential Client Placement
  - 3 applicants
- Operations, Confidential Client Hire – Retail
  - 12 applicants

==Requisitions (On Hold)==
- Accounting Manager (Touring)
- Coordinator, Special Services & Royalty Compliance
- Staff Accountant (Touring)
- Staff Tour Accountant

**Josh Albillo**
*Recruiting & Business Management*
josh@team-tristar.com
323.435.5975 Direct

---

**From:** Heather Kinder <heather@team-tristar.com>
**Sent:** Monday, March 23, 2020 2:15 PM

TRI STAR CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER 000101

**To:** Josh Albillo <josh@team-tristar.com>; Lou Taylor <Lou@team-tristar.com>
**Cc:** Yolanda Simpson <ysimpson@team-tristar.com>; Peggy Stephens <pstephens@team-tristar.com>
**Subject:** RE: Hiring Update TSW

Josh,

Can you please pull a similar report for Nashville?

---

**From:** Heather Kinder <heather@team-tristar.com>
**Sent:** Monday, March 23, 2020 4:14 PM
**To:** Josh Albillo <josh@team-tristar.com>; Lou Taylor <Lou@team-tristar.com>
**Cc:** Yolanda Simpson <ysimpson@team-tristar.com>; Michelle Benedict <michelle@team-tristar.com>
**Subject:** RE: Hiring Update TSW

Thanks, Josh. I will discuss with Lou.

---

**From:** Josh Albillo <josh@team-tristar.com>
**Sent:** Friday, March 20, 2020 5:51 PM
**To:** Lou Taylor <Lou@team-tristar.com>
**Cc:** Yolanda Simpson <ysimpson@team-tristar.com>; Michelle Benedict <michelle@team-tristar.com>; Heather Kinder <heather@team-tristar.com>
**Subject:** Hiring Update TSW

Hello –
In response to the conference call today, and recent layoffs, I am writing for an update and consensus on the following candidates & requisitions in an effort to be on the same page:

Please advise on the action plan to move forward, decline or close:

**Open Candidates –**
*Advise to: Move Forward/Keep Warm/Decline*

- ▪ ██████████ – Accounting Support – Adam C. Team– **Offer on hold due to sick family member**
- ▪ ██████ – Touring AS **– Offer Rescinded**
- ▪ ██████████ – Tax Accountant –**Offer Still Valid – Starts 3/23/2020**
- ▪ ██████ – Hospitality – **Staying on board.**
- ▪ ██████ - Kylie AS – **Offer Still Valid - Starts 3/23/2020**
- ▪ ██████ – Accounting Support – Lauren C. - **Offer Still Valid - Starts 3/23/2020**
- ▪ ██████ – Staff Accountant – Linda Team - **Requested More Time on offer**
- ▪ ██████ – Accounting Support –Lauren C & Catherine R team -**Ready to start in 3 weeks**
- ▪ ██████ Staff Accountant – ██████ – **Ready to start in June**
- ▪ ██████ – Team Coordinator – ██████ – **Ready to Start ASAP** –*Real Estate Exp.*
- ▪ ██████ – Team Coordinator ██████ – **Ready to Start ASAP** –*Legal Office Coordinator*

**Open Requisitions:**
*Advise to: Keep Open/Close*

- ▪ Accounting Manager (Business Management)
- ▪ Accounting Support
- ▪ Accounting Support (Touring)
- ▪ Business Manager
- ▪ Chief Financial Officer

3

TRI STAR CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER 000102

- Chief Operating Officer
- Coordinator, Special Services & Royalty Compliance
- Tax Director
- Executive Assistant
- IT Support Specialist
- Manager, Special Services & Royalty Compliance
- Tax Manager
- Office Receptionist
- Senior Accountant (Business Management)
- Senior Accountant (Touring)
- Senior Recruiter
- Staff Accountant (Business Management)
- Staff Accountant (Tax)
- Staff Accountant (Touring)
- Team Controller
- Team Coordinator

**Requisitions on Hold:**
*Advise to: Open/Close*

- Accounting Manager
- Banking Coordinator
- Executive Assistant to the CEO
- Senior Accountant (Transition)
- Senior Billing Analyst
- Software Engineer
- Staff Accountant (Transition)
- Tax Professional
- Tax Senior
- Team Coordinator

**Josh Albillo**
*Recruiting & Business Management*
josh@team-tristar.com
323.435.5975 Direct

**TRI STAR SPORTS AND ENTERTAINMENT GROUP**
**BUSINESS MANAGEMENT • TAX**

**LOS ANGELES**
9255 Sunset Blvd.
2nd Floor
W. Hollywood, CA 90069
T: 323.284.7600

**NASHVILLE**
11 Music Circle South
Nashville, TN 37203

T: 615.309.0969

the right **PLACE** • the right **PEOPLE** • the right **PLAN**

instagram/twitter: @tristarteam

4

TRI STAR CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER 000103

**TRI STAR SPORTS AND ENTERTAINMENT GROUP**
**BUSINESS MANAGEMENT • TAX**

**LOS ANGELES**
9255 Sunset Blvd.
2nd Floor
W. Hollywood, CA 90069
T: 323.284.7600

**NASHVILLE**
11 Music Circle South
Nashville, TN 37203

T: 615.309.0969

the right **PLACE** • the right **PEOPLE** • the right **PLAN**

instagram/twitter: @tristarteam

TRI STAR CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER 000104

# EXHIBIT 29



# Andrews, Christie

**31 Y old Female,** ████████████

████████████████████

**Provider: NELSON, AUTUMN**

## Web Encounter

| | |
|---|---|
| **Answered by** | NELSON, AUTUMN |

Date: 03/24/2020
Time: 01:12 AM

**Caller**  Christie Andrews

**Reason**  Fever

**Message**  Addressed To NELSON,AUTUMN
I know they said don't take some meds....for chest congestion can I take Mucinex DM or is there
something you recommend?

**Action Taken**  NELSON,AUTUMN  03/24/2020 07:21:45 AM CDT >
Okay to take Mucinex DM. Avoid NSAIDS if you can. Tylenol ok.

## eMessages

**From:**  NELSON,AUTUMN

**Created:**  2020-03-24 07:21:44

**Sent:**

**Subject:**  RE:Fever

**Message:**  Okay to take Mucinex DM. Avoid NSAIDS if you can. Tylenol ok.

**Patient: Andrews, Christie**  ████████████  **Provider: NELSON, AUTUMN**  03/24/2020

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

Case 3:21-cv-00526   Document 48-2   Filed 12/09/22   Page 40 of 42 PageID #: 3267
CONFIDENTIAL INFORMATION -
PROTECTED HEALTH INFORMATION

# EXHIBIT 30



# Andrews, Christie

**31 Y old Female,** ███████████

███████████

**Provider: NELSON, AUTUMN**

---

## Web Encounter

| | |
|---|---|
| **Answered by** | NELSON, AUTUMN |

**Date:** 03/24/2020
**Time:** 12:32 PM

**Caller**      Christie Andrews

**Reason**      RE: Fever

**Message**

Addressed To NELSON,AUTUMN
The Mucinex DM seems to be helping also sleeping on my stomach helped alot. I have pain in the center of my back can't tell if that's from sleeping on my stomach or what but it's mild.

My parents want me to drive home to Florida. Does this sound like it's related to Covid to you or something else? I want to go home because it's warm there but I don't want to put my parents at risk if you think it's possibly the virus.

**Action Taken**

NELSON,AUTUMN  03/24/2020 12:49:35 PM CDT > It is really hard to say. We can do virtual visit if you would like? Kelly can help you get set up?
SPIRES,KELLY  03/24/2020 01:02:58 PM CDT > LVM
SPIRES,KELLY  03/24/2020 01:20:41 PM CDT > Pt is doing a televisit today at 2:15pm

---

**Patient: Andrews, Christie**    ███████████    **Provider: NELSON, AUTUMN**    03/24/2020

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

CONFIDENTIAL INFORMATION
PROTECTED HEALTH INFORMATION

https://hcapsecwprgnp01.medcity.net/mobiledoc/jsp/catalog/xml/printMultipleChartOption...   2/22/2022