IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **CHRISTIE ANDREWS**, <br><br> Plaintiff, <br><br> v. <br><br> **TRI STAR SPORTS AND ENTERTAINMENT GROUP, INC.** <br><br> Defendant. | Civil No. 3:21-cv-00526 <br> Judge Eli J. Richardson <br> Magistrate Judge Jefferey S. Frensley |

### NOTICE OF FILING REDACTED EXHIBITS CITED PLAINTIFF'S OPPOSITION TO MOTION SUMMARY JUDGMENT

Plaintiff files this notice of filing redacted versions of the depositions pursuant to conference with Defense Counsel and paper copies of exhibits hyperlinked in the statement of facts and identified in Plaintiff's evidentiary submission.

Respectfully submitted,

_____
Daniel Arciniegas

## CERTIFICATE OF SERVICE

**I hereby certify that on Monday December 9, 2022, I electronically served the foregoing** NOTICE OF FILING REDACTED EXHIBITS CITED PLAINTIFF'S OPPOSITION TO MOTION SUMMARY JUDGMENT **via CM/ECF:**

Tara L. Swafford, BPR # 17577 Thomas
Anthony Swafford, BPR # 17578
Elizabeth G. Hart, BPR # 030070
The Swafford Law Firm, PLLC
207 Third Avenue North
Franklin, Tennessee 37064
Tel: (615) 599-8406
Fax: (615) 807-2355
Tara@swaffordlawfirm.com
Tony@swaffordlawfirm.com
Betsy@swaffordlawfirm.com

Attorneys for Tri Star Sports and Entertainment Group, Inc.

Respectfully submitted,

Daniel Arciniegas, BPR #35853
ARCINIEGAS LAW
1242 Old Hillsboro Road
The Atrium Building
Franklin, Tennessee 37069
T. 629.777.5339
Daniel@AttorneyDaniel.com