Christie Andrews 8/23/2022

```
1        Q.   Do you play any instruments?

2        A.   No.  Well, a little guitar, but I'm not

3   great.

4        Q.   A little guitar you said?

5        A.   Yeah.  Not great, though.  And that was

6   back in the day.  I don't even know if I could

7   still do it.

8        Q.   All right.  So we've talked about your

9   hobbies.  We talked about kind of working out,

10  your cheerleading history.

11            What else do you like to do for fun?  Do

12  you like to go to bars?

13       A.   I did, like, but I haven't -- ever since

14  the pandemic, like, kind of shut everything down,

15  I never really started being social or going out

16  like that again, just because most of my friends

17  got married and had babies during the pandemic.

18       Q.   Do you like to go out to eat?

19       A.   Uh-huh (affirmative response).

20            MR. ARCINIEGAS:  Is that "yes"?

21            THE WITNESS:  Yes.  Sorry.

22       Q.   (By Ms. Hart)  What about traveling?  Do

23  you like to travel?

24       A.   Yes, I do.

25       Q.   Okay.  Have you traveled anywhere good
```

Christie Andrews 8/23/2022

```
1    her husband, and their three kids.
2         Q.   Okay.  Family trip?
3         A.   Yes.
4         Q.   Anywhere else in 2021?
5         A.   I don't believe so.
6         Q.   When did you start working for Tri Star?
7         A.   I started working for Tri Star in
8    February of 2014, and then I started working for
9    them full-time in August of 2014.
10        Q.   All right.  What did you do in
11   February of 2014?  What was your first position?
12        A.   I was a runner.
13        Q.   What does that mean?
14        A.   I ran errands for them around
15   Los Angeles.
16        Q.   And then in August of 2014, you got
17   bumped up to full-time, right?
18        A.   Yes.
19        Q.   Okay.  And what was your position then?
20        A.   Administrative assistant.
21        Q.   And this is all in the L.A. office,
22   correct?
23        A.   Yes, ma'am.
24        Q.   What did you do as the administrative
25   assistant?  Did you work for a certain person?
```

Jackson       Brooks Court Reporting       Meridian
Gulfport       1-800-245-3376       New Orleans
Case 3:21-cv-00526   Document 49-1   Filed 12/09/22   Page 2 of 105 PageID #: 697

1      A.    No, for the whole office.

2      Q.    Whole office.

3            All right.  And then, at some point, do

4      you get promoted or a new position?

5      A.    Yes.  Then I moved to client services.

6      Q.    When was that?

7      A.    2015, '15.

8      Q.    And what was that position?  What did

9      you do?

10     A.    I was a client services representative

11     for a certain book of business.

12     Q.    So did you communicate directly with the

13     client?

14     A.    Yes, sometimes.

15     Q.    Okay.  And did you work on a team?

16     A.    So in L.A., there was -- we weren't

17     really, like, in separate teams.  We were all kind

18     of one because it was a small office.

19     Q.    All right.  What were some of your job

20     duties when you were client services?

21     A.    So for client services, you kind of --

22     you're responsible for everything that falls

23     outside of accounting.  So you would procure

24     documents, you would handle real estate and auto

25     purchases or maintenances.  Sorry.  There -- it

1   was always -- there was a lot, always.

2          Like one time we had a client whose

3   house, like, flooded because she had a busted

4   pipe, so I had to go to the house, and I crawled

5   underneath the house and I turned off the water

6   with all the spiders.  And then I -- and then I

7   had to move all the things out of her closet to,

8   like, help do that.

9          And so, I don't know, it was always

10  different.  It was always kind of crazy, so -- but

11  it was -- then it was handling the flood

12  mitigation for that and repairs, and eventually

13  selling the house instead.

14          But just different things along that

15  lines.

16      Q.   Okay.

17      A.   Or along those lines.

18      Q.   And how long did you have that position?

19      A.    I had that position until we change --

20  well, it was partly the same position, except for

21  that I transferred to Nashville, and then when I

22  was in Nashville, we changed the title from client

23  services to team coordinators.

24      Q.   Okay.  And you moved to Nashville in

25  2017, right?

Christie Andrews 8/23/2022

```
1         A.   Yes, March of '17.
2         Q.   So when you moved to Nashville, you were
3    still called client services?
4         A.   Yes.
5         Q.   When did they change the title, do you
6    remember?
7         A.   I do not.
8         Q.   Your job duties were the same, though?
9         A.   No, it became kind of bigger then.  We
10   became more -- we became more responsible for kind
11   of coordinating the team as a whole and helping
12   project manage certain aspects of the accounting
13   team's responsibilities.  It was just following
14   the tracks of things.
15              So we became responsible for that, and
16   then became responsible for all of the insurance,
17   renewals or getting new policies, just making sure
18   that there were no gaps anywhere, just trying to
19   shore up any holes in the insurance.  We became
20   responsible for that as well.
21        Q.   Okay.  And when you say "we," what do
22   you mean?
23        A.   The team coordinators.
24        Q.   And was that a change that came because
25   you moved to Nashville or because your title
```

Christie Andrews 8/23/2022

```
1    changed?
2         A.    Neither.
3         Q.    Okay.
4         A.    I think it was a change that came about
5    because we were having -- we were having to shore
6    up a lot of holes and gaps, and especially in the
7    employer insurance.
8              So it was a really big project, and so
9    the team coordinators kind of stepped -- they had
10   the team coordinators step in to fill that.
11        Q.    Was it a project you were doing --
12   taking on for all clients, making sure everybody
13   had insurance?
14        A.    From my book of business.
15        Q.    For your book of business?
16        A.    Yes.
17        Q.    Okay.  And how many clients were in your
18   book of business?
19        A.    It changed kind of quite often, but I
20   know at one point I counted the, like, business
21   entities of them and it was somewhere around 160
22   business entities for all those clients, but I
23   can't remember how many clients it was specific.
24        Q.    More than one?
25        A.    Oh, yes; yes.
```

Christie Andrews 8/23/2022

```
 1    changed?
 2         A.    Neither.
 3         Q.    Okay.
 4         A.    I think it was a change that came about
 5    because we were having -- we were having to shore
 6    up a lot of holes and gaps, and especially in the
 7    employer insurance.
 8              So it was a really big project, and so
 9    the team coordinators kind of stepped -- they had
10    the team coordinators step in to fill that.
11         Q.    Was it a project you were doing --
12    taking on for all clients, making sure everybody
13    had insurance?
14         A.    From my book of business.
15         Q.    For your book of business?
16         A.    Yes.
17         Q.    Okay.  And how many clients were in your
18    book of business?
19         A.    It changed kind of quite often, but I
20    know at one point I counted the, like, business
21    entities of them and it was somewhere around 160
22    business entities for all those clients, but I
23    can't remember how many clients it was specific.
24         Q.    More than one?
25         A.    Oh, yes; yes.
```

Christie Andrews 8/23/2022

1   and you're following it.

2           And then if it was, like, a real estate

3   purchase, of course, you're going to have to

4   collaborate because you're going through different

5   legal documents, you're going through loans and

6   payments and scheduling, and all sorts of things.

7   So, of course, you're collaborating there.

8           And there was other things that would be

9   just me.

10      Q.  Did you supervise anybody as a team

11  coordinator?

12      A.  I was the team lead for team

13  coordinators.

14      Q.  What does that mean?

15      A.  It means that I was their -- I wasn't

16  like their supervisor in the way like Bryan was

17  their business manager, was their supervisor.  But

18  I was their support system and their -- the person

19  that they called when they didn't know what to do,

20  and I helped build the policy and procedure for

21  the team coordinators, and I would handle their

22  training schedules and training them.  And then I

23  was basically there to just support them and help

24  them, because every day you would come up with

25  something that wasn't exactly, like, in the

Christie Andrews 8/23/2022

1   training materials because everything was

2   different, but I probably would have had

3   experience on how to do that, so they would come

4   to me and they would ask me how to do it, and I

5   would either help them or if it was something they

6   didn't feel confident doing, I would do it for

7   them.

8        Q.   And when you say "them," who are you

9   talking about?

10       A.   The team coordinators.

11       Q.   All team coordinators?

12       A.   Yes, Nashville and L.A., yes.

13       Q.   Were you ever involved in disciplining

14  any team coordinator?

15       A.   No.

16       Q.   Did you ever terminate anybody?

17       A.   No.

18       Q.   Did you ever do any performance reviews

19  for anybody?

20       A.   Not that I recall.

21       Q.   Did you have any involvement in hiring

22  team coordinators?

23       A.   Yes.

24       Q.   What was that?

25       A.   So I was part -- well, I was part of the

Christie Andrews 8/23/2022

```
 1   interviewing process for when we brought on Ambra
 2   and Shelly.  And then I can't remember if there
 3   were team coordinators that I was reviewing when
 4   we were -- when I was doing candidate reviews
 5   for -- for -- she was the HR previous to Yolanda.
 6   I can't remember her name right now.  I was
 7   helping her with candidate reviews, so I can't
 8   remember if there was team coordinators in that
 9   process or not.
10       Q.   Okay.  So did you help with candidate
11   reviews for positions other than team coordinator?
12       A.   Yes.
13       Q.   And you said you were part of the
14   interview process for Ambra and Shelly?
15       A.   Yes.
16       Q.   What do you mean by that?
17       A.   I mean, I was in their interviews --
18       Q.   Okay.
19       A.   -- when they interviewed for the
20   position.
21       Q.   Okay.  And did you get any say in
22   whether they were hired?
23       A.   Yes, I felt like I had say.
24       Q.   You, at least, got to give your opinion?
25       A.   Yes.
```

Christie Andrews 8/23/2022

```
 1        Q.   Okay.  What was your opinion of Ambra?
 2   Did you think she was a good fit?
 3        A.   Yeah, I did.
 4        Q.   What about Shelly?
 5        A.   Shelly, she was my second choice to
 6   Ambra.  I didn't know we were going to get to hire
 7   two at that time.  So Ambra was my first choice,
 8   and then Shelly, yes.
 9        Q.   Do you have any involvement with -- did
10   you have any involvement with job postings online?
11        A.   I did not post the jobs.  I believe I
12   reviewed the -- the description for team
13   coordinators or helped -- I can't remember what I
14   did for the team coordinator description, but I
15   know I was involved in that, and then -- sorry,
16   can you repeat the question?
17        Q.   Sure.  Yeah.
18             What was your involvement with job
19   postings for team coordinator positions?
20        A.   Oh, for the team coordinator positions,
21   yeah.  I don't remember exactly what it was that I
22   did.  I know that I was helping with the
23   description of the role.  I can't remember exactly
24   what it was that I did.
25        Q.   Did you ever communicate with any
```

Christie Andrews 8/23/2022

1   outside job posting company?

2       A.   No.  The HR, I believe, would have

3   posted it.

4       Q.   Do you have any knowledge of dates of

5   job postings for team coordinator?

6       A.   I know that it was posted after I was

7   terminated.

8       Q.   Okay.

9       A.   And I believe we were looking for a new

10  team coordinator sometime before I was terminated.

11      Q.   Okay.  When you say, "I know that it was

12  posted after I was terminated," how do you know

13  that?

14      A.   I saw it.  I came across it when I was

15  looking for jobs myself.

16      Q.   Where did you see it?

17      A.   Indeed.com.

18      Q.   Do you have any knowledge of who posted

19  that?

20      A.   No, I'm -- no.

21      Q.   Do you have any knowledge of when it was

22  posted?

23      A.   I saw it sometime in April, but I took a

24  screenshot of it in May.

25      Q.   Do you have any knowledge of whether it

Christie Andrews 8/23/2022

1    was posted before April?

2         A.   That specific post?

3         Q.   Uh-huh (affirmative response).

4         A.   No.  I know that we had posted

5    previously to -- or prior to the pandemic that we

6    were looking for team coordinators, but I couldn't

7    tell you if it was a post that was reposted, if it

8    was -- I couldn't tell you that.

9         Q.   Okay.  So you wouldn't have any

10   knowledge of whether it was like an evergreen post

11   that's just always up?

12        A.   It had a date, it's only been up for so

13   many days' type thing on it.

14             THE WITNESS:  Do you know what time it

15        is?

16             MR. ARCINIEGAS:  10:11.

17             THE WITNESS:  Will you tell me when it's

18        10:30, please?

19             Thank you.

20        Q.   (By Ms. Hart)  When you moved to

21   Nashville in 2017, whose idea was that?

22        A.   I know I had, like, wanted to move,

23   because I knew I wanted to be closer to my

24   parents.  I can't remember if it was Lou's idea or

25   Teresa's idea.  No, Teresa wasn't there anymore,

1   so that can't be right.  I think it was Lou's.

2       Q.   It wasn't your idea to move?

3       A.   No.  I was very excited to be offered

4   it, but it wasn't what I had -- like it -- I

5   didn't ask for -- I didn't even know that the

6   person I was taking their place was leaving at the

7   time.

8       Q.   Okay.  And did your salary change when

9   you moved?

10      A.   No.

11      Q.   And Tri Star covered your moving

12  expenses, correct?

13          MR. ARCINIEGAS:  Object to form.  Object

14      to form.

15          You can answer.

16          THE WITNESS:  Okay.  Yes, they covered

17      the -- the shipping of my stuff.  And I -- I

18      cannot recall if they paid for my flights or

19      not.

20      Q.   (By Ms. Hart)  Okay.

21      A.   Sorry.

22      Q.   Did you have a desktop computer when you

23  were a team coordinator?

24      A.   I had a laptop.

25      Q.   Only a laptop?

1   consistent, yes.

2       Q.   And did you always get approval before

3   you took it home?

4       A.   Yeah, I would usually talk to Bryan

5   about it before I did it.  That was kind of our --

6   our way of keeping it in check.

7       Q.   Did you have a personal computer at that

8   time?

9       A.   Yes.

10      Q.   Did you ever do any work on that?

11      A.   No.

12      Q.   Do you know if you were allowed to do

13  work on your personal computer?

14      A.   No.  Sometimes I -- sometimes I would

15  have to do things, like, on my phone, but I was

16  not supposed to ever use my personal laptop.

17      Q.   What kinds of things did you do on your

18  phone?

19      A.   Mostly AmEx-related items, because they

20  were usually like an emergency.

21      Q.   What type of items?

22      A.   Usually if it was, like, an emergency,

23  it was because someone's card was being declined

24  or -- if they were at a point of sale or type of

25  item where they're, like, actually out doing

Christie Andrews 8/23/2022

1  something and their card is getting declined,

2  that's usually, like, right there an emergency.

3        And then we had one client who just

4  consistently, like, would max out his cards on his

5  tour, and so -- and we -- I would file for

6  exceptions to his limit, and he would still

7  somehow go over it.  So I kind of always knew when

8  that was coming, so I would make sure I had my

9  computer at home with me for those nights, because

10 it was usually, like, later in the evening that

11 that would come up, because he was an L.A. client.

12       Q.   Okay.  What other things did you do on

13 your phone?

14       A.   Mostly e-mails.

15       Q.   Anything else?

16       A.   Every once in a while, I might have had

17 to, like, log in to a utility account or something

18 along those lines.

19       Q.   And when you were dealing --

20       A.   Or just be on the phone.  Sorry.

21       Q.   When you were dealing with AmEx issues,

22 are clients e-mailing you or calling you?

23       A.   Usually the account manager would be

24 calling me or e-mailing me, yes.

25       Q.   Okay.  And then what do you do?  You

1        A.    Yes.

2        Q.    Have you violated it?

3        A.    No.

4        Q.    Have you talked to anybody about your

5    work at Tri Star?

6        A.    People that, like, I apply for jobs

7    with, yes.

8        Q.    Okay.  And you just tell them that you

9    worked there?

10        A.    They asked, like, what my

11    responsibilities used to be and all that good

12    stuff, and, like, how I interacted with people or

13    if I had, like, super -- like, manager-type roles

14    and stuff and how I handled stuff like that.

15        Q.    Prior to March 2020, did you know of any

16    team coordinators who worked from home regularly?

17        A.    No.

18        Q.    What about in March 2020?

19        A.    No.  I think Ambra might have worked

20    from home one day, but not -- I don't know if it

21    was, like, a full work-from-home or not.  I think

22    she just was at home one day working.  I think

23    something with her kid.  I'm not sure.

24        Q.    How do you know that?

25        A.    I just remember her having to be home

1   for her kid for something.  I don't remember

2   exactly the circumstances.  Sorry.

3        Q.   That was while you were still employed

4   at Tri Star?

5        A.   Uh-huh (affirmative response); yes.

6        Q.   Are you aware of any other team

7   coordinators who worked from home during March

8   2020?

9        A.   Not that I'm aware, no.

10       Q.   Are you aware of any team coordinators

11  who worked from home after March 2020?

12       A.   I wouldn't know that.

13       Q.   All right.  I'm going to ask you the

14  same questions, but a little bit different --

15       A.   Okay.

16       Q.   -- about people that aren't team

17  coordinators.

18            So other than team coordinators, are you

19  aware of anybody that worked from home prior to

20  March 2020?

21       A.   Yes.

22       Q.   Who was that?

23       A.   Account managers and Peggy and Lou, and

24  I believe Lindsey Herman had worked from home a

25  few times, and maybe Nola had worked from home a

Christie Andrews 8/23/2022

```
 1   few times.  I can't remember exactly, but people
 2   did work from home occasionally, yes.
 3        Q.   You said Nola.  You're talking about
 4   Nola Douglas?
 5        A.   Yeah, I feel like she was sick at some
 6   point prior, and she had worked from home for a
 7   few days, if I'm remembering correctly.
 8        Q.   What was her position at that time?
 9        A.   She was the transition coordinator.  So
10   she was like the team coordinator but for the
11   transition team.
12        Q.   When did she work from home?
13        A.   I -- I couldn't recall.  It's just a --
14   I just feel like I remember it.  I don't remember
15   when it was.
16        Q.   Okay.  What about Lindsey Herman, when
17   did she work from home?
18        A.   I -- I couldn't tell you a date.  I
19   don't remember.
20        Q.   What was her position when she worked
21   from home?
22        A.   She was -- oh, when she worked from
23   home?
24        Q.   Uh-huh (affirmative response).
25        A.   I -- oh, oh, I -- sorry, I understand.
```

Jackson        Brooks Court Reporting        Meridian
Gulfport        1-800-245-3376        New Orleans
Case 3:21-cv-00526  Document 49-1  Filed 12/09/22  Page 19 of 105 PageID #: 714

```
 1         Q.   Who else worked from home prior to
 2    March 2020?
 3         A.   There's a lot of employees.  It's hard
 4    to tell you everyone.  I know Cindy, my friend,
 5    Cindy, who was previously employed, I know she
 6    worked from home sometimes.
 7         Q.   What was her position?
 8         A.   She was an account manager.
 9              I believe -- I believe Breya had worked
10    from home once in a while.  I mean, I had worked
11    from home when I was sick one time.  I don't know.
12              There's a lot of people.  It's hard for
13    me to give you every name.  I'm so sorry.
14              I think Jodi Williams had worked from
15    home a couple of times.
16              Oh, I think Erica was consistently
17    working from home at the time.
18         Q.   What's Erica's last name?
19         A.   She got married, and she was -- was it
20    Clickner?
21              COURT REPORTER:  I'm sorry.
22              THE WITNESS:  Clickner maybe.  Click- --
23         I'm not sure.  I'm sorry.
24              And then -- and then maybe it was Mathis
25              was her new last name.  I can't remember.
```

1    good family friend had just passed away.  There

2    was a lot going on.  So it's hard for me to recall

3    the things that happened in March of 2020.  And

4    the pandemic on top of it, so I don't know.

5            MR. ARCINIEGAS:  It's been an hour.  I

6        think we'll take a break, if that's okay with

7        you.

8            MS. HART:  Sure, absolutely.

9            THE WITNESS:  Is it 10:30?

10           MR. ARCINIEGAS:  Yeah.  Sorry.  And I

11       can hear my dog in the bathroom.

12           VIDEOGRAPHER:  The time is 10:29.  We

13       are off record.

14           (A short break was taken.)

15           VIDEOGRAPHER:  This is the beginning of

16       case file number 2.  Time is 10:44.  We are

17       back on record.

18       Q.   (By Ms. Hart)  Ms. Andrews, before the

19   break, we had talked about your AmEx duties, your

20   American Express duties.

21       A.   Yes.

22       Q.   And that you did those sometimes after

23   hours, correct?

24       A.   Yes.  Sometimes, yes.

25       Q.   Did other team coordinators have laptops

 1   that you're aware of?

 2        A.   I believe Ambra might have had the same

 3   setup as me.  I can't be sure.  I know that when

 4   we got the laptops, it was Nola, Anna, and myself.

 5   So if Ambra got Anna's computer, maybe, but I

 6   don't really remember.  I wouldn't -- I can't

 7   remember.  I'm sorry.  No, I think Ambra

 8   definitely had a computer towards the end there.

 9   Yes, I think.

10        Q.   Okay.

11        A.   I'm sorry.

12        Q.   So Ambra maybe had a laptop?

13        A.   Yes.  Because we had to bring our

14   laptops into, like, the meetings that we were

15   running, so I think she was using her laptop.  I

16   saw her with a laptop, how about that?  Does that

17   work?  I'm not sure if that was her, like, full

18   computer or not.

19        Q.   Okay.  Are you -- do you know of any

20   other team coordinators that had a laptop?

21        A.   Nola.  Nola had one.

22        Q.   And did you have a laptop primarily for

23   those AmEx duties?

24        A.   The -- no.  I think we were assigned the

25   laptops because of where we were sitting at the

Christie Andrews 8/23/2022

```
1       Q.   In March 2020, were you the only AmEx
2   liaison?
3       A.   Yes.
4       Q.   So let's just talk about 2020 --
5       A.   Okay.
6       Q.   -- the last couple of months of your
7   employment.
8            You're a team coordinator and AmEx
9   liaison, correct?
10      A.   Yes.
11      Q.   You're the only AmEx liaison?
12      A.   Yes.
13      Q.   So how much time are you spending on
14  AmEx on average?  You can -- daily, weekly,
15  monthly.  Whatever is easy for you to quantify.
16      A.   It's so hard to, like, say just because
17  every day would be different.  I would say it was
18  anywhere from, like, 10 percent of my day to
19  60 percent of my day, depending on the day.
20      Q.   Okay.  Did your laptop have a VPN?
21      A.   Yes.
22      Q.   How do you know that?
23      A.   I was told.
24      Q.   By who?
25      A.   By Chris Jaffe, Jaffe, and probably had
```

Christie Andrews 8/23/2022

1    spoke to Mike about it a few times, Mike Iverson

2    something.  It's a long name.  Starts with an "I."

3         Q.    Okay.

4         A.    And it might be, like Icelandic or

5    something in that type of -- or Swedish or, I

6    don't know, one of those type of languages.

7         Q.    When you logged in to your laptop at

8    home, were you logging onto a cloud?

9         A.    We used to use something called Citrix

10   or something, but that, I think, was from before.

11   I can't remember how -- how we did what.  I think

12   I used Citrix when I had the desktop and was,

13   like, remote view.  And that would have been -- I

14   don't remember.  I'm sorry.  I know I used

15   StarlingX.  That was our -- like, our Tri Star

16   platform.

17        Q.    When you used Citrix, was that in L.A.

18   only, or did you use that in Nashville?

19        A.    I can't remember.  I don't -- I just

20   remember that name.  I don't remember why or what

21   it was used for.

22        Q.    We've talked a lot about your duties as

23   a team coordinator.  Is it fair to say that team

24   coordinator is an administrative role?

25        A.    No.

Christie Andrews 8/23/2022

```
 1       A.   Yes.

 2       Q.   So when you say you were without hot

 3  water until the next day, what do you mean?

 4       A.   So we lived that whole day and then the

 5  following day.

 6       Q.   You had hot water back?

 7       A.   Yes.

 8       Q.   How else were you affected by the

 9  tornado?

10       A.   I mean, besides from just being up all

11  night for it.  I mean, all the traffic lights and

12  stuff around us were out, but...

13       Q.   Did you have any property damage?

14       A.   No, I did not.

15       Q.   Did you know anybody that had property

16  damage?

17       A.   Yes.  Yeah.

18       Q.   Do you know anybody that got hurt or

19  killed?

20       A.   No.

21       Q.   And you said you also had a close family

22  friend that passed away?

23       A.   Yes.

24       Q.   When was that?

25       A.   That was -- the funeral was on
```

1    March 14th.

2        Q.    Where was the funeral?

3        A.    Prattville, Alabama.

4        Q.    Did you get to go to that?

5        A.    Yes.

6        Q.    Who was the friend that passed away?

7        A.    He's like an adopted grandpa, I'd say.

8    I mean, I don't know how else to explain.  He was

9    Pop-Pop.

10       Q.    Pop-Pop?

11       A.    Yeah.

12       Q.    What was his name?

13       A.    Joel Griswold.

14       Q.    Okay.  And on top of all of that, of

15   course, in March 2020, we have a pandemic

16   happening, correct?

17       A.    Yeah.

18       Q.    Would you agree with me that March 2020

19   was a time of chaos?

20       A.    There was definitely chaos in my life.

21   It seemed like it was chaos in other people's

22   lives, yes, and the world.

23       Q.    What kind of effect, at all, did that

24   have on you?  Were you having trouble sleeping?

25       A.    I'm a bad sleeper, so I -- I always have

Christie Andrews 8/23/2022

1      Q.   And when you say you "reached out to
2  her," who are you talking about?
3      A.   My primary care doctor, Autumn Nelson.
4      Q.   How did you reach out to her?
5      A.   I believe I would have reached out via
6  the Healow app, is how I normally communicate with
7  her.
8      Q.   Like a secure messaging?
9      A.   Uh-huh (affirmative response).  Yes,
10  within, like, the patient portal-type system.
11      Q.   And what kind of steroids were you on in
12  March 2020 for your asthma?
13      A.   So I take -- I take Singulair, and at
14  the time I thought that was a steroid, because the
15  previous asthma medication I had been on was a
16  steroid, and she assured me that Singulair wasn't
17  a steroid.  But the -- the Flonase-type situation,
18  that's a steroid, and then the rescue inhaler has
19  steroids in it.
20      Q.   And did she respond to you when you
21  reached out?
22      A.   Yes.
23      Q.   What did she say?
24      A.   She said to keep taking my daily
25  medications as normal and -- I don't remember what

Christie Andrews 8/23/2022

```
1          Q.   Did she tell you how you could avoid
2     being exposed?
3          A.   Yeah, I mean, she talked about staying
4     home.  She felt that it was -- that it was the
5     public's, like, duty to stay home.  That's how she
6     felt about it.
7          Q.   What kind of nurse is she?
8          A.   She's an RN.  She's, I believe,
9     currently -- she's -- I don't think it's any
10    special, like, titles.  I know she currently works
11    in wound care, and before that, she worked in a
12    hospital in Fort Walton Beach, Florida.
13         Q.   Does she live in Florida?
14         A.   Now she lives in Nashville.
15         Q.   Okay.  And you said you spoke with
16    your -- we'll put air quotes around it, "Aunt
17    Carla"?
18         A.   Uh-huh (affirmative response).
19         Q.   What's her last name?
20         A.   Parish.
21         Q.   When did you talk to her?
22         A.   I believe I spoke to her, like, that --
23    I guess it was either that Saturday or Sunday,
24    because I was still in Prattville.  I spoke to her
25    on the phone with my parents because we were all
```

1    together.

2        Q.    Is she a healthcare provider?

3        A.    Yes.

4        Q.    What is she?

5        A.    She's -- she's a -- I know she used to

6    be a flight nurse, and then she was in charge of,

7    like, one of the base hospitals, but she's an Air

8    Force nurse, I believe, or something.

9        Q.    She's a nurse?

10       A.    I believe she's a nurse.  I believe

11   that's right, but I can't decide if I'm confusing

12   her position with my aunt, who was a flight nurse.

13   That's why I'm getting confused.  I believe she's

14   a nurse.

15       Q.    And what did you talk to Carla about in

16   regards to COVID and asthma?

17       A.    We talked about my parents a lot.  I

18   think it was mostly in reference to their age

19   and -- because my dad has, like, a heart murmur,

20   so we always get concerned with viruses around

21   him, because he had rheumatic fever growing up.

22   So we talked about stuff like that.  And we talked

23   about my asthma and all those things.  And she

24   said to -- she was mostly saying, like, we just

25   have to wait and see what's happening, is how she

1   felt about it at the time.

2        Q.   Did you talk to any other healthcare

3   providers about -- in that March 2020 time frame

4   about your concerns with COVID and asthma?

5        A.   I don't recall.

6        Q.   I think you said you were at the funeral

7   with your parents, right?

8        A.   Yes.

9        Q.   Okay.  How many people were at that

10  funeral?

11       A.   A lot.

12       Q.   What's "a lot"?

13       A.   He was well-beloved.  There was over a

14  hundred, I would say.

15       Q.   Did you miss work for the funeral?

16       A.   I can't remember if I took a half day or

17  if I left after work.  I got into Prattville later

18  in the day, so I might have left after work, but

19  I -- I can't remember.

20       Q.   Was it in a funeral home or in a church?

21       A.   A church.

22       Q.   And was there any kind of reception

23  afterwards?

24       A.   No, the family all went -- we went back

25  to -- to the house and had, like, barbecue or

1        A.    I think that the way I managed, like,

2   the projects I'm working on, I spend the

3   appropriate amount of time on those projects and

4   not more or less than I should be.

5        Q.    Okay.  Would you agree that you missed

6   an excessive amount of work?

7             MR. ARCINIEGAS:  Object to form.

8             Go ahead.

9             THE WITNESS:  No, I was never without my

10        allotted vacation and sick time, so no.

11        Q.   (By Ms. Hart)  Would you agree that you

12   were late to work often?

13        A.   Yes.

14        Q.   Would you agree with me that your

15   tardiness became an issue?

16             MR. ARCINIEGAS:  Object to form.

17             Go ahead.

18             THE WITNESS:  Became an issue for

19        certain people.  I don't believe it became an

20        issue for me getting my work done.

21        Q.   (By Ms. Hart)  Okay.  You said it

22   "became an issue for certain people."  What do you

23   mean by that?

24        A.   Heather Kinder.

25        Q.   Explain that to me.

1      A.   I just think that she was constantly,
2  like, bringing up when I arrived and when I didn't
3  or if I wasn't exactly where she expected me to be
4  at that time, then she thought I just wasn't in
5  the office, when I could have been in other
6  places.  That happened a lot of times.  She would
7  be, like, "Well, you weren't here yet."  And I
8  was, like, "Well, did you check downstairs?  Was I
9  there?"
10          I mean, so it just -- I feel like it
11 became a thing that, like, I was late, and then it
12 just became this thing that got even bigger
13 because she was always on it.
14      Q.   Did you think your tardiness was an
15 issue for anyone else?
16          MR. ARCINIEGAS:  Object to form.
17          Go ahead.
18          THE WITNESS:  I think it was an issue
19      for Bryan because he was having to address it
20      whenever Heather would bring it up to him.
21      Q.   (By Ms. Hart)  Do you agree you should
22 be on time for work?
23      A.   Yes.
24      Q.   Was Tri Star patient with your tardiness
25 issues?

Christie Andrews 8/23/2022

```
 1        A.    Yes, they were.

 2        Q.    Did you have a flex schedule at some

 3   point?

 4        A.    Yes.

 5        Q.    Tell me about that.

 6        A.    The flex was, like, a -- like, a late

 7   arrival-type thing where people could come in late

 8   or they could come in early to miss traffic.

 9        Q.    And were you on a flex schedule?

10        A.    Yes.

11        Q.    What was your schedule?

12        A.    It was a later -- it was a later option.

13   I don't remember what exactly it was.

14        Q.    Was that something that was offered to

15   everybody?

16        A.    Yes.

17        Q.    In L.A. or Nashville?

18        A.    I don't know about L.A.  In Nashville.

19        Q.    It was when you were in Nashville?

20        A.    Yes; yes.

21        Q.    You were still required to be physically

22   in the office, correct?

23        A.    Yes.

24        Q.    Do you agree that you were counseled

25   multiple times about your attendance?
```

1          MR. ARCINIEGAS:  Object to the form,

2     vague.

3          THE WITNESS:  Not about my attendance,

4     no.

5     Q.  (By Ms. Hart)  Were you counseled

6     multiple times about something else?

7     A.   About the arrival times, yes.  It was

8     once with Bryan and once with Trish.

9          Trish is the name of the HR that I

10    couldn't remember earlier.

11    Q.   All right.  Let's go through some

12    e-mails here.

13         MS. HART:  Can you mark this one

14     Exhibit 3?

15         (Exhibit 3 marked for identification.)

16         MR. ARCINIEGAS:  Thank you.

17    Q.   (By Ms. Hart)  I've handed you what

18    we've marked Exhibit 3.  The Bates number is

19    TRISTAR 196.

20         And is this the Sandra P. that you were

21    talking about, Sandra Poynor?

22    A.   Yes.

23    Q.   So this is an e-mail from Sandra Poynor

24    to Peggy on October 20th, 2016, and Sandra says,

25    "I spoke to Christie at 2:00 p.m. today.  We again

1       Q.   And then if you go down to your last

2  message at 4:28 p.m., you say, "Every night I go

3  to bed saying, tomorrow, you will not be

4  distracted, tomorrow you will leave the house at

5  8:15, and then tomorrow comes, and I do the same

6  things in the morning, like vacuum my living room

7  or clean my shower."

8            You agree it says that?

9       A.   Yes.

10      Q.   Do you remember this conversation with

11 Bryan?

12      A.   No, not specifically.

13      Q.   Is that something that you would do,

14 vacuum or clean your shower, instead of leaving

15 for work?

16      A.   Yeah, my ADHD was going -- was in, like,

17 what I can only describe as a manic phase at

18 certain times.  So it just -- you get -- you get

19 very distracted by things, and you think, oh, I

20 have five minutes to vacuum up this spill, and

21 then you wouldn't, because you lose, like, your

22 concept of time.  So this is definitely something

23 that I would have done.

24      Q.   And it would make you late to work in

25 turn?

Christie Andrews 8/23/2022

```
 1        A.    Yeah; yeah.
 2              MS. HART:  We're going to mark this next
 3        one Exhibit 8.
 4              (Exhibit 8 marked for identification.)
 5              THE WITNESS:  Thanks.
 6              MR. ARCINIEGAS:  Do you need your
 7        reading glasses?
 8              THE WITNESS:  No, I'm okay.  Thank you.
 9        Q.    (By Ms. Hart)  Exhibit 8 is Bates number
10   TRISTAR 78, and the top of this e-mail chain here
11   is from you to Bryan, April 9, 2019, and you say,
12   "Thank you," to an e-mail that's right below.
13        A.    Okay.
14        Q.    Also April 9.  Do you see that?
15        A.    Uh-huh (affirmative response).
16        Q.    And Bryan says, "Christie, like we
17   discussed this afternoon, here is a recap of our
18   meeting regarding not working" -- "not arriving to
19   work on time."
20              Do you remember having a meeting with
21   Bryan about not arriving to work on time?
22        A.    A meeting with Bryan and Trish, yes.
23        Q.    Okay.  Number 1, he says, "Going
24   forward, any delay beyond 9:30 requires
25   communication via company e-mail."
```

1    Q.   And then if you go down to your last
2  message at 4:28 p.m., you say, "Every night I go
3  to bed saying, tomorrow, you will not be
4  distracted, tomorrow you will leave the house at
5  8:15, and then tomorrow comes, and I do the same
6  things in the morning, like vacuum my living room
7  or clean my shower."
8           You agree it says that?
9    A.   Yes.
10   Q.   Do you remember this conversation with
11  Bryan?
12   A.   No, not specifically.
13   Q.   Is that something that you would do,
14  vacuum or clean your shower, instead of leaving
15  for work?
16   A.   Yeah, my ADHD was going -- was in, like,
17  what I can only describe as a manic phase at
18  certain times.  So it just -- you get -- you get
19  very distracted by things, and you think, oh, I
20  have five minutes to vacuum up this spill, and
21  then you wouldn't, because you lose, like, your
22  concept of time.  So this is definitely something
23  that I would have done.
24   Q.   And it would make you late to work in
25  turn?

1        A.    Yeah; yeah.

2              MS. HART:  We're going to mark this next

3        one Exhibit 8.

4              (Exhibit 8 marked for identification.)

5              THE WITNESS:  Thanks.

6              MR. ARCINIEGAS:  Do you need your

7        reading glasses?

8              THE WITNESS:  No, I'm okay.  Thank you.

9        Q.    (By Ms. Hart)  Exhibit 8 is Bates number

10   TRISTAR 78, and the top of this e-mail chain here

11   is from you to Bryan, April 9, 2019, and you say,

12   "Thank you," to an e-mail that's right below.

13       A.    Okay.

14       Q.    Also April 9.  Do you see that?

15       A.    Uh-huh (affirmative response).

16       Q.    And Bryan says, "Christie, like we

17   discussed this afternoon, here is a recap of our

18   meeting regarding not working" -- "not arriving to

19   work on time."

20              Do you remember having a meeting with

21   Bryan about not arriving to work on time?

22       A.    A meeting with Bryan and Trish, yes.

23       Q.    Okay.  Number 1, he says, "Going

24   forward, any delay beyond 9:30 requires

25   communication via company e-mail."

1   "If yes, provide the employee's explanation of the
2   misconduct."
3               You've got a very long explanation here,
4   and the last paragraph starts with, "I do
5   recognize..."
6               Are you with me?
7       A.   Uh-huh (affirmative response).
8       Q.   "I do recognize the need for improvement
9   of punctual arrival time as of recent and of
10  updating my time in OTP every day.  I struggle
11  daily to find the motivation to come to work."
12              You agree it says that?
13      A.   Yes.  It also says that, "I was told
14  that entering OTP at the end of the week was
15  acceptable," and that's what I was doing.  So it's
16  a mis- -- like it was -- the communication of that
17  was the problem.
18              And yes, I was not wanting to come to
19  work every day, because this is what Emory was
20  doing every day, and I didn't want to be around
21  her anymore.  So yes, the lack of motivation to
22  come was from her hostility.  It was not from Tri
23  Star, itself.
24      Q.   Okay.  So are you saying your inability
25  to get to work on time was Emory's fault?

Christie Andrews 8/23/2022

1      A.   No, I'm saying that my -- I'm saying the

2   lack of motivation right here (indicating) was

3   Emory's fault.  I had zero motivation to be around

4   her, but that is not why I was late to work.

5      Q.   Okay.

6           MS. HART:  Do you all want to take a

7      lunch break?

8           MR. ARCINIEGAS:  Whatever you guys want

9      to do.  We're here.

10          MS. HART:  We've got a couple more hours

11     to go.

12          MR. ARCINIEGAS:  Yeah, we can take a

13     break.

14          VIDEOGRAPHER:  Time is 11:55 a.m.  We

15     are off the record.

16          (A lunch break was taken.)

17          VIDEOGRAPHER:  This is the beginning of

18     case file number 4, I apologize.  Time is

19     12:59.  We are back on record.

20     Q.   (By Ms. Hart)  Ms. Andrews, we're back

21  on the record after a lunch break.

22          I want to talk to you now -- we've talked

23  about your employment.  I want to talk to you a

24  little bit about your disability.

25          So you have sued Tri Star based on your

Christie Andrews 8/23/2022

1          A.    It was my school sports physical.

2          Q.    Had you noticed any symptoms of asthma

3     before?

4          A.    I thought I was just, like, a really bad

5     runner, is what I thought was happening.  I hadn't

6     experienced anything as far as, like, my normal

7     triggers that I know now to be triggers.

8               I thought that what -- like, I just

9     thought the things that I had experienced in the

10    past were, like, normal things, and I didn't know

11    they weren't normal until the doctors said that's

12    not normal.

13         Q.    Okay.  And what kinds of things do you

14    mean?

15         A.    Like some of my triggers, for instance,

16    are, like, I can't -- like, if, like, wind is

17    blowing in my face, I could, like, not be able to

18    breathe, and, like, that's apparently not a normal

19    thing.  And, like, being in the cold, like, makes

20    everything kind of constrict and be a problem.

21              So I just -- again, I just thought this

22    was, like, what everyone experienced.  I didn't

23    know it was anything to be alarmed about, but --

24    and I had never had a serious attack except for,

25    like, while running.  And that was always -- I

Christie Andrews 8/23/2022

1   contact form that you produced.

2          And is this where you first told Tri

3   Star that you have asthma?

4      A.   Yes.

5      Q.   Is that your signature on the second

6   page there?

7      A.   Yes.

8      Q.   How did you come to have a copy of this

9   document?

10     A.   It was in my personal e-mails from when

11  I first got hired.  I had sent it in to Emory

12  Colvin.  And so it was there in my personal

13  e-mails that I found it.

14     Q.   Okay.  You sent this document to Emory

15  Colvin.  Do you remember who else you sent it to?

16     A.   I don't think there was anyone else on

17  the e-mail, no.

18     Q.   Do you still have that e-mail?

19     A.   Yes.  It didn't have anything in it

20  except for that, "Here are the employment

21  documents attached."

22     Q.   Okay.  And on this document, you say,

23  "Asthma, no albuterol, will induce vomiting."

24     A.   Yes, I have an allergy to albuterol.

25     Q.   How do you know that?

1      A.   Because in the emergency room, that's

2  what they would administer, and I always end up

3  vomiting when I use it.

4      Q.   When was the last time you had

5  albuterol?

6      A.   I believe 2010.  I was in New York, I

7  think, is the last time I had it.

8      Q.   Okay.  And then it says, is it Xopenex?

9      A.   Xopenex, yes.

10      Q.   Xopenex.

11      A.   Uh-huh (affirmative response).

12      Q.   "Xopenex inhaler in purse."

13      A.   Yes.

14      Q.   Is that a rescue inhaler?

15      A.    Yes.  That's levalbuterol, so it's the

16  mirrored medication of albuterol.  And so the

17  binding of it is different, like the chemical

18  binding of it is different, but it has the same

19  effect.

20      Q.   What other times -- and put aside March

21  of 2020, because we're going to talk about that.

22  But between submitting this document, Exhibit 11,

23  and March of 2020, what other times did you tell

24  anyone at Tri Star that you have asthma?

25      A.   I couldn't be sure of, like, all the

Christie Andrews 8/23/2022

```
1        A.   They're back to my normal migraines.
2    They're not the -- what they were before, what
3    they were during that time period.  Yes.
4        Q.   Do you remember ever telling Heather
5    Kinder that you have asthma?
6        A.   I can't -- I can't be sure.  I'm sorry.
7        Q.   What about Bryan Luecke?
8        A.   Bryan knew, yes.
9        Q.   How did Bryan know?
10       A.   We had talked about it before a lot, and
11   then we talked about it in 2020.
12       Q.   Okay.  But before March 2020, you talked
13   to Bryan about your asthma?
14       A.   Uh-huh (affirmative response).
15       Q.   When?
16       A.   Well, we probably -- we had all talked
17   about it a lot as a team, because Breya was also
18   on our team and she, like, would have different
19   asthma issues.  Hers wasn't like mine, but it
20   was -- she still had asthma.  So it was good to
21   know what one of us needed to do if something was
22   happening to someone.
23       Q.   Okay.  What other examples do you have
24   of -- strike that.
25            You said your asthma was common
```

1   knowledge at Tri Star, correct?

2      A.   I mean, I feel like it is -- like I

3   said, it's not something I had, so I feel like it

4   would have easily come up in conversations or, you

5   know, throughout the years.

6      Q.   Can you remember any specific times it

7   came up?

8      A.   Besides 2020?

9      Q.   Yes.

10      A.   Probably -- probably at different times

11  when I was sick and -- because -- sorry.  Whenever

12  I'm like -- whenever I've been sick, the asthma

13  will exacerbate some of the symptoms and stuff.

14  So, you know, times like that, we would have

15  talked about it.

16      Q.   Who would have talked about it?

17      A.   Like, me and my team or Bryan or

18  coworkers.  I don't know.  But I'm just -- I don't

19  know.

20      Q.   Can you think of any specific times

21  other than March 2020?

22      A.   Yeah, I -- there would have been a

23  conversation about the -- about the heaters and it

24  being too cold where I was working down at the --

25  down by the reception area.

Jackson          Brooks Court Reporting      Meridian
Gulfport           1-800-245-3376     New Orleans
Case 3:21-cv-00526   Document 49-1   Filed 12/09/22   Page 45 of 105 PageID #: 740

Christie Andrews 8/23/2022

1   deciding where I'm at as far as symptom severity,

2   because I know when I get to, like, a certain

3   point, if I don't use my rescue inhaler, then I'm

4   in trouble.

5       Q.   Okay.  If you use your rescue inhaler

6   when you feel the symptoms coming on, does that

7   get everything back under control?

8       A.   So the rescue inhaler, it just opens the

9   bronchial tubes.  It doesn't, like, relieve the

10  other symptoms as far as, like, the coughing and

11  stuff.  It just opens the bronchial tubes so you

12  can get air.

13          But the other part of that is that you

14  have this overproduction of mucus, and so you

15  continue to cough, because you have to work that

16  mucus out.  So the coughs will last for a few days

17  after the event.

18      Q.   Okay.  Are you able to function with a

19  cough?

20      A.   Uh-huh (affirmative response); yes.

21      Q.   Okay.  And you mentioned triggers

22  earlier, and you talked about wind in your face

23  and it being cold.  What are the other triggers

24  for your asthma?

25      A.   So, like, synthetic fog is one of -- is,

Christie Andrews 8/23/2022

```
1    then you said your first symptom of asthma issues
2    is a cough, correct?
3         A.    Uh-huh (affirmative response).
4         Q.    And then your airway gets tight,
5    correct?
6         A.    Yeah.  Well, the -- like, the area
7    around the chest starts to get tight.  Like, this
8    whole area (indicating) would get tight before the
9    bronchial tubes closed.
10        Q.    Okay.  So you cough first, and then your
11   chest gets tight?
12        A.    Yeah.  And then, like, I would start
13   breathing -- like wheezing and breathing, like,
14   with my stomach.  And if I start breathing with my
15   stomach, then I'm in a spot that is, like, you may
16   or may not be in trouble.  Like, I should have --
17   by the time I start breathing with my stomach, I
18   should have that rescue inhaler, like, in my hand.
19        Q.    Okay.  Have you ever had an asthma
20   attack?
21        A.    Yes.
22        Q.    All right.  When?
23        A.    Well, every time that I, like, have any
24   sort of an event, that is technically classified
25   as, like, an attack.
```

1          I am -- like, I tend to only use the

2   word "attack" when I end up, like, the hospital or

3   having, like, a really bad reaction to it

4   afterwards.  But technically, if we're talking

5   about attacks, anytime that I have to use that

6   rescue inhaler is an attack.

7       Q.   So how often in a week do you use your

8   rescue inhaler?

9       A.   It would depend on what I'm doing, and

10  it would depend on the season and if there's any

11  triggers around.  So, like, in the wintertime, I

12  tend not to use it more than I do in, like, the

13  summer or fall.  But pretty much anytime I am

14  going to exercise, I'm going to do a proactive use

15  of the rescue inhaler, and then if I have

16  additional complications while exercising, I would

17  use it again.

18          So it could be, you know, once a week or

19  twice a week, or it could be four times a week.

20  It just -- it depends.

21      Q.   Okay.  And have you ever been

22  hospitalized for an asthma attack?

23      A.   Not overnight.

24      Q.   Not overnight.  Okay.

25          Have you ever been -- gone to the

Christie Andrews 8/23/2022

```
 1              And then at some point in that illness,
 2    it just got so bad that I couldn't breathe, and
 3    the rescue inhaler wasn't doing anything, so I had
 4    to go to the emergency room, and that's why I had
 5    to use the albuterol because the -- the breathing
 6    treatments, the nebulizers that they use, they
 7    always use albuterol there, and so I just had to
 8    deal with the vomiting.  I knew what was coming.
 9         Q.   You knew you were allergic to albuterol
10    in 2010?
11         A.   Yeah.  But when you're -- you know, when
12    your Xopenex isn't working and you can't breathe
13    and you're desperate, that's what you have to do.
14         Q.   When did you first get a rescue inhaler?
15         A.   When I was diagnosed.
16         Q.   Okay.  What other medications do you
17    take for your asthma?
18         A.   Currently, I take Singulair, I take
19    Flonase, and I take Zyrtec.  So to manage the
20    allergies means that I can manage the asthma
21    better.
22         Q.   Okay.  So Zyrtec is for your allergies,
23    correct?
24         A.   Uh-huh (affirmative response).
25         Q.   What about Flonase?
```

Christie Andrews 8/23/2022

1       A.   Flonase is also for the allergies, yeah.

2       Q.   What about Singulair?

3       A.   Singulair is for allergies and asthma.

4       Q.   Is that all the medications you're

5  taking for your asthma?

6       A.   Currently, yes.

7       Q.   Were you taking these same medications

8  in 2020 for your asthma?

9       A.   Yes; uh-huh (affirmative response).

10      Q.   Do you feel like your asthma is under

11 control today?

12      A.   Yes.

13      Q.   How often do you take the Singulair?

14      A.   Every day.

15      Q.   Once a day?

16      A.   Yes.

17      Q.   Flonase?

18      A.   Once a day.

19      Q.   Zyrtec?

20      A.   Once a day.

21      Q.   Do you carry your Xopenex with you all

22 the time?

23      A.   Yes.  Do you need it?

24      Q.   No.

25      A.   Okay.

Christie Andrews 8/23/2022

```
1       Q.    I believe you.
2             Where do you keep it?  Like, right now,
3    where is it?
4       A.    So I always have, like, a bunch of them
5    around the house and stuff.  So one is in my
6    purse.  There's usually one in my backpack,
7    there's one in my nightstand, and there's usually
8    one, like, in all the pockets of my, like, coats
9    and stuff.  So just -- they're everywhere.
10      Q.    Okay.  The Xopenex is prescription,
11   correct?
12      A.    Yes.
13      Q.    What about the Singulair?
14      A.    Yes.
15      Q.    Flonase?
16      A.    Yes.
17      Q.    You have a prescription for Flonase?
18      A.    Uh-huh (affirmative response).  Yes.
19      Q.    Okay.  What about -- and Zyrtec?
20      A.    Yes, but I actually prefer the
21   over-the-counter version of the Zyrtec because it
22   comes in the dissolve -- the quick dissolve.  So I
23   usually use the over-the-counter version of Zyrtec
24   instead of the prescription.
25      Q.    Okay.
```

Christie Andrews 8/23/2022

```
 1        A.    But it's the same strength, is what I've
 2   been told.
 3        Q.    Okay.  Do you feel like with your --
 4   having your Xopenex kind of everywhere and
 5   available to you, that your asthma is under
 6   control?
 7        A.    Well, the Xopenex, that's for the --
 8   that's the rescue inhaler, so I've -- with the
 9   steps I take with using me -- you know, taking my
10   Singulair and all that stuff, and then also making
11   sure that I do use the Xopenex before I exercise,
12   that's what keeps it under control.
13        Q.    Okay.
14        A.    If I wasn't taking everything, then, no,
15   it wouldn't be well controlled.
16        Q.    Okay.  But with the Singulair, Flonase,
17   Zyrtec, and Xopenex, your asthma is well
18   controlled?
19        A.    Uh-huh (affirmative response).
20             MR. ARCINIEGAS:  You have to say "yes"
21        or "no."
22             THE WITNESS:  Oh, I'm sorry.  Yes.
23        Q.    (By Ms. Hart)  We talked about going to
24   the hospital for asthma attacks.  Have you ever
25   gone to urgent care for an asthma attack?
```

1      A.   Is urgent care the same as the emergency

2   room or...

3      Q.   Well, when I say "urgent care," I mean

4   like a -- not the emergency room, but the next

5   level down.

6      A.   Oh, like a walk-in clinic?

7      Q.   Yeah.

8      A.   I wouldn't typically, but I did in 2020

9   during the pandemic.

10      Q.   Okay.  Tell me about that.

11      A.   So the -- that was when we were still

12   kind of concerned about the use of steroids and it

13   causing your symptoms to be worse if you had

14   COVID, and -- because I was having this asthma

15   attack and the cough was not going away in what I

16   felt to be, like, a normal time, within, like, a

17   few days, I went to the doctor because I thought I

18   needed, like -- or telehealth with the doctor

19   because I felt like I needed maybe prednisone or

20   something because that's what we would normally do

21   in this case.

22           And she wanted to make sure that, like,

23   we were absolutely positive that it wasn't COVID,

24   and because she couldn't see me, like, in person,

25   she couldn't be sure, so -- but her hospital at

1    the time did not have access to testing, but she

2    knew Vanderbilt did.  So she told me to go to

3    Vanderbilt and get a test there.  So I called

4    them, and they said they'd be willing to test me,

5    so I went in there.

6        Q.   And when you say "she," who are you

7    talking about?

8        A.   Nelson.  Sorry.

9        Q.   Which Vanderbilt clinic did you go to?

10        A.   The one in -- I believe that it's

11   Bellevue where -- next to the Kroger on 70.  I

12   believe that's still Bellevue, right?  Or I don't

13   know, but I believe it's Bellevue.

14        Q.   Okay.  When you went to Vanderbilt, when

15   was that?

16        A.   I believe that was March 20th.

17        Q.   Of 2020?

18        A.   Yes.

19        Q.   Okay.  And did you just go for the COVID

20   test?

21        A.   She also wanted them to listen to my

22   lungs and make sure that I didn't have any type

23   of -- like, anything leading to bronchitis or

24   something of that nature.

25        Q.   And did they do that?

Jackson            Brooks Court Reporting        Meridian
Gulfport           1-800-245-3376      New Orleans
Case 3:21-cv-00526   Document 49-1   Filed 12/09/22   Page 54 of 105 PageID #: 749

Christie Andrews 8/23/2022

```
1        A.   Yes.

2        Q.   Do you have any medical restrictions

3   because of your asthma?

4             MR. ARCINIEGAS:  Object to form, vague.

5             THE WITNESS:  Besides the albuterol

6        allergy?

7        Q.   (By Ms. Hart)  Uh-huh (affirmative

8   response).

9             Was there anything your treating -- your

10  practitioner has told you you can't do because of

11  your asthma?

12            MR. ARCINIEGAS:  Object to form, vague.

13            THE WITNESS:  Not that I can't do.  I

14       mean, we -- when I'm thinking of doing

15       something new or thinking of doing something,

16       like, extra strenuous or something like that,

17       we -- I would check in with her, and we would

18       come up with, like, a plan of action and

19       whatever.

20            Like, case in point, when I went to

21       Alaska, I knew every medical precaution I

22       would need to take if I had an episode while

23       in Alaska.

24            So I would check in with her on things

25       like that.  But I don't like to think that
```

1          there's things I can't do.

2          Q.   (By Ms. Hart)  Okay.  So do you perceive

3   yourself as disabled because of your asthma?

4               MR. ARCINIEGAS:  Object to form.

5               THE WITNESS:  I perceive myself as

6          someone who has to deal with this every day

7          and try not to let it get in my way.

8          Q.   (By Ms. Hart)  Do you perceive yourself

9   as disabled because of your asthma?

10              MR. ARCINIEGAS:  Same objection.

11              THE WITNESS:  I mean, I guess, yes.  I'm

12         not, like, handicapped.  I don't need a

13         handicapped placard, but, yeah, I mean, it's

14         debilitating sometimes.

15         Q.   (By Ms. Hart)  All right.  You said

16   "it's debilitating some times," right?

17         A.   (Witness nods head affirmatively.)

18         Q.   Okay.  How is it debilitating?

19         A.   Well, for instance, after I have an

20   attack, if I don't get over it within a few days,

21   I can end up with bronchitis or pneumonia, and

22   then it does get in the way of my day to day.  I

23   end up -- I'm sick and, you know, I can't do

24   anything.  I can't move around a lot.

25         Q.   What do you mean you can't move around?

Christie Andrews 8/23/2022

```
 1          A.    If he was -- if she was up in my face,
 2    it would be, yeah.
 3          Q.    Okay.
 4          A.    Or if I was living, like, in her dander.
 5    Like, if she was on the couch and then I was on
 6    the couch, yeah, it would be a problem.
 7          Q.    But right now, she's probably, what do
 8    you say, probably 10, 15 feet away in the crate
 9    not bothering you?
10          A.    Yeah.  And it's more like the ones that
11    have, like, the down -- the down-type coats that
12    are the problem, too; for instance, like a German
13    Shepherd.
14          Q.    Are there other things you would do but
15    you don't do because of your asthma?
16          A.    I'm sure there are, but I can't think of
17    them right now.
18          Q.    Okay.
19          A.    Sorry.
20          Q.    All right.  And you also said, "There
21    are things I can't do because of my asthma."
22                What can you not do because of your
23    asthma?
24          A.    I can't be in cold weather for, like,
25    long periods of time.  That's a problem.
```

1    episode; is that fair?

2        A.    Yes.

3        Q.    So an episode where you maybe have to

4    use your inhaler?

5        A.    Yes.

6        Q.    Did you ever have an asthma attack like

7    that at Tri Star, at the office?

8        A.    Yes.  On March 16th of 2020, I had an

9    episode where I had to use my rescue inhaler.

10       Q.    Tell me about that.  And we'll get into

11   March 2020, but do tell me about that.

12       A.    It was just an instance of someone was

13   using, like, the Lysol spray, and it was -- it was

14   kind of just hanging in the air for a bit, and it

15   caught me in, like, a way that triggered, and so I

16   started coughing, and I was trying to do all the

17   things I normally do to keep myself under control

18   and to regulate the breathing and whatnot, and it

19   wasn't quite working.  So I -- when I felt, like,

20   the tightness in my chest had reached a certain

21   point, I went to the restroom, and I used my

22   inhaler.

23       Q.    And did that help?

24       A.    It helped with the breathing, itself,

25   but the cough is -- is still going to remain.

Christie Andrews 8/23/2022

```
1       Q.   Okay.  And so did you see either Amanda
2  or Miles spraying Lysol?
3       A.   Uh-huh (affirmative response).  Yeah, it
4  was -- I want to say it was Amanda.  I mean,
5  everyone was spraying it all day, so I saw people
6  spraying it throughout the day.  It was just this
7  particular instance where the liquid droplets were
8  still, like, hanging in the air kind of the --
9  because that's -- that's, like, really
10 concentrated, right?  So it -- that was what
11 caused the problem.  And I want to say it was
12 Amanda because she was sitting across from me, and
13 I feel like that's what I remember.  But it's kind
14 of hard for me to remember always because the --
15 like I said, there's, like, an adrenaline dump
16 that happens there, and it kind of makes you --
17 when you have, like, all that adrenaline, you tend
18 to black out a little bit, and that, like --
19 because you're thinking about, I need to breathe
20 type situation.
21      Q.   Do you remember what time of day that
22 was?
23      A.   It was sometime in the middle of the
24 day, like, maybe after, like, lunchtime-ish.
25      Q.   Were you cleaning your area --
```

Christie Andrews 8/23/2022

```
1       A.    Yes.

2       Q.    -- that day?

3       A.    Uh-huh (affirmative response).

4       Q.    What did you use to clean?

5       A.    I believe I used, like, a Clorox wipe or

6    some sort of wipe.  That's typically what I would

7    gravitate towards.

8       Q.    And the wipes don't bother your asthma?

9       A.    No.  I mean, sometimes if I was to,

10   like, do it in a closed environment, that would be

11   a problem.  But, like, in a -- like, if I were to

12   use it in my car, yeah, because that's, like, a

13   really tight space.  But if it's just here

14   (indicating), like, this wouldn't be so much of a

15   problem unless I put the thing, like, up to my

16   face and smelled it type.

17      Q.    Did anyone see you coughing and using --

18   having to use your inhaler that day?

19      A.    Bryan kept bringing up the cough,

20   because he kept saying, "Are you sure you don't

21   have COVID?"  And I kept saying, "No, I don't have

22   COVID."

23            They wouldn't have seen me using my

24   inhaler.  I tended to do that in the bathroom,

25   because I have to, like, rinse my mouth out
```

Christie Andrews 8/23/2022

1   see you coughing?

2       A.   My deskmates would have seen me

3   coughing.

4       Q.   And that's Miles and Amanda?

5       A.   And Kristen Mir, yes.  Amanda Portillo.

6   Miles -- I can't remember Miles' last name, sorry.

7       Q.   That's okay.

8       A.   And Kristen Mir.

9       Q.   Okay.  Did you tell anybody you were

10  going to use the inhaler before you did it?

11      A.   I don't recall.  Sorry, I don't know.

12      Q.   Okay.  And what about after you used the

13  inhaler?  Did you talk to anybody about using the

14  inhaler after you did it?

15      A.   I don't remember.

16      Q.   Okay.  Sort of the same question, but

17  did you talk to anybody about having breathing

18  problems on March 16th?

19      A.   Yes; yes.

20      Q.   Who did you talk to?

21      A.   Well, I talked to Bryan about it because

22  he kept saying it was COVID, and I kept saying,

23  "No, it's just asthma," because of the Lysol,

24  like, it's just a cough from asthma.

25      Q.   After you used the inhaler, then did you

Christie Andrews 8/23/2022

```
1              repeat the question?  I didn't hear you.
2         Q.   (By Ms. Hart)  Yeah.  Have we talked
3    about all the times you've talked to Tri Star
4    employees about your asthma?
5         A.   That I can remember.
6         Q.   Okay.  And Autumn Nelson's name has come
7    up a few times.
8         A.   Yes.
9         Q.   Is she your main medical provider?
10        A.   Yes.
11        Q.   And you see her regularly?
12        A.   Yes.
13        Q.   How often do you see her?
14        A.   I have to see her every three months,
15   because she also does my ADHD prescription
16   refills.
17        Q.   Okay.  And do you see her for anything
18   else regularly?
19        A.   You mean, like -- could you explain?
20   Sorry.
21        Q.   Sure.
22             So you see her regularly.  You have to
23   go see her every three months because of your
24   ADHD, correct?
25        A.   Yes.
```

Christie Andrews 8/23/2022

```
 1        Q.   Is there any other reason why you have
 2   to go see her regularly?
 3        A.   I mean, she does all my physicals and
 4   stuff, and she does -- she monitors my asthma, and
 5   she monitors my iron levels and different things
 6   like that.  So I mean, I see her regularly for all
 7   of the things.
 8        Q.   Okay.  And when you were living in
 9   California, who was your main medical provider?
10        A.   Dr. Stein.
11        Q.   Did you see anybody else in California?
12        A.   Not regularly.
13        Q.   Okay.
14        A.   As far as a physician goes.
15        Q.   And then what about in Tennessee, do you
16   see anybody else regularly?
17        A.   Not currently, no.
18        Q.   Have you ever?
19        A.   I was going to a sleep doctor here in
20   Tennessee for a while.
21        Q.   Who was that?
22        A.   Well, I was going to the Sleep Centers
23   of Middle Tennessee.  Their doctors kept changing.
24        Q.   Okay.  When was the last time you were
25   there, do you know?
```

1          Q.   And I think you said earlier -- correct
2    me if I'm wrong -- but I think you said earlier
3    that you thought your asthma was a big risk for
4    COVID based on information you heard from the CDC
5    and the media; is that correct?
6          A.   Uh-huh (affirmative response).
7          Q.   You --
8          A.   Yes.  Sorry.
9          Q.   Were you getting on the CDC's website?
10   How were you getting this information?
11         A.   I was mostly watching, like, the news in
12   the morning, and I tend to watch Good Morning
13   America, so there was that doctor with the blond
14   hair that's always on Good Morning America
15   talking.  She was kind of giving people the CDC
16   update.
17         Q.   Okay.  So Good Morning America was kind
18   of your main source of information; is that fair
19   to say?
20         A.   Yeah, in the mornings, yes.  Or News
21   Channel 5, the local one.  I like them.
22         Q.   How long did you want to work from home?
23         A.   Could you rephrase?
24         Q.   Sure.
25              So you requested to work from home --

Christie Andrews 8/23/2022

```
1              Are you familiar with this document?

2              MR. ARCINIEGAS:  Object to form, lack of

3         foundation.

4              THE WITNESS:  I'm not sure.  I'd have to

5         read it.

6         Q.   (By Ms. Hart)  You can take all the time

7    you want.

8         A.   (Examining.)

9              Okay.

10        Q.   Okay.  So you just took time to read the

11   policy that's marked "Disability Accommodation."

12             Have you seen this document before?

13        A.   I couldn't be sure.  It looks like it

14   would have come from, like, a policy and procedure

15   or an employee handbook, but there's no date on

16   it, so I don't know when this is from.

17        Q.   Sure.  Okay.

18             In March 2020, were you familiar with

19   Tri Star's Disability Accommodation policy?

20             MR. ARCINIEGAS:  Object to form, vague.

21             THE WITNESS:  Only in the respects that

22        I had talked to Yolanda about it.

23        Q.   (By Ms. Hart)  What do you mean?

24        A.   When I had asked her about working from

25   home, and the -- the conversation that we had had.
```

Christie Andrews 8/23/2022

1    That's the only time that I was familiar with the
2    disability accommodation.
3         Q.   Okay.  Who did you talk to first when
4    you requested to work from home?  Who at Tri Star
5    did you talk to first?
6         A.   I believe either Bryan or Yolanda.
7         Q.   Were those verbal conversations?
8              Let's start with Bryan.
9         A.   I can't be sure.  I know that we -- that
10   we talked in person and over e-mails regarding it
11   that day, but I don't remember the order of which
12   everything happened or if it was -- I can't
13   remember if it was in person or if it was over
14   e-mail or how it was.
15        Q.   Okay.  And we'll go through some of the
16   e-mails.
17             Did you talk to Bryan in person about
18   the possibility of you working from home?
19        A.   Yes.  At some point during the day, yes.
20        Q.   Tell me about that conversation.
21        A.   I -- I don't remember, like, the
22   specifics of it.  I just -- I know that we were
23   near that area of where Team 2 sits, and we kind
24   of all were talking about it as a group.  And then
25   I had told him that I needed to request and that

1          Are you familiar with this document?

2          MR. ARCINIEGAS:  Object to form, lack of

3     foundation.

4          THE WITNESS:  I'm not sure.  I'd have to

5     read it.

6     Q.   (By Ms. Hart)  You can take all the time

7  you want.

8     A.   (Examining.)

9          Okay.

10    Q.   Okay.  So you just took time to read the

11  policy that's marked "Disability Accommodation."

12         Have you seen this document before?

13    A.   I couldn't be sure.  It looks like it

14  would have come from, like, a policy and procedure

15  or an employee handbook, but there's no date on

16  it, so I don't know when this is from.

17    Q.   Sure.  Okay.

18         In March 2020, were you familiar with

19  Tri Star's Disability Accommodation policy?

20         MR. ARCINIEGAS:  Object to form, vague.

21         THE WITNESS:  Only in the respects that

22     I had talked to Yolanda about it.

23    Q.   (By Ms. Hart)  What do you mean?

24    A.   When I had asked her about working from

25  home, and the -- the conversation that we had had.

Christie Andrews 8/23/2022

1   That's the only time that I was familiar with the
2   disability accommodation.
3       Q.   Okay.  Who did you talk to first when
4   you requested to work from home?  Who at Tri Star
5   did you talk to first?
6       A.   I believe either Bryan or Yolanda.
7       Q.   Were those verbal conversations?
8            Let's start with Bryan.
9       A.   I can't be sure.  I know that we -- that
10  we talked in person and over e-mails regarding it
11  that day, but I don't remember the order of which
12  everything happened or if it was -- I can't
13  remember if it was in person or if it was over
14  e-mail or how it was.
15      Q.   Okay.  And we'll go through some of the
16  e-mails.
17           Did you talk to Bryan in person about
18  the possibility of you working from home?
19      A.   Yes.  At some point during the day, yes.
20      Q.   Tell me about that conversation.
21      A.   I -- I don't remember, like, the
22  specifics of it.  I just -- I know that we were
23  near that area of where Team 2 sits, and we kind
24  of all were talking about it as a group.  And then
25  I had told him that I needed to request and that

1    March 16th, 2020.

2           And then you, essentially, forward this

3    e-mail to Bryan Luecke and Yolanda, correct?

4        A.    Yes.

5        Q.    On March 16 at 4:27 p.m.

6        A.    Uh-huh (affirmative response).

7        Q.    Do you --

8           MR. ARCINIEGAS:  I'm sorry, can you all

9        orient me?  Where are we, what page?

10          MS. HART:  142.

11          MR. ARCINIEGAS:  Sorry.  Thank you.

12          MS. HART:  Very bottom.

13       Q.    (By Ms. Hart)  And you say, "Since I

14   already have a company laptop and a doctor who's

15   pissed at me and called me irresponsible for not

16   staying home, may I please be approved to work

17   from home?"

18          Do you remember writing that?

19       A.    I don't remember the, like -- I don't

20   recall writing it, but I know that I did write it.

21       Q.    Okay.  This is your e-mail?

22       A.    Yes; yes.

23       Q.    Okay.  What doctor are you talking

24   about?

25       A.    My best friend, Emily.

1    to you?

2         A.   Yes; yes.

3         Q.   And then Bryan responds -- if you keep

4    going up on page 2, 142, and then Yolanda responds

5    to you.  Do you see that, March 16th at 4:48 p.m.?

6         A.   Yes.

7         Q.   Okay.  And she says, "Hi, Christie,

8    unfortunately, you cannot take any other equipment

9    with you to work from home other than your laptop.

10   Let me speak with Bryan, and I'll follow up with

11   you by tomorrow."

12        A.   Uh-huh (affirmative response).

13        Q.   And then you respond at the very bottom

14   of page 1, 141, and you say, "So don't work from

15   home tomorrow?"

16             And Yolanda responds, and then the last

17   e-mail, which is the first on the chain,

18   March 16th, 2020, at 5:00 p.m., you say, "I'll be

19   here.  I just wanted to make sure that's what you

20   meant."  Correct?

21        A.   Yes.

22        Q.   So at 5:00 p.m. on March 16th, you're

23   planning to come into the office --

24        A.   Yes.

25        Q.   -- the next day.

Christie Andrews 8/23/2022

1     A.   Yes.

2     Q.   Correct?

3          Let me finish my question.

4     A.   Oh, I'm sorry.

5     Q.   That's okay.  It's easy to do.

6          So on March 16th, 5:00 p.m., you're

7     planning to come in on Tuesday, March 17th,

8     correct?

9     A.   Correct.

10         MS. HART:  We're going to mark this one

11         Exhibit 14.

12         (Exhibit 14 marked for identification.)

13         MS. HART:  And we just marked

14         Exhibit 14, Plaintiff's production 18, and

15         this one is not marked confidential, but it

16         does -- it does name an employee with a

17         health concern, so we may want to designate

18         it as confidential.  It names Miles there in

19         the middle.

20    Q.   (By Ms. Hart)  This document is from

21    Bryan Luecke, March 17th, 2020, which is Tuesday,

22    10:00 o'clock in the morning, and Bryan e-mails

23    Yolanda, Heather, and Peggy, and copies you, and

24    says, "I have told Christie to take a sick day and

25    stay home today."

1    quit.  I was fired after I was instructed by

2    management (please reference our previous e-mail

3    chain) not to come into the office because I was

4    coughing so bad and everyone was worried I was

5    going to get them sick."

6              Correct?

7    A.    Yes.

8    Q.    Did you write that?

9    A.    Yes, I did.

10   Q.    I'm going to start a -- do you want to

11   take a break?

12   A.    Oh, yeah, that would be great.

13             VIDEOGRAPHER:  Time is 2:13.  We are off

14        the record.

15             (A short break was taken.)

16             VIDEOGRAPHER:  Time is 2:20.  We are

17        back on record.

18   Q.    (By Ms. Hart)  Ms. Andrews, after you

19   sent the e-mail requesting to work from home

20   saying your doctor is pissed at you, what happened

21   after that?

22   A.    Well, I believe I said "a doctor is

23   pissed at me," not my doctor.

24             But I continued to follow up with

25   Yolanda, because I didn't -- I think what I

Christie Andrews 8/23/2022

1      Q.   Okay.

2           MS. HART:  And we'll make that

3      Exhibit 16.

4           (Exhibit 16 marked for identification.)

5           MS. HART:  I wrote on it.  I don't have

6      a copy of this one, I'm sorry.

7           MR. ARCINIEGAS:  That's fine.  Just the

8      Bates number, please.

9           MS. HART:  Plaintiff's production 16,

10     actually.

11          MR. ARCINIEGAS:  Nice.

12     Q.   (By Ms. Hart)  I've just handed you what

13     we've marked as Exhibit 16, Plaintiff's

14     production 16.  And this is a note from Tri Star

15     Medical Group.

16          Do you recognize this?

17     A.   Yes.

18     Q.   Okay.  What is this?

19     A.   This is the doctor's note that I

20     provided to Yolanda.

21     Q.   How did you get it to Yolanda?

22     A.   I sent it to her via e-mail.

23          "Per our previous phone call, please

24     find attached..."

25     Q.   Okay.  So this note is dated March 17,

1    2020.

2        A.    Yes.

3        Q.    From Autumn Nelson, and it says,

4    "Christie Andrews has been a patient at our office

5    for several years.  She has known asthma.

6    Although well controlled, she would benefit from

7    working at home due to the rising risk of

8    COVID-19."

9              You agree it says that?

10       A.    Yes.

11       Q.    Do you agree with Ms. Nelson that your

12   asthma was well controlled?

13       A.    Yes, because of my medication, it is

14   well controlled.

15       Q.    Okay.

16       A.    That's what -- in "asthma speak" what

17   "well controlled" means is that I do what I'm

18   supposed to do, and "not controlled" would be that

19   I don't take my medicine and I don't do all the

20   necessary precautions.

21       Q.    Is this the only note from a medical

22   provider that you provided to Tri Star for your

23   asthma and work-from-home request?

24             MR. ARCINIEGAS:  Object to form.

25             MS. HART:  That's a bad question.

Christie Andrews 8/23/2022

```
1              MR. ARCINIEGAS:  A little vague, but go
2        ahead.
3        Q.   (By Ms. Hart)  Did you provide any other
4    documentation to Tri Star to support your
5    work-from-home request?
6        A.   I don't recall.  I think -- I believe it
7    was just this.
8        Q.   Okay.  Do you recall that you had been
9    out of work on Thursday, March 12th, and Friday,
10   March 13th?
11       A.   I recall going to the funeral that
12   weekend, but I thought that I had taken a day off
13   or a half day or left after work to go to Alabama.
14       Q.   Okay.  March 16, 2020, was your last day
15   in the office, correct?
16       A.   Correct.
17       Q.   And then you were laid off on
18   March 20th, 2020, correct?
19       A.   Yes.
20       Q.   Who told you that you were being laid
21   off?
22       A.   Yolanda Simpson.
23       Q.   How did she tell you?
24       A.   Over the phone.
25       Q.   Was anyone else on the phone?
```

Christie Andrews 8/23/2022

```
1       A.    Bryan.

2       Q.    What did Yolanda say?

3       A.    She said I was being let go due to lack

4  of work.

5       Q.    What else did she say?

6       A.    I don't remember.  I -- I had a coughing

7  fit during it, because the, like -- I was just in

8  shock and stressed, and so I was coughing a lot,

9  so I don't remember everything that was said.  But

10 there wasn't much.  It was a quick phone call.

11      Q.    What did Bryan say on the phone call?

12      A.    Nothing.  He just said that he was --

13 she said, "This is Yolanda with Bryan," and he

14 said, "Hello."  So I knew he was there and in the

15 room.

16      Q.    So what did you say?

17      A.    I said -- I said, "Yolanda, I know you

18 haven't been here very long, and you might not

19 know this, but there's no way that I have a lack

20 of work.  I have plenty of work to do," and that I

21 couldn't believe after giving Tri Star, like, six

22 years of my life, that they would do this to me.

23      Q.    What else did you say?

24      A.    That's what I remember saying.  I

25 don't -- I'm sure there was other things, but I
```

Christie Andrews 8/23/2022

```
1        Q.   (By Ms. Hart)  Do you know what that
2   means, to be an "at-will employee"?
3        A.   No.
4        Q.   Do you know how many employees Tri Star
5   had in March 2020 immediately prior to you being
6   laid off?
7        A.   I believe it was over a hundred between
8   the two offices.
9        Q.   Do you know how many employees were laid
10  off the same day you were laid off?
11       A.   No.
12       Q.   Do you understand that other employees
13  were laid off during that time frame?
14       A.   No.
15       Q.   Sitting here today, do you understand
16  that more employees were laid off, or do you
17  believe you were the only person terminated?
18            MR. ARCINIEGAS:  Object to form,
19       compound.
20            THE WITNESS:  I don't think that I know
21       that anyone else was laid off.  I don't...
22       Q.   (By Ms. Hart)  Sitting here today, do
23  you believe you were the only --
24       A.   Yes, I believe --
25       Q.   Let me get my question out.
```

1    that live events are a big part of Tri Star's

2    revenue?

3            MR. ARCINIEGAS:  Object to form, lack of

4        foundation.

5            You can answer.

6            THE WITNESS:  I think they are a part of

7        their revenue but not all of their revenue or

8        a majority of their revenue.  I couldn't tell

9        you because I don't do corporate.

10       Q.   (By Ms. Hart)  Would you agree with me

11   that lots of live events were canceled in

12   March 2020?

13           MR. ARCINIEGAS:  Object to form, calls

14       for speculation, lack of foundation.

15           THE WITNESS:  At the time of me getting

16       fired, I did not know if that was true or

17       not.

18       Q.   (By Ms. Hart)  Right now, sitting here

19   today, would you agree with me --

20       A.   Yes.

21       Q.   Let me finish my question.

22       A.   I'm sorry.

23       Q.   -- lots of live events were canceled in

24   March 2020?

25           MR. ARCINIEGAS:  Same objection.

1          THE WITNESS:  Either March or April.  I

2     can definitely say yes to April.  I can't

3     recall, like, March, because I was sick for a

4     lot of March.  Or I should say post

5     March 20th.

6          Q.   (By Ms. Hart)  And you may have already

7     answered this, but do you have any knowledge of

8     whether Tri Star lost revenue in March and April

9     of 2020?

10         A.   I do not.

11         Q.   Do you believe you were replaced?

12         A.   Yes.

13         Q.   By who?

14         A.   I don't know the person's name, but I

15    believe they hired someone about a month or so, or

16    maybe more, after -- it takes a while -- the

17    hiring process at Tri Star takes a while, so it

18    could have been more than a month or so, but I

19    believe that they hired someone to replace me,

20    yes.

21         Q.   What is that belief based on?

22         A.   I guess I was told, and because I saw

23    the posting.  I think I was told.

24         Q.   Told by who?

25         A.   I don't remember.  Someone who was still

Christie Andrews 8/23/2022

```
1   working there.

2        Q.   When did they tell you that?

3        A.   I can't remember when it was.  I just

4   remember knowing that I -- someone had come in --

5   I think they brought them in, like, as a

6   receptionist first and then put them in the team

7   coordinator position or something to that effect.

8        Q.   Where would you get that knowledge?

9        A.   From -- from someone who was still

10  working there.

11       Q.   Who?

12       A.   I -- I don't remember, but I believe it

13  was after my conversation with the EEOC that I

14  found out about it.

15       Q.   When you say "conversation with the

16  EEOC," what do you mean?

17       A.   When I had my interview with them in

18  October.

19       Q.   Of 2020?

20       A.   Yes.

21       Q.   Okay.  So you believe you were replaced,

22  but you don't know who replaced you or when?

23       A.   Yeah.

24       Q.   Did you get COBRA coverage when you were

25  laid off?
```

1       A.   Yes.

2       Q.   How long did you have that?

3       A.   I had that, I believe, into 2021.  I

4  can't be sure of the exact date that it was over.

5       Q.   Did you apply for TennCare?

6       A.   What is TennCare?

7       Q.   Government benefits.

8       A.   The, like, unemployment?

9       Q.   Government healthcare benefits.

10      A.   No.

11      Q.   Did you travel to Florida after you got

12  laid off?

13      A.   Yes.

14      Q.   Okay.  When did you do that?

15      A.   It was, like, the last couple of days of

16  March, I believe.  I went and stayed with my

17  parents.

18      Q.   Okay.  I know nobody wants bathing suit

19  pictures in a deposition, but here we are.

20      A.   So fun.

21           MS. HART:  I'm going to mark this as

22      Exhibit 17.  Collective exhibit, please.

23           (Exhibit 17 marked for identification.)

24           THE WITNESS:  Thank you.

25      Q.   (By Ms. Hart)  All right.  I've just

1   handed you three pictures from an Instagram

2   account.  They're screenshots.

3         Do you recognize these pictures?

4     A.   Yes, I do.

5     Q.   What do they depict?

6     A.   This was a girls' weekend in eastern --

7   or I guess it's still middle Tennessee.  It's

8   like -- there's a lake over there.

9     Q.   Center Hill?

10    A.   Center Hill?

11    Q.   Center Hill Lake?

12    A.   Yeah, that sounds right.

13    Q.   When was this?

14    A.   September 2020.

15    Q.   Okay.  So the date on the photo?

16    A.   No.

17    Q.   And tell me, look at this first picture.

18   Is this your Instagram account, Christie Andrews?

19    A.   Yes.

20    Q.   Who is in this first picture of you guys

21   in the lake?

22    A.   That is Erin Preyer, Kendall Coppage,

23   Elise --

24         MR. ARCINIEGAS:  For me.

25         THE WITNESS:  Oh, I'm sorry.

Jackson         Brooks Court Reporting        Meridian
Gulfport        1-800-245-3376        New Orleans
Case 3:21-cv-00526  Document 49-1  Filed 12/09/22  Page 82 of 105 PageID #: 777

Christie Andrews 8/23/2022

```
1              And do you recognize this as Dr. Stein's
2    handwriting?
3        A.   I recognize that it is illegible
4    handwriting, yes.  I couldn't tell you that it's
5    his, but it's very illegible.
6        Q.   Okay.  What I interpret this to say
7    is -- in the first chunk of handwriting here is,
8    "Asthma.  Does not need inhaler since last visit,"
9    or, "Did not need inhaler since last visit."
10             Would you agree it says that?
11        A.   I agree it says that.  I think he's
12   saying I don't need a refill.
13        Q.   Okay.
14             MS. HART:  All right.  We'll mark this
15        one as 23.
16             (Exhibit 23 marked for identification.)
17             THE WITNESS:  Thank you.
18        Q.   (By Ms. Hart)  Another record from
19   Dr. Stein.  The Bates number is Third-Party
20   Records 120.  It's dated May 9th, 2016.
21             And he writes, "Asthma," in his doctor
22   handwriting here (indicating), and checks the box
23   "Controlled, well."
24             Do you see that?
25        A.   Yes.
```

1    "Asthma," he checks the "Well-controlled" box and
2    writes, "Doing well."
3            Do you agree with that?
4    A.   Yes.
5    Q.   And then it looks to me like it says
6    "uses" or "used Xopenex with strenuous exercise
7    only."
8            Would you agree it says that?
9    A.   Yes.
10   Q.   So on August 23rd, 2016, your asthma is
11   well controlled, yes?
12   A.   August is not normally a bad month for
13   me.
14   Q.   Okay.
15   A.   No, this is a new one.  Sorry.
16           MS. HART:  Can't keep track now.
17   Number 26.
18           (Exhibit 26 marked for identification.)
19           THE WITNESS:  Thank you.
20   Q.   (By Ms. Hart)  Number 26 is another one
21   of Dr. Stein's records, November 17, 2016.  And in
22   the top right grid, at the bottom of the grid, he
23   writes, "Asthma, doing well."
24           You agree?
25   A.   Yes.

Christie Andrews 8/23/2022

```
1        Q.   It does show a box "Well controlled"
2   next to "Asthma."
3            Do you see that?
4        A.   Yes.  My asthma is well controlled.
5        Q.   Is well controlled.  Okay.
6            MR. ARCINIEGAS:  Do you mind if we take
7        a break?
8            MS. HART:  Sure.
9            VIDEOGRAPHER:  Time is 2:58.  We are off
10       the record.
11           (A short break was taken.)
12           VIDEOGRAPHER:  This is the beginning of
13       case file number 6.  Time is 3:16.  We are
14       back on record.
15       Q.   (By Ms. Hart)  All right.  Ms. Andrews,
16   we're almost done going through these medical
17   records.  I know it's tedious.
18           Has there been a time since you moved to
19   Nashville that you would describe your asthma as not
20   well controlled?
21       A.   Not -- not so much as not well
22   controlled.  I just felt like it was not doing --
23   I didn't feel like the medication that I was on
24   was working the way I needed it to anymore, and
25   that's when we made the switch to the Singulair.
```

Christie Andrews 8/23/2022

1       Q.    When was that?

2       A.    I believe that was toward the beginning

3    of 2020.

4       Q.    And when you started taking Singulair,

5    would you say your asthma was under control?

6       A.    Yeah, I saw a lot of improvement from

7    the QVAR to the Singulair.  Yeah.

8             MS. HART:  We're going to mark this

9        Exhibit 28.

10            (Exhibit 28 marked for identification.)

11            THE WITNESS:  Thank you.

12      Q.    (By Ms. Hart)  We've marked as

13   Exhibit 28, a medical document that you produced,

14   Plaintiff's PHI71.

15      A.    Okay.

16      Q.    All right.  And if you turn to the last

17   page, which is 74 in the Bates number, it looks

18   like at the top of the page on March 15th, 2020,

19   at 2:19 p.m., you -- do you leave a message or did

20   you send a typed message to Autumn Nelson?

21      A.    This would be a typed message.

22      Q.    So describe this to me.  What is this?

23      A.    This was me reaching out to her

24   regarding the -- using the medication, because I

25   had been hearing that the steroids were causing

1  people to have worse cases of COVID if they caught

2  it, so I was -- or making them more susceptible to

3  catching it, one of those.  And I was just asking

4  her if she thought I should continue taking my

5  meds as normal.  I just -- I just wanted to know

6  what I should be doing to protect myself.

7        Q.   Okay.  So your message is -- we won't

8  read the whole thing, but at the end of the first

9  line, "Are there any precautions you want me to be

10  taking in regards to my asthma and COVID-19

11  besides the normal wash your hands and clean your

12  heavy touch surfaces?"

13        Correct?

14     A.   Correct.

15     Q.   So this is March 15, 2020.

16        And then the next message is Autumn's

17  response to you, correct?

18     A.   Yes.

19     Q.   And it's March 16th, 2020, 6:40.  I

20  think that's 6:40 a.m.

21     A.   Yes.

22     Q.   And she says, "The best thing you can do

23  is wash your hands, work from home if you are

24  able.  If you have any symptoms, you need to

25  self-quarantine."  Correct?

1      A.    Correct.

2            Yeah, it says a.m. right here

3      (indicating).  "Action taken, a.m."

4      Q.   Oh, I see it.  Right above, yeah.  Thank

5      you.

6            Did you speak to Autumn Nelson on

7      March 15th or March 16th?

8            MR. ARCINIEGAS:  Object to form, vague.

9      Q.   (By Ms. Hart)  Did you have any verbal

10     conversations with Autumn?

11     A.   No, I did not.  On the 15th?  No, I did

12     not.

13     Q.   What about on the 16th?

14     A.   I don't recall if I -- I don't believe I

15     talked to her, but I couldn't be positive.  But I

16     believe I e-mailed or messaged with her on the

17     16th.

18     Q.   Okay.  And on the next page, the page

19     before that, 73 at the bottom.

20     A.   Okay.

21     Q.   March 16th, 8:58 a.m., you write to

22     Autumn Nelson, "Thank you.  And don't stop with

23     the meds, right?"

24            And she responds, "Correct."

25            Do you agree with me?

1      A.   Yes.

2      Q.   Had you stopped any of your meds at that

3   point?

4      A.   No.

5      Q.   And then if you'll flip to the page

6   before that, 72 at the bottom, March 16, 2020,

7   6:45 p.m., you write to Autumn Nelson, "I know

8   your office is probably really busy right now, but

9   my employer is requiring a doctor's note saying I

10  have asthma to work from home."

11          Did you write that?

12     A.   Yes, I did.

13     Q.   Okay.  And then Autumn Nelson responds

14  on March 17th at 7:13 in the morning, "To Whom It

15  May Concern, Christie Andrews has been a patient

16  at our office for several years.  She has known

17  asthma.  Although well controlled, she would

18  benefit from working at home due to the rising

19  risk of COVID-19."

20          And we've seen that message before,

21  because that's the note you provided to Tri Star,

22  correct?

23     A.   Yes.  I think she's sending it to Kelly.

24  Kelly is her nurse.  So she sent that to Kelly for

25  Kelly to print.

Christie Andrews 8/23/2022

1      Q.   Okay.  All right.  And on the page in
2   front of that, 69 is the bottom, March 22nd, 2020,
3   at 2:03 p.m., you message Autumn Nelson to say, "I
4   have a fever."
5           Correct?
6      A.   Yes.
7      Q.   And Autumn responds, "Continue to
8   quarantine.  If you're stable, stay home.  If you
9   develop shortness of breath, worsening fever, go
10  to the ER."
11          Correct?
12     A.   Yes.
13     Q.   Did you go to the ER?
14     A.   I went to the Vanderbilt -- oh, no,
15  sorry.  This was after I went to the Vanderbilt.
16  So no, because I don't believe I got worse.
17     Q.   Okay.
18     A.   I don't know.
19     Q.   The page in front of that, 68 on the
20  bottom.  On March 22nd, you send a message to
21  Autumn, and you say, "I would say I have mild
22  shortness of breath.  Nothing crazy like an asthma
23  attack, but like winded after taking my laundry
24  out of the machine, which isn't normal for me."
25          You agree it says that?

Christie Andrews 8/23/2022

```
 1          A.    Yes.

 2          Q.    And that's a message that you sent to

 3    Autumn Nelson, correct?

 4          A.    Correct.

 5          Q.    And same question.  She responds, "If it

 6    worsens, go to the ER."

 7                Did you go to the ER?

 8          A.    No.

 9          Q.    Okay.

10          A.    I believe I was worried about getting --

11    that I was coming down with bronchitis, is why I

12    was communicating.

13          Q.    Did you end up coming down with

14    bronchitis?

15          A.    No.  My lungs were clear.

16                MS. HART:  Exhibit 30.

17                (Exhibit 30 marked for identification.)

18                THE WITNESS:  Thank you.

19          Q.    (By Ms. Hart)  Exhibit 30 is a medical

20    record.  At the bottom it's Tri Star Third Party

21    Records 25.  And this is dated March 24th, 2020,

22    and it's a progress note from Autumn Nelson.

23                Do you see that?

24          A.    Yes.

25          Q.    And it says, "Reason for Appointment,
```

Christie Andrews 8/23/2022

```
 1    cough, fever, SOB," which I assume is shortness of
 2    breath.
 3              Does that sound right to you?
 4         A.   Yes.
 5         Q.   Okay.  And it says, "Number 2, virtual
 6    face-to-face visit."
 7              So did you have a virtual, like a
 8    telehealth visit on the 24th?
 9         A.   Yes.
10         Q.   Okay.  And then if we go down to
11    "Current Medications," you've got Adderall,
12    Xopenex, Zyrtec, Adderall, Adderall, Singulair not
13    taking."
14              Were you not taking your Singulair on
15    March 24 -- on March 24th, 2020?
16         A.   Not that I recall.  I was still taking
17    it every day.
18         Q.   Okay.  And then if you go up just a
19    little bit under "History of Present Illness,"
20    there's a number 1, it says, "Sick."
21              Three lines up.  Do you see that?
22         A.   Yes.
23         Q.   Okay.  It says, "Sick.  She started
24    coughing last Monday.  Cough has been mostly dry.
25    She developed a fever on Saturday.  Highest temp
```

1    101.  She is short of breath with activity.  She

2    has known asthma.  She has not been using her

3    Xopenex."

4            You agree it says that?

5        A.   Yes.

6        Q.   So had you not needed your Xopenex?

7        A.   No.  I had been not using it because I

8    was worried that I was getting sick and that I

9    would make the virus spread more, because I

10   believed that steroids would make it spread more.

11           So I -- and when I thought I was getting

12   sick, when I developed the fever, I didn't know if

13   it was a COVID sick or the -- like, a sick from

14   being -- my immune system being so down from the

15   asthma attack.

16       Q.   Same question we've asked a few times.

17   On the second page, which is 26 on the bottom,

18   where it says "Treatment, number 1, cough," the

19   last sentence there, "She will go to the ER if

20   shortness of breath, cough or fever worsens."

21           Did you go to the ER on March 24th or

22   after?

23       A.   I thought that I went before the 24th,

24   but I guess...

25       Q.   To the ER?

Christie Andrews 8/23/2022

```
1       A.   To the Vanderbilt walk-in clinic.  I
2   thought I went before the 24th.
3       Q.   Okay.  But did you go --
4       A.   I did go to Vanderbilt, yes, walk-in.
5       Q.   Just the one time that we talked about?
6       A.   Yes.
7       Q.   Okay.
8       A.   So maybe this was just because this is
9   the day of the telehealth visit.
10      Q.   When did you reach out to the EEOC?
11      A.   Sorry, I'm still reading this other
12  piece that has this follow-up from 5/19 -- or
13  follow-up on 5/19.  So I'm confused about the
14  dates on all of this, on page 26.
15           So okay.  Sorry.  What was the question
16  now?
17      Q.   When did you reach out to the EEOC for
18  the first time?
19      A.   I believe it was sometime in April.
20      Q.   Did you have an attorney when you first
21  reached out to the EEOC?
22      A.   I did not.
23      Q.   Who was your first attorney?
24      A.   Roland Mumford.
25      Q.   How did you find him?
```

Christie Andrews 8/23/2022

1        A.    Through the Tennessee -- it was a

2    website for Tennessee lawyers.

3        Q.    You found him online; is that fair to

4    say?

5        A.    Yes.

6        Q.    Did he represent you at the EEOC?

7        A.    No, he did not.

8        Q.    When did you first reach out to him?

9        A.    After I received the Right to Sue from

10   the EEOC.

11       Q.    Who have you -- what Tri Star employees

12   have you talked to since your last day of work?

13       A.    You mean -- do you mean who was -- who

14   did I talk to that was currently employed or,

15   like, former employees?

16       Q.    Either.  Anybody that's -- have you

17   talked to anybody that works or worked at Tri Star

18   since you left?

19       A.    Yeah.

20       Q.    Who?

21       A.    Lots of them.  Ones that were still

22   working there was -- anyone who, like, reached out

23   and asked me for help on how to do something, I

24   would help them.

25       Q.    Who was that?

Christie Andrews 8/23/2022

1      A.   I know Nola reached out, Lindsey Herman
2   had reached out.  I think Remmy had reached out.
3   I think Ambra had maybe reached out.  I'm not sure
4   who all had reached out, but if they asked for
5   help, I helped them.
6      Q.   Nola, Lindsey, Remmy, and Ambra reached
7   out to you for help on a task?
8      A.   Uh-huh (affirmative response).  Just
9   advice on how to handle something that they didn't
10  know how to handle it.
11     Q.   What did Nola need help with?
12     A.   I believe it was AmEx-related, but I
13  can't be completely sure as to what it was.
14     Q.   When was that?
15     A.   Sometime around April or May or --
16     Q.   2020?
17     A.   2020, yeah.  Sometime around then.
18     Q.   How many times have you talked to Nola
19  since your last day?
20     A.   I don't know.  It was a lot until --
21  until people weren't allowed to talk to me
22  anymore.
23     Q.   What do you mean people weren't allowed
24  to talk to you?
25     A.   They were told that they weren't

Christie Andrews 8/23/2022

```
 1    allowed -- Tri Star employees were told not to
 2    talk to me.
 3         Q.   Who told you that?
 4         A.   I believe Erin Preyer told me that after
 5    she left Tri Star.
 6         Q.   What did she tell you?
 7         A.   That she wasn't allowed to talk to me.
 8         Q.   When did she tell you that?
 9         A.   Sometime after.  I don't remember
10    exactly the date.
11         Q.   What did Lindsey reach out to you for
12    help about?
13         A.   I believe it was having to do with an
14    employee AmEx for a touring client.
15         Q.   When was that?
16         A.   I believe it was around April or May of
17    2020.
18         Q.   How many times have you talked to
19    Lindsey since you left Tri Star?
20         A.   Not that often.
21         Q.   More than five?
22         A.   No, probably around five.
23         Q.   What about Nola, more than five times?
24         A.   I think, yes.
25         Q.   More than 10?
```

Christie Andrews 8/23/2022

1      A.   Yes.  They reached out because I was

2   terminated.

3      Q.   Okay.  Anything other than what we've

4   already talked about?

5      A.   I talked to Kristen Mir about it.

6      Q.   Who else?

7      A.   The rest of them it would have been the

8   same type of, like, I'm sorry and I'm shocked type

9   things.  Nothing very specific.  I didn't really

10  want to talk a lot about it afterwards.

11     Q.   Okay.  When did you talk to Kristen

12  about your termination?

13     A.   That day I talked to her about it, and

14  then, you know, several times after.  She helped

15  me write my resumé and stuff like that, too, so...

16     Q.   Have you spoken to any current or former

17  Tri Star employee about this lawsuit?

18     A.   No.

19     Q.   Who else besides Kristen Mir have you

20  talked to about your termination?

21          MR. ARCINIEGAS:  Object to form, vague.

22          THE WITNESS:  I talked to a lot of them.

23  I mean, I told you that they reached out.

24     Q.   (By Ms. Hart)  Other than the people

25  we've already talked about, who else have you

Christie Andrews 8/23/2022

```
1              Do you agree it says that?
2       A.   I agree it says that.  I don't recall
3  the "angry with everyone."
4       Q.   Okay.  That's what I was going to ask.
5  Did you -- are these things that you reported to
6  Centerstone in May of 2019?
7              Are these things that you reported to
8  Centerstone?
9       A.   Oh, I don't recall the "feeling
10  irritable or angry with everyone and everything."
11       Q.   Okay.  What about the other --
12       A.   Yes.
13       Q.   -- the other -- okay.
14              Those are things you complained to
15  Centerstone about in May of 2019?
16       A.   Yes.  I don't know about the "numbness
17  of muscles," either.  But yes, the rest of it is
18  there, yes.
19       Q.   Okay.  All right.  And if you go down,
20  there's a paragraph that starts, "When she is
21  really stressed..."
22              Do you see that?
23       A.   Yes.
24       Q.   "When she is really stressed, she
25  doesn't eat.  When she is really tired, she eats a
```

1    lot.  Denies any SI."  I assume that's suicidal

2    ideations.  "Feels anxious about her ability to do

3    her work."

4           Did you tell Centerstone that you had

5    felt anxious about your ability to do your work?

6         A.   I told them that I felt anxious about my

7    ability to get myself prepared in the morning and

8    get out the door.

9         Q.   Okay.

10        A.   I felt very chaotic leaving my house

11   every day.

12        Q.   And then it says, "Has significant

13   difficult (sic) focusing on just one task at a

14   time."

15           Did you tell Centerstone that you had

16   significant difficulty focusing on one task at a

17   time?

18        A.   I told them that it was more difficult

19   than it usually is on my prescription.  So I felt

20   like I needed my medication evaluated was --

21        Q.   Okay.  Was that the purpose of this

22   visit?

23        A.   Yes.

24        Q.   All right.  If you'll flip to the last

25   page, number 84.

1    home.  I kept telling her I couldn't get my house

2    in order.  I felt like I couldn't get my house

3    clean.  I couldn't do these things.  And those

4    were the type of tasks and work that I was talking

5    about.

6              I was not referring to, like, the job

7    that I do every day, though I did feel like I

8    could have had -- if my medicine had been working,

9    that I wouldn't have had to try so hard to do all

10   my work all the time.

11        Q.    Okay.

12              MS. HART:  All right.  We'll mark this

13        one Exhibit 32.

14              (Exhibit 32 marked for identification.)

15              THE WITNESS:  Thank you.

16        Q.    (By Ms. Hart)  All right.  Exhibit 32 is

17   Tri Star Third Party Records 95, and it's an

18   Individual Therapy Note, service date 6/25/19.

19              And if you look down to "Symptom

20   Presentation," it says, "Drift off in meetings.

21   Have to read everything twice.  Have to have

22   statements repeated.  Puts off tedious tasks.  Finds

23   phone in trash.  In regard to symptoms of

24   hyperactivity, client has to hug self and hold self

25   in seat.  Feels like her skin is too tight.  Friends

1  tell me I talk too much."

2         Are these things that you told Centerstone

3  in June of 2019?

4       A.   Sorry, I'm still reading.

5       Q.   You're okay.  Take your time.

6       A.   (Examining.)

7            Yes, this sounds like me.  Definitely

8  skin too tight is something I feel a lot.  So yes,

9  this sounds...

10      Q.   Were you able to get these symptoms back

11  under control after you went to Centerstone?

12      A.   So they decided that they thought that I

13  didn't need a change in my medication.  They

14  thought that I had an undiagnosed sleeping

15  disorder that was becoming out of control and that

16  that was what was affecting my ADHD to become

17  manic, was because I was overly tired from that.

18      Q.   Okay.  Were you able to get that under

19  control or is that still something you deal with?

20      A.    It's still something I deal with, but

21  I -- it did -- I did see improvement with the

22  sleeping schedule.

23      Q.   Okay.

24      A.   With trying to do the sleeping schedules

25  and stuff like that.

1          MS. HART:  I'm going to mark this as

2     Exhibit 33.

3          (Exhibit 33 marked for identification.)

4          THE WITNESS:  Thank you.

5     Q.   (By Ms. Hart)  Exhibit 33 is a document

6  that you produced of Plaintiff's Production 121.

7          Is this a current copy of your resumé?

8     A.   Yes, it is.

9     Q.   Is premium services your current

10  position at Titans?

11     A.   Yes.  I should update the resumé,

12  itself, but this is my current version.  But I'm

13  now the premium services supervisor.

14     Q.   Okay.  But otherwise this is accurate?

15     A.   Yes.

16     Q.   And the Titans' job is the first

17  full-time job you had?

18     A.   It's part-time.

19     Q.   It's part-time?  Okay.

20          Tell me about your job with the Titans.

21     A.   So I started off as a premium services

22  assistant, so it's a part-time position that

23  provides concierge services to the suite holders.

24     Q.   So what does that mean?  Are you in the

25  suite during events?

1    believe so."

2       Q.    Okay.  And then the second paragraph

3    says "CP," and I'll just tell you, that's you.

4    Your attorney can tell you that's you.  Charging

5    party is you.

6       A.    Uh-huh (affirmative response).

7       Q.    "Indicated that she was informed that at

8    a staff meeting held on March 20, 2020, the staff

9    were informed if they were 'too afraid to come to

10   work, they'd be fired,' and they had already fired

11   one employee who doesn't want to come in."

12             Did you tell the EEOC that?

13      A.    Yes.

14      Q.    Okay.  Who -- I've got a lot of

15   questions about this sentence.

16      A.    Okay.

17      Q.    Who told you about this staff meeting?

18      A.    Kristen Mir.

19      Q.    When did she tell you?

20      A.    I believe it was on the same day that I

21   was let go.

22      Q.    Before or after you were let go?

23      A.    After.

24      Q.    Okay.  So Kristen Mir told you that

25   there was a staff meeting on March 20, 2020, and

1    that the staff were informed if they were too

2    afraid to come to work, they'd be fired, correct?

3        A.   Yes.

4        Q.   Who did Kristen say said "if they were

5    too afraid to come to work, they'd be fired"?

6        A.   Lou.

7        Q.   Did Kristen tell you that -- that Lou

8    said they had already fired one employee?

9        A.   Yes.

10       Q.   Okay.  Who was that one employee?

11       A.   Me.  She didn't -- she didn't specify

12   who the employee was.  I'm sorry.  "Me" was me

13   assuming it was me, because I was, I believe, the

14   only one let go that day.

15       Q.   Okay.  All right.  And then the last

16   sentence in that second paragraph says, "According

17   to CP, an hour after the meeting, CP was the first

18   person in the company to be let go."

19            Do you see that?

20       A.   Yes.

21       Q.   Did you tell the EEOC that?

22       A.   Yes.

23       Q.   Okay.  Well, she couldn't have been

24   talking about you at the meeting if you were let

25   go after the meeting, right?