> *The motion is denied without prejudice. Plaintiff provides no explanation for why ten additional pages are necessary given the specific facts and circumstances of this case.* — Eli Richardson

# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| CHRISTIE ANDREWS,<br><br>　　Plaintiff,<br><br>v.<br><br>TRI STAR SPORTS AND ENTERTAINMENT GROUP, INC.<br><br>　　Defendant. | Civil No. 3:21-cv-00526<br>Judge Eli J. Richardson<br>Magistrate Judge Jefferey S. Frensley |

### PLAINTIFF'S [OPPOSED] MOTION FOR LEAVE TO FILE ADDITIONAL PAGES IN OPPOSITION TO TRISTAR'S DISPOSITIVE MOTION

Plaintiff respectfully moves this Court for leave to file an additional ten pages in memorandum of law in opposition to TriStar's Dispositive Motion. Currently the initial case management order states "[b]riefs or memoranda of law in support of or in opposition to a dispositive motion shall not exceed 25 pages." Plaintiff conferred with Defense Counsel prior to filing this motion and Defense counsel responded with "We do not have authority to agree to a 10 page extension."

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Daniel Arciniegas
　　　　　　　　　　　　　　　　　　**ARCINIEGAS LAW**