IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **CHRISTIE ANDREWS**, <br><br> Plaintiff, <br><br> v. <br><br> **TRI STAR SPORTS AND ENTERTAINMENT GROUP, INC.** <br><br> Defendant. | Civil No. 3:21-cv-00526 <br> Judge Eli J. Richardson <br> Magistrate Judge Jefferey S. Frensley |

### NOTICE OF FILING CONFORMED CERTIFICATE OF SERVICE

Plaintiff files this notice of filing notice of conformed certificate of service regarding DE# [46].

Respectfully submitted,

_____
Daniel Arciniegas

## CONFORMED CERTIFICATE OF SERVICE
## REGARDING DE# [46].

**I hereby certify that on Monday December 8, 2022, I electronically served the RESPONSE TO MOTION RE [38] MOTION FOR SUMMARY JUDGMENT FILED BY CHRISTIE ANDREWS (DE#46) via CM/ECF:**

Tara L. Swafford, BPR # 17577 Thomas
Anthony Swafford, BPR # 17578
Elizabeth G. Hart, BPR # 030070
The Swafford Law Firm, PLLC
207 Third Avenue North
Franklin, Tennessee 37064
Tel: (615) 599-8406
Fax: (615) 807-2355
Tara@swaffordlawfirm.com
Tony@swaffordlawfirm.com
Betsy@swaffordlawfirm.com

Attorneys for Tri Star Sports and
Entertainment Group, Inc.

Respectfully submitted,

Daniel Arciniegas, BPR #35853
**ARCINIEGAS LAW**
1242 Old Hillsboro Road
The Atrium Building
Franklin, Tennessee 37069
T. 629.777.5339
Daniel@AttorneyDaniel.com

## CERTIFICATE OF SERVICE

**I hereby certify that on Monday December 13, 2022, I electronically served the foregoing** NOTICE OF FILING NOTICE OF FILING CONFORMED CERTIFICATE OF SERVICE FOR PLAINTIFF'S OPPOSITION TO MOTION SUMMARY JUDGMENT **via CM/ECF:**

Tara L. Swafford, BPR # 17577 Thomas
Anthony Swafford, BPR # 17578
Elizabeth G. Hart, BPR # 030070
The Swafford Law Firm, PLLC
207 Third Avenue North
Franklin, Tennessee 37064
Tel: (615) 599-8406
Fax: (615) 807-2355
Tara@swaffordlawfirm.com
Tony@swaffordlawfirm.com
Betsy@swaffordlawfirm.com

Attorneys for Tri Star Sports and Entertainment Group, Inc.

Respectfully submitted,

Daniel Arciniegas, BPR #35853
**ARCINIEGAS LAW**
1242 Old Hillsboro Road
The Atrium Building
Franklin, Tennessee 37069
T. 629.777.5339
Daniel@AttorneyDaniel.com