IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CHRISTIE ANDREWS,<br><br>　　Plaintiff,<br><br>v.<br><br>TRI STAR SPORTS AND<br>ENTERTAINMENT GROUP, INC.<br><br>　　Defendant. | Civil No. 3:21-cv-00526<br>Judge Eli J. Richardson<br>Magistrate Judge Jefferey S. Frensley |

### PLAINTIFF'S [OPPOSED] RENEWED MOTION FOR LEAVE TO FILE ADDITIONAL PAGES IN OPPOSITION TO TRISTAR'S DISPOSITIVE MOTION

Because this Court denied without prejudiced her original motion and direct Plaintiff to the absence of grounds justifying the request. Plaintiff respectfully renews her motion for leave to additional ten pages in opposition to TriStar's Dispositive Motion, but this time provide the basis for requesting the additional pages. Plaintiff filed a brief that is 31 pages. Plaintiff requested the additional pages in this particular case to: (1) address each of Defendant's argument under the three definitions of disability; (2) provide arguments direct and indirect theories of proof; (3) address the modified prima facie standard in the context of a reduction in force; (4) and provide the court with necessary factual background; and (5) set out Plaintiff's disparate impact theory of liability. Plaintiff does not believe this will unduly prejudice given that Defendant is allotted 30 pages in seeking summary judgment and this motion is seeking similar number of pages to respond.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Daniel Arciniegas
　　　　　　　　　　　　　　　　　　　**ARCINIEGAS LAW**

1
Case 3:21-cv-00526   Document 53   Filed 12/13/22   Page 1 of 2 PageID #: 949

<u>**CERTIFICATE OF SERVICE**</u>

  I hereby certify that on Tuesday, December 13, 2022, I electronically served the foregoing PLAINTIFF'S [OPPOSED] RENEWED MOTION FOR LEAVE TO FILE ADDITIONAL PAGES IN OPPOSITION TO TRISTAR'S DISPOSITIVE MOTION via CM/ECF:

Tara L. Swafford, BPR # 17577
Thomas Anthony Swafford, BPR # 17578Elizabeth G. Hart, BPR # 030070
The Swafford Law Firm, PLLC
207 Third Avenue North
Franklin, Tennessee 37064
Tel: (615) 599-8406
Fax: (615) 807-2355
Tara@swaffordlawfirm.com
Tony@swaffordlawfirm.com
Betsy@swaffordlawfirm.com

Attorneys for Tri Star Sports and EntertainmentGroup, Inc.

        Respectfully submitted,

        *[signature]*

        Daniel Arciniegas, BPR #35853
        **ARCINIEGAS LAW**
        1242 Old Hillsboro Road
        The Atrium Building
        Franklin, Tennessee 37069
        T. 629.777.5339
        Daniel@AttorneyDaniel.com