IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CHRISTIE ANDREWS,<br><br>    Plaintiff,<br><br>v.<br><br>TRI STAR SPORTS AND<br>ENTERTAINMENT GROUP, INC.<br><br>    Defendant. | Civil No. 3:21-cv-00526<br>Judge Eli J. Richardson<br>Magistrate Judge Jefferey S. Frensley<br><br>**OPPOSED** |

### PLAINTIFF'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL EVIDENCE

Plaintiff respectfully moves for leave to file the declaration of Elise St Germain, she is a former employee Defendant Tri Star Sports and Entertainment Group, Inc. Plaintiff believes her testimony is probative issues in this litigation. Declarant's testimony is probative as to whether in person attendance was an "essential function" of a team coordinator, whether requesting to work from home was reasonable request for accommodation, whether defendant continued to hire team coordinators and whether permitting remote access presented an undue hardship and pretext. Declarant was ill and unavailable to finalize the declaration before the response deadline. Attachment A is the declaration of Elise St Germain.

                        Respectfully submitted,

                        Daniel Arciniegas
                        **ARCINIEGAS LAW**

<u>**CERTIFICATE OF SERVICE**</u>

       I hereby certify that on Wednesday, December 14, 2022, I electronically served the foregoing **PLAINTIFF'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL EVIDENCE** via CM/ECF:

Tara L. Swafford, BPR # 17577
Thomas Anthony Swafford, BPR # 17578
Elizabeth G. Hart, BPR # 030070
The Swafford Law Firm, PLLC
207 Third Avenue North
Franklin, Tennessee 37064
Tel: (615) 599-8406
Fax: (615) 807-2355
Tara@swaffordlawfirm.com
Tony@swaffordlawfirm.com
Betsy@swaffordlawfirm.com

Attorneys for Tri Star Sports and EntertainmentGroup, Inc.

                                                 Respectfully submitted,

                                                 Daniel Arciniegas, BPR #35853
                                                 **ARCINIEGAS LAW**
                                                 1242 Old Hillsboro Road
                                                 The Atrium Building
                                                 Franklin, Tennessee 37069
                                                 T. 629.777.5339
                                                 Daniel@AttorneyDaniel.com