THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **CHRISTIE ANDREWS,** | |
| Plaintiff, | |
| v. | Case No. 3:21-cv-00526 |
| **TRI STAR SPORTS AND ENTERTAINMENT GROUP, INC.** | Judge Eli J. Richardson<br>Magistrate Judge Jeffery S. Frensely |
| Defendant. | JURY DEMAND |

### NOTICE OF FILING CONFORMING CERTIFICATE OF SERVICE DOC. 57

Plaintiff files this conformed Certificate of Service DE# [57]: Pursuant to Local Rule 5.0.

Respectfully submitted,

_____
Daniel Arciniegas TBPR. 35853
**ARCINIEGAS LAW**
1242 Old Hillsboro Road
The Atrium Building
Franklin, Tennessee 37069
Telephone: 629.777.5339
Fax: 615.988.9113
Daniel@AttorneyDaniel.com

*Counsel for Plaintiff*
**CHRISTIE ANDREWS**

# CERTIFICATE OF SERVICE

I hereby certify that on Monday, January 2, 2023, I electronically filed the foregoing AMENDED MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT with the Clerk of the Court by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Tara L. Swafford, BPR # 17577
Thomas Anthony Swafford, BPR # 17578
Elizabeth G. Hart, BPR # 030070
The Swafford Law Firm, PLLC
207 Third Avenue North
Franklin, Tennessee 37064
Tel: (615) 599-8406
Fax: (615) 807-2355
Tara@swaffordlawfirm.com
Tony@swaffordlawfirm.com
Betsy@swaffordlawfirm.com

Attorneys for Tri Star Sports and Entertainment Group, Inc.

Respectfully submitted,

_____
Daniel Arciniegas TBPR. 35853
**ARCINIEGAS LAW**
1242 Old Hillsboro Road
The Atrium Building
Franklin, Tennessee 37069
Telephone: 629.777.5339
Fax: 615.988.9113
Daniel@AttorneyDaniel.com

*Counsel for Plaintiff*
*CHRISTIE ANDREWS*

## CERTIFICATE OF SERVICE

I hereby certify that on Monday, January 2, 2023, I electronically filed the foregoing **CONFORMED CERTIFICATE OF SERVICE** with the Clerk of the Court by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Tara L. Swafford, BPR # 17577
Thomas Anthony Swafford, BPR # 17578
Elizabeth G. Hart, BPR # 030070
The Swafford Law Firm, PLLC
207 Third Avenue North
Franklin, Tennessee 37064
Tel: (615) 599-8406
Fax: (615) 807-2355
Tara@swaffordlawfirm.com
Tony@swaffordlawfirm.com
Betsy@swaffordlawfirm.com

Attorneys for Tri Star Sports and Entertainment Group, Inc.

Respectfully submitted,

Daniel Arciniegas TBPR. 35853
**ARCINIEGAS LAW**
1242 Old Hillsboro Road
The Atrium Building
Franklin, Tennessee 37069
Telephone: 629.777.5339
Fax: 615.988.9113
Daniel@AttorneyDaniel.com

*Counsel for Plaintiff*
**CHRISTIE ANDREWS**