IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CHRISTIE ANDREWS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | NO. 3:21-cv-00526 |
| v. ) | |
| ) | JUDGE RICHARDSON |
| TRI STAR SPORTS AND ) | |
| ENTERTAINMENT GROUP, INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER

In light of the Defendant's pending dispositive motion (Doc. No. 38), the pretrial conference set for April 3, 2023, the jury trial set for April 11, 2023, and all related pretrial deadlines are canceled, to be rescheduled, if appropriate.

IT IS SO ORDERED.

_Eli Richardson_
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE