# EXHIBIT C

```
 1       IN THE UNITED STATES DISTRICT COURT
         FOR THE MIDDLE DISTRICT OF TENNESSEE
 2                 NASHVILLE DIVISION

 3
     CHRISTIE ANDREWS,                )
 4                                    )
                Plaintiff,             )
 5                                    )
     vs.                              )  CASE NO.
 6                                    )  3:21-cv-00526
     TRI STAR SPORTS AND              )
 7   ENTERTAINMENT GROUP, INC.,       )
                                      )
 8              Defendant.            )
                                      )
 9   _____

10

11

12

13
     VIDEOTAPED DEPOSITION OF:
14
     YOLANDA SIMPSON
15
     Taken on behalf of the Plaintiff
16
     August 25, 2022
17

18

19

20

21

22

23

24

25
```

```
 1  APPEARANCES:

 2  For the Plaintiff:

 3      **DANIEL ARCINIEGAS, ESQ.**
        Arciniegas Law
 4      1242 Old Hillsboro Road
        The Atrium Building
 5      Franklin, Tennessee 37069-9129
        629.777.5339
 6      Daniel@attorneydaniel.com

 7  For the Defendants:

 8      **TARA SWAFFORD, ESQ.**
        **ELIZABETH "BETSY" HART**
 9      The Swafford Law Firm, PLLC
        321 Billingsly Court
10      Suite 19
        Franklin, Tennessee 37067
11      615.599.8406
        Betsy@swaffordlawfirm.com
12      Tara@swaffordlawfirm.com

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1              A.      I mean, typically, you know,
 2      decisions came from the executive level --
 3              Q.      All right.
 4              A.      -- so, you know.
 5              Q.      And who -- who was at the
 6      executive level that would -- you recall having
 7      discussions regarding COVID-19 work
 8      accommodations?
 9              A.      So I don't recall having a
10      conversation with Lou, but she would make ultimate
11      decisions.
12              Q.      Okay.
13              A.      So I'm not sure how the
14      information got relayed to me.
15              Q.      I mean, do you recall ever being
16      in the same room as Lou?
17              A.      Sometimes.
18              Q.      Okay.
19              A.      It wasn't often.
20              Q.      Okay.  Do you recall, like,
21      trying to figure out what to do as the world came
22      down around everybody because of the pandemic?
23              A.      Like, it is a blur.
24              Q.      Did you get in a room and have
25      any conversations with Lou Taylor about -- during
```

```
 1   where I kept different e-mails.  But I don't
 2   remember if I had an e-mail for -- a folder for,
 3   you know, work-from-home or pandemic.  I don't
 4   remember.
 5            Q.    If you want to go to the next
 6   exhibit.  Actually, we're going to skip.  We're
 7   going to go to 5.  Make sure you're on -- I want
 8   to make sure you're on 5.
 9            A.    This (indicating)?  Exhibit 5?
10            Q.    At the bottom of the page, it
11   should be 123.
12                  Okay.  All right.  Do you see in
13   the middle of page 123, there is -- it says, on
14   March 17th, 2020 at 4:05 p.m., you wrote:  Hi
15   Lou."
16                  Do you see that?
17            A.    Yes.
18            Q.    And here you write:  "I have
19   received doctors' notes from each person listed
20   validating that they do have valid concerns."
21            A.    Yes.
22            Q.    What do you mean by that?  What
23   do you recall?
24            A.    That they would have had doctors'
25   notes that could have allowed them to be
```

```
 1  accommodated.
 2          Q.    What do you mean by that?
 3          A.    Well, that they may qualify for
 4  one of the options that we were given at that
 5  time.
 6          Q.    And what were those options?
 7          A.    Well, I think it was previously
 8  -- work-from-home or a different work schedule.
 9          Q.    Any other options that you
10  recall?
11          A.    No, not that I remember.
12          Q.    Do you recall employees being
13  given alternative -- alternative work schedules in
14  response to the pandemic?
15          A.    I remember it being discussed.
16          Q.    With who?
17          A.    I don't remember who was a part
18  of the meeting.
19          Q.    Okay.  Do you remember a single
20  participant of the meeting?
21          A.    No.
22          Q.    All right.  Do you recall when
23  that meeting took place?
24          A.    No.
25          Q.    Do you remember where that
```