# EXHIBIT D

# Christie Andrews v. Tri Star Sports and Entertainment Group, Inc.

Christie Andrews
August 23, 2022

All depositions & exhibits are available for downloading at
<www.brookscourtreporting.com>
Please call or e-mail depo@brookscourtreporting.com if you need a
**Username** and **Password.**



Brooks Court Reporting

Mississippi - Louisiana - Tennessee - New York
1-800-245-3376

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| CHRISTIE ANDREWS ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| ) | |
| vs. ) | CASE NO. 3:21-CV-00526 |
| ) | |
| TRI STAR SPORTS AND ) | Judge Eli J. Richardson |
| ENTERTAINMENT GROUP, INC., ) | Magistrate Judge |
| ) | Jefferey S. Frensley |
| ) | |
| DEFENDANT. ) | JURY DEMAND |
| ) | |

VIDEO DEPOSITION OF CHRISTIE ANDREWS

Taken at the instance of the Defendant at
Arciniegas Law, 1242 Old Hillsboro Road, Franklin,
TN, on Tuesday,
August 23, 2022,
beginning at 9:29 a.m.

------------------------------------------------

BROOKS COURT REPORTING, INC.
Formerly Cleeton Davis
402 BNA Drive, Suite 108
Nashville, Tennessee 37217
(615) 726-2737
www.brookscourtreporting.com

```
 1    APPEARANCES:
 2
 3    For the Plaintiff:
 4
             DANIEL E. ARCINIEGAS, ESQ.
 5           Arciniegas Law
             1242 Old Hillsboro Road
 6           Franklin, TN 37069
             Daniel@attorneydaniel.com
 7
 8    For the Defendant:
 9
             ELIZABETH G. HART, ESQ.
10           TARA L. SWAFFORD, ESQ.
             The Swafford Law Firm, PLLC
11           321 Billingsly Court, Suite 19
             Franklin, TN 37067
12           betsy@swaffordlawfirm.com
             tara@swaffordlawfirm.com
13
14    ALSO PRESENT:   Margaret Stephens
15
16    VIDEOGRAPHER:   Sarah Hogue
17
18
19
20
21
22
23
24
25
```

1    A.    It was my school sports physical.
2    Q.    Had you noticed any symptoms of asthma
3    before?
4    A.    I thought I was just, like, a really bad
5    runner, is what I thought was happening. I hadn't
6    experienced anything as far as, like, my normal
7    triggers that I know now to be triggers.
8          I thought that what -- like, I just
9    thought the things that I had experienced in the
10   past were, like, normal things, and I didn't know
11   they weren't normal until the doctors said that's
12   not normal.
13   Q.    Okay. And what kinds of things do you
14   mean?
15   A.    Like some of my triggers, for instance,
16   are, like, I can't -- like, if, like, wind is
17   blowing in my face, I could, like, not be able to
18   breathe, and, like, that's apparently not a normal
19   thing. And, like, being in the cold, like, makes
20   everything kind of constrict and be a problem.
21         So I just -- again, I just thought this
22   was, like, what everyone experienced. I didn't
23   know it was anything to be alarmed about, but --
24   and I had never had a serious attack except for,
25   like, while running. And that was always -- I

1 would have to, like, sit down and coach myself
2 back into breathing, and sometimes that would,
3 like, make you -- me, like, physically sick,
4 because you get kind of an adrenaline dump that
5 happens when you can't breathe.
6 　　　　　So that was the only thing that was
7 happening, like, while I was running that -- and
8 again, I just thought I was a bad runner.  I
9 didn't know what it was.
10 　　　Q.　Did you tell -- when did you first tell
11 Tri Star that you had asthma?
12 　　　A.　I first told Tri Star about asthma when
13 I first started working there in 2014.
14 　　　Q.　On the emergency contact form?
15 　　　A.　Yes.
16 　　　Q.　Okay.  Let's go ahead and make that an
17 exhibit, 11.
18 　　　A.　Oh, no, I've kind of messed things up as
19 far as movement.
20 　　　　　(Exhibit 11 marked for identification.)
21 　　　Q.　(By Ms. Hart)  So I've handed you
22 Exhibit 11.
23 　　　A.　Yes.
24 　　　Q.　And this is marked at the top
25 "Plaintiff's Production 9", and it's an emergency

```
 1       there's things I can't do.
 2          Q.   (By Ms. Hart)  Okay.  So do you perceive
 3   yourself as disabled because of your asthma?
 4              MR. ARCINIEGAS:  Object to form.
 5              THE WITNESS:  I perceive myself as
 6       someone who has to deal with this every day
 7       and try not to let it get in my way.
 8          Q.   (By Ms. Hart)  Do you perceive yourself
 9   as disabled because of your asthma?
10              MR. ARCINIEGAS:  Same objection.
11              THE WITNESS:  I mean, I guess, yes.  I'm
12       not, like, handicapped.  I don't need a
13       handicapped placard, but, yeah, I mean, it's
14       debilitating sometimes.
15          Q.   (By Ms. Hart)  All right.  You said
16   "it's debilitating some times," right?
17          A.   (Witness nods head affirmatively.)
18          Q.   Okay.  How is it debilitating?
19          A.   Well, for instance, after I have an
20   attack, if I don't get over it within a few days,
21   I can end up with bronchitis or pneumonia, and
22   then it does get in the way of my day to day.  I
23   end up -- I'm sick and, you know, I can't do
24   anything.  I can't move around a lot.
25          Q.   What do you mean you can't move around?
```

1  A.  Like, I would have shortness of breath
2  if I was up and moving around.
3  Q.  How often does that happen?
4  A.  Well, I guess it would -- it depends on,
5  like -- it happens a lot more often, like, in the
6  winter.  I tend to get sick and get bronchitis
7  more often in the colder months, so -- but in the
8  summertime, I tend to bounce back faster.
9  Q.  Are there any other ways that you --
10  that asthma is debilitating to you, or have we
11  talked about everything?
12       MR. ARCINIEGAS:  Object to form.
13       THE WITNESS:  I mean, I feel like there
14       are a lot of things that I would -- that I
15       would like to do that I choose not to do
16       because I know it would be a problem.
17  Q.  (By Ms. Hart)  Okay.
18  A.  And I don't know, I feel like that every
19  time that I do catch, like, a cold or something
20  simple, it always turns into something worse.  So
21  that's a problem as well.  So it's -- I don't
22  know.  I mean, it's -- there are things I can't do
23  because of it, and there are ways that it makes
24  life harder.
25  Q.  Okay.  You said there's things you would