# EXHIBIT E

```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE MIDDLE DISTRICT OF TENNESSEE
                   NASHVILLE DIVISION


   CHRISTIE ANDREWS,               )
                                   )
               Plaintiff,          )
                                   )
   vs.                             )  CASE NO.
                                   )  3:21-cv-00526
   TRI STAR SPORTS AND             )
   ENTERTAINMENT GROUP, INC.,      )
                                   )
               Defendant.          )
   _____  )




   VIDEOTAPED DEPOSITION OF:

   PEGGY STEPHENS

   Taken on behalf of the Plaintiff

   August 24, 2022
```

```
 1    APPEARANCES:

 2    For the Plaintiff:

 3        DANIEL ARCINIEGAS, ESQ.
          Arciniegas Law
 4        1242 Old Hillsboro Road
          The Atrium Building
 5        Franklin, Tennessee 37069-9129
          629.777.5339
 6        Daniel@attorneydaniel.com

 7    For the Defendant:

 8        TARA SWAFFORD, ESQ.
          ELIZABETH "BETSY" HART
 9        The Swafford Law Firm, PLLC
          321 Billingsly Court
10        Suite 19
          Franklin, Tennessee 37067
11        615.599.8406
          Betsy@swaffordlawfirm.com
12        Tara@swaffordlawfirm.com

13    Also Present:

14        Peggy Stephens

15

16

17

18

19

20

21

22

23

24

25
```

```
 1              Q.      Okay.  Did Ms. Simpson have a
 2    manager in March of 2020?
 3              A.      Well, I that you that was
 4    Donaciano Ponce de Leon.  She was the generalist,
 5    he was the manager.
 6              Q.      In March of 2020?
 7              A.      I don't know.
 8              Q.      When did you first learn that Ms.
 9    Andrews had asthma?
10              A.      I don't recall knowing Ms.
11    Andrews having asthma as a problem.
12              Q.      And do you recall Ms. Andrews
13    having coughing as a problem?
14              A.      No.
15              Q.      And you worked in the Nashville
16    office in 2020?
17              A.      Yes.
18              Q.      And that's the only office you
19    worked in?  That's the one you're main stationed
20    at?
21              A.      That's where my main station is,
22    yes.
23              Q.      And did you go to work -- in
24    2020, were you going to work to the office every
25    day?
```