IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

CHRISTIE ANDREWS,     )
           )
   Plaintiff,     )
           )  NO. 3:21-cv-00526
v.          )
           )  JUDGE RICHARDSON
TRI STAR SPORTS AND    )  MAGISTRATE JUDGE FRENSLEY
ENTERTAINMENT GROUP, INC.,  )
           )
   Defendant.    )
           )

## **ORDER**

Pending before the Court are Plaintiff's two motions for extension of time to file Plaintiff's response and Defendant's reply to Defendant's motion for summary judgment. (Doc. Nos. 41, 42). Plaintiff filed a third unopposed motion to extend these deadlines on December 2, 2022 (Doc. No. 43), which the Court granted (Doc. No. 44). The motions at Doc. Nos. 41 and 42 are now moot, and the Clerk is directed to administratively terminate them.

IT IS SO ORDERED.

*Eli Richardson*

ELI RICHARDSON
UNITED STATES DISTRICT JUDGE