IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

CHRISTIE ANDREWS,                    )
                                     )
    Plaintiff,                    )
                                     )        NO. 3:21-cv-00526
v.                                   )
                                     )
TRI STAR SPORTS AND                  )        JUDGE RICHARDSON
ENTERTAINMENT GROUP, INC.,           )
                                     )
    Defendant.                    )

## **<u>ORDER</u>**

Pending before the Court is Defendant's unopposed motion to seal exhibits or portions thereof to Plaintiff's response in opposition to Defendant's motion for summary judgment. (Doc. No. 51, "Motion"). Defendant has not filed unredacted versions of the documents it wishes to have redacted or sealed. The Court cannot assess whether particular documents or portions thereof should be sealed without the ability to evaluate the information that Defendant seeks to have sealed or redacted. Defendant therefore must file under seal, contemporaneously with a renewed motion to seal, the documents that are the subject of the Motion. Defendant shall also file redacted versions if practical contemporaneous with its renewed motion, as required by Local Rule 5.03. For these reasons, the Motion at Doc. No. 51 is DENIED without prejudice subject to filing.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE