# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

Christie Andrews

            Plaintiff,

v.                  Case No.: 3:21−cv−00526

Tri Star Sports and Entertainment Group, Inc.

            Defendant,

## ENTRY OF JUDGMENT

  Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 7/6/2023 re [76].

                      Lynda M. Hill
                  s/ Aubrey L Frantz, Deputy Clerk