IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CHRISTIE ANDREWS, <br><br> Plaintiff, <br><br> v. <br><br> TRI STAR SPORTS AND ENTERTAINMENT GROUP, INC. <br><br> Defendant. | Civil No. 3:21-cv-00526 <br> Judge Eli J. Richardson <br> Magistrate Judge Jefferey S. Frensley |

Notice is hereby given that Christie Andrews, plaintiff in the above-captioned case, appeals to the United States Court of Appeals for the Sixth Circuit from the final judgment entered in this action on July 6, 2023 (ECF No. 77) and from any and all other judgments, orders, and rulings pertinent to or ancillary to the foregoing, including without limitation the Court's memorandum opinion and dated July 6, 2023 (ECF No. 76).

Respectfully submitted,

_____
Daniel Arciniegas, BPR #35853
**ARCINIEGAS LAW**
1242 Old Hillsboro Road
The Atrium Building
Franklin, Tennessee 37069
T. 629.777.5339
Daniel@AttorneyDaniel.com

1

## CERTIFICATE OF SERVICE

I hereby certify that on Friday, August 4, 2023, I electronically served the foregoing **Notice of Appeal** via CM/ECF:

Tara L. Swafford, BPR # 17577
Thomas Anthony Swafford, BPR # 17578Elizabeth G. Hart, BPR # 030070
The Swafford Law Firm, PLLC
207 Third Avenue North
Franklin, Tennessee 37064
Tel: (615) 599-8406
Fax: (615) 807-2355
Tara@swaffordlawfirm.com
Tony@swaffordlawfirm.com
Betsy@swaffordlawfirm.com

Attorneys for Tri Star Sports and EntertainmentGroup, Inc.

        Respectfully submitted,

Daniel Arciniegas, BPR #35853
**ARCINIEGAS LAW**
1242 Old Hillsboro Road
The Atrium Building
Franklin, Tennessee 37069
T. 629.777.5339
Daniel@AttorneyDaniel.com

2